Lee Gelernt*
Judy Rabinovitz*
Omar C. Jadwat*
Anand Balakrishnan*
Celso Perez**(SBN 304924)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*ojadwat@aclu.org*
*abalakrishnan@aclu.org*
*cperez@aclu.org*

Jennifer Chang Newell (SBN 233033)
Cody Wofsy (SBN 294179)
Julie Veroff** (SBN 310161)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*jnewell@aclu.org*
*cwofsy@aclu.org*
*jveroff@aclu.org*

*Attorneys for Plaintiffs (Additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>*Plaintiffs*,<br><br>v.<br><br>Donald J. Trump, President of the United States, in his official capacity; Matthew G. Whitaker, Acting Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Lee Francis Cissna, Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; Kevin K. McAleenan, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Ronald D. Vitiello, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement,<br><br>*Defendants*. | Case No.: 18-cv-06810<br><br>**MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>**[IMMIGRATION ACTION]** |

| | |
|---|---|
| Melissa Crow* <br> SOUTHERN POVERTY LAW CENTER <br> 1666 Connecticut Avenue NW, Suite 100 <br> Washington, D.C. 20009 <br> T: (202) 355-4471 <br> F: (404) 221-5857 <br> *melissa.crow@splcenter.org* <br><br> Mary Bauer* <br> SOUTHERN POVERTY LAW CENTER <br> 1000 Preston Avenue <br> Charlottesville, VA  22903 <br> T:  (470) 606-9307 <br> F:  (404) 221-5857 <br> *mary.bauer@splcenter.org* <br><br><br> *Attorneys for Plaintiffs* <br><br> *\*Pro hac vice application forthcoming* <br> *\*\*Application for admission forthcoming* | Baher Azmy* <br> Angelo Guisado* <br> Ghita Schwarz* <br> CENTER FOR CONSTITUTIONAL RIGHTS <br> 666 Broadway, 7th Floor <br> New York, NY 10012 <br> T: (212) 614-6464 <br> F: (212) 614-6499 <br> *bazmy@ccrjustice.org* <br> *aguisado@ccrjustice.org* <br> *gschwarz@ccrjustice.org* <br><br> Christine P. Sun (SBN 218701) <br> Vasudha Talla (SBN 316219) <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF NORTHERN <br> CALIFORNIA, INC. <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 621-2493 <br> F: (415) 255-8437 <br> *csun@aclunc.org* <br> *vtalla@aclunc.org* |

# NOTICE OF MOTION

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs East Bay Sanctuary Covenant, Al Otro Lado, Innovation Law Lab, and Central American Resource Center of Los Angeles hereby move the Court for a temporary restraining order enjoining Defendants and all persons associated with them from implementing or enforcing the Interim Final Rule and Proclamation.  **Plaintiffs request a hearing on their motion on Tuesday, November 13, 2018, in the afternoon, or on Wednesday, November 14, 2018,** in light of the irreparable harm Plaintiffs will face if the Interim Final Rule and Proclamation are not stayed.

This motion is brought pursuant to Federal Rule of Civil Procedure 65 and is based on the accompanying Memorandum in Support and materials cited therein; the pleadings and evidence on file in this matter; the accompanying declarations; and such other materials and argument as may be presented in connection with the hearing on the motion.

Pursuant to Civil L.R. 65-1(b), counsel for Plaintiffs provided notice to Defendants on November 9, 2018, by telephone call to Erez Reuveni, Assistant Director, U.S. Department of Justice, Office of Immigration Litigation – District Court Section.  Counsel for Plaintiffs will promptly send a copy of these filings to Mr. Reuveni by email.

Counsel for Defendants requested that Plaintiffs submit the following statement on their behalf: "The government proposes that it file its response by 5:00 p.m. on Thursday, and that the court hold a hearing after that filing next week.   This should allow timely adjudication of the request for immediate relief.  First, the injuries alleged here are not injuries to individual aliens, but asserted organizational injuries.  Congress has directed that an alien actually subject to a new expedited removal procedure like those Plaintiffs describe in their complaint as being aided by their work, would file a claim in the District of the District of Columbia under 8 U.S.C. 1252(e)(3).  Second,

1

MOTION FOR A TEMPORARY RESTRAINING ORDER
Case No. 3:18-cv-06810

even considering the impact on aliens rather than Plaintiffs, normal processing of aliens in expedited removal who assert a fear of return takes some time, and includes a determination by an asylum officer, and time for review by an immigration judge.  Thus, a faster briefing schedule is not needed."

| | |
|---|---|
| Dated: November 9, 2018 | Respectfully submitted, |

Lee Gelernt*
Judy Rabinovitz*
Omar Jadwat*
Anand Balakrishnan*
Celso Perez** (SBN 304924)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*ojadwat@aclu.org*
*abalakrishnan@aclu.org*
*cperez@aclu.org*

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1666 Connecticut Avenue NW, Suite 100
Washington, D.C. 20009
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer*
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA  22903
T:  (470) 606-9307
F:  (404) 221-5857
*mary.bauer@splcenter.org*

*Attorneys for Plaintiffs*

*Pro hac vice application forthcoming
**Application for admission forthcoming

/s/Jennifer Chang Newell
Jennifer Chang Newell (SBN 233033)
Cody Wofsy (SBN 294179)
Julie Veroff** (SBN 310161)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*jnewell@aclu.org*
*cwofsy@aclu.org*
*jveroff@aclu.org*

Christine P. Sun (SBN 218701)
Vasudha Talla (SBN 316219)
AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*csun@aclu.org*
*vtalla@aclu.org*

Baher Azmy*
Angelo Guisado*
Ghita Schwartz*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwartz@ccrjustice.org*