## DECLARATION OF GUY S. GOODWIN-GILL

I, Guy S. Goodwin-Gill, declare as follows:

1. I am over 18 and have personal knowledge of the facts described herein.

2. I am currently Professor of Law at the University of New South Wales, Sydney, Australia, a Barrister and Member of the English Bar, Emeritus Fellow of All Souls College, Oxford, and Emeritus Professor of International Refugee Law at the University of Oxford. Among other appointments, I was formerly Professor of Asylum Law at the University of Amsterdam and President of the Media Appeals Board of Kosovo from 2000-2003.

3. In my professional and academic work, I have developed expertise in international refugee law, including the requirements imposed by the 1951 United Nations Convention Relating to the Status of Refugees (the "Convention") and the 1967 United Nations Protocol Relating to the Status of Refugees. I have worked extensively with the Office of United Nations High Commissioner for Refugees (UNHCR), and served as a Legal Adviser in the UNHCR from 1976-1988.

4. I am the Founding Editor of the International Journal of Refugee Law and was Editor-in-Chief from 1988-2001. I have written extensively on, among other topics, refugees, migration, and international organizations.

5. I am aware of the proposed categorical elimination of eligibility for asylum for individuals who enter the United States without inspection through the U.S.-Mexico border, which is at issue in this case.

6. In my opinion, this new policy is inconsistent with and violates the international obligations of the United States, including Article 31 of the Convention, which prohibits the imposition of penalties on refugees who enter or are present illegally. In

particular, 'ineligibility for asylum' arbitrarily denies to a class of Convention refugees the treatment to which they are entitled under international law.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
Guy S. Goodwin-Gill

Executed this 9th day of November, 2018

# CURRICULUM VITAE

**GUY S. GOODWIN-GILL**
UNSW Law
UNSW Sydney
NSW 2051
Australia
http://www.law.unsw.edu.au/profile/guy-s-goodwin-gill



Personal Details

| | |
|---|---|
| **Degrees:** | B.A. (Hons.), Jurisprudence (Oxon.) — 1968 |
| | M.A. (Oxon.) — 1972 |
| | D.Phil. (Oxon.) — 1974 |
| **Professional qualification:** | Member of the English Bar |
| | (In practice from 2001-2018 at Blackstone Chambers, Blackstone House, Temple, London EC4Y 9BW. Tel. +44 (0)20 7583 1770: www.blackstonechambers.com) |

Employment and appointments

| | |
|---|---|
| 2017– | Professor of Law, University of New South Wales, Sydney, NSW, Australia |
| 2017–2018 | Acting Director, Kaldor Centre for International Refugee Law, UNSW, Sydney, Australia: http://www.kaldorcentre.unsw.edu.au/ |
| 2016– | Co-Chair, International Refugee Law Interest Group, American Society of International Law: https://www.asil.org/ |
| 2015– | Honorary Associate, Refugee Studies Centre, Oxford |
| 2015–2017 | Visiting Professorial Fellow, University of New South Wales, Sydney, NSW, Australia |
| 2015– | Honorary Senior Fellow, Melbourne Law School, University of Melbourne, Melbourne, VIC, Australia |
| 2014– | Emeritus Fellow, All Souls College, Oxford: www.all-souls.ox.ac.uk |
| 2014– | Emeritus Professor of International Refugee Law, University of Oxford, Oxford, United Kingdom |
| 2002–2014 | Senior Research Fellow, All Souls College, Oxford: www.all-souls.ox.ac.uk |
| 1998–2014 | Professor of International Refugee Law, University of Oxford, Oxford, United Kingdom |
| 2010-2011 | W. J. Ganshof van der Meersch Chair, Université Libre de Bruxelles (Fondation Philippe Wiener-Maurice Anspach) |

| | |
|---|---|
| 2010 | Julius Stone Visiting Fellow/Visiting Professorial Fellow, Faculty of Law, University of New South Wales, Sydney, Australia |
| 2010 | Director, Hague Academy of International Law, Centre for Research and Studies |
| 2008–2011 | Visiting Professor, Geneva Academy of International Humanitarian Law and Human Rights, Geneva, Switzerland |
| 1997–2002 | Rubin Director of Research, Institute of European Studies, University of Oxford |
| 1994–1999 | Professor of Asylum Law, University of Amsterdam, Amsterdam, The Netherlands |
| 1989–1997 | Professor of Law, Carleton University, Ottawa, Ontario, Canada |
| 1988–1989 | Visiting Social Sciences Professor, Carleton University, Ottawa, Ontario, Canada |
| 1988 | Visiting Professor, Osgoode Hall Law School, York University North York, Ontario, Canada |
| 1983–1988 | Senior Legal Research Officer, Division of Refugee Law and Doctrine |
| | Legal Adviser, Regional Bureau for Europe and North America |
| | Deputy Chief, Resettlement Section, Office of the United Nations High Commissioner for Refugees (UNHCR), Geneva, Switzerland |
| 1978–1983 | Legal Adviser and sometime Officer-in-Charge UNHCR/UNIC/UNICEF Joint Office for Australia, New Zealand and the South Pacific, Sydney, NSW, Australia |
| 1976–1978 | Legal Adviser UNHCR Branch Office, London, England |
| 1973–1976 | Visiting Lecturer and Examiner in Public International Law Kingston Polytechnic, Kingston-upon-Thames, Surrey, England |
| 1971–1976 | Lecturer, later Senior Lecturer The College of Law, Chancery Lane, London WC2, England |

## Other Professional Activities

| | |
|---|---|
| 2017– 2018 | Acting Editor-in-Chief, *International Journal of Refugee Law*, Oxford: Oxford University Press |
| 2008– | Patron of AsylumAid |
| 2008– | Member of the Editorial Board, *Refugee Survey Quarterly* |
| 2007–2013 | Member of the Council of the Overseas Development Institute |
| 2005–2006 | Specialist Adviser to House of Commons Social Affairs Committee on 'Immigration Controls' |

| | |
|---|---|
| 2003–2004 | Specialist Adviser to House of Lords Sub-Committee F (Social Affairs, Education and Home Affairs) on 'New Approaches to the Asylum Process' |
| 2002– | Member of the Editorial Board, *International Journal of Refugee Law* |
| 2002–2005 | Member of the Editorial Board, *Global Governance* |
| 2000–2003 | President, Media Appeals Board, Kosovo (appointed by the Special Representative of the Secretary-General, United Nations Mission in Kosovo) |
| 1997–2010 | President, Refugee & Migrant Justice, London (formerly the Refugee Legal Centre) |
| 1996 | Observer, Out-of-Country Voting, Bosnia and Herzegovina Elections |
| 1995 | Director of Research (March-December 1995), United Nations Study on the Impact of Armed Conflict on Children (the Machel Study) |
| 1995 | Adviser, World Health Organization, Geneva—Human rights, AIDS and HIV-based travel restrictions |
| 1994–2014 | Legal Consultant, Inter-Parliamentary Union, Geneva—Free and fair elections, electoral codes of conduct, ethics in public life, international law and organization |
| 1988–2001 | Founding Editor and Editor-in-Chief, *International Journal of Refugee Law*, Oxford: Oxford University Press |
| 1988– | Consultant and adviser to governments and international organisations, and to various advocacy groups on a *pro bono* basis. |

## Selected Cases

### International Court of Justice

*Advisory Opinion on Legal Consequences of the Construction of a Wall in the Occupied Palestinian Territory* [2004] ICJ *Reports* 136

### European Court of Human Rights

*Azinas v Cyprus* 56679/00 [2004] ECHR 191, (2005) 40 EHRR 8

### United Kingdom Supreme Court and House of Lords

*Secretary of State for the Home Department v Al-Jedda* [2013] UKSC 62
*Al-Sirri v Secretary of State for the Home Department* [2012] UKSC 54
*OO (Jordan) v Secretary of State for the Home Department* [2009] UKHL 10
*R (ex parte Roma Rights Centre et al) v Immigration Officer, Prague Airport and another* [2004] UKHL 55 (Pleadings: (2005) 17 *International Journal of Refugee Law* 427; https://doi.org/10.1093/ijrl/eei015)

### United Kingdom Court of Appeal

*Secretary of State for the Home Department v MSM (Somalia)* [2016] EWCA Civ 715

*Gudanaviciene and others v Director of Legal Aid Casework* [2014] EWCA Civ 1622 (Pleadings: (2015) 26 *International Journal of Refugee Law* 700; https://doi.org/10.1093/ijrl/eeu064)

*Al-Saadoon & Mufdhi v Secretary of State for Defence* [2009] EWCA Civ 7

*The Queen (Al Rawi and others) v Secretary of State for Foreign and Commonwealth Affairs and another* [2006] EWCA Civ 1279 (Pleadings: (2008) 20 *International Journal of Refugee Law* 675; http://www.unhcr.org/refworld/docid/45c350974.html)

*El-Ali v Secretary of State for the Home Department* [2002] EWCA Civ 1103 (Pleadings: http://www.refworld.org/docid/3d1c73c04.html)

## Publications

A summary list of publications can be found here:

https://scholar.google.com.au/citations?user=rfZCrmQAAAAJ&hl=en