Lee Gelernt*
Judy Rabinovitz*
Omar C. Jadwat*
Anand Balakrishnan*
Celso Perez**(SBN 304924)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*ojadwat@aclu.org*
*abalakrishnan@aclu.org*
*cperez@aclu.org*

Jennifer Chang Newell (SBN 233033)
Cody Wofsy (SBN 294179)
Julie Veroff** (SBN 310161)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*jnewell@aclu.org*
*cwofsy@aclu.org*
*jveroff@aclu.org*

*Attorneys for Plaintiffs (Additional counsel listed  on following page)*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, | Case No.: 18-cv-06810 |
| *Plaintiffs,* | |
| v. | **[PROPOSED ] TEMPORARY RESTRAINING ORDER** |
| Donald J. Trump, President of the United States, in his official capacity; Matthew G. Whitaker, Acting Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Lee Francis Cissna, Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; Kevin K. McAleenan, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Ronald D. Vitiello, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement, | **[IMMIGRATION ACTION]** |
| *Defendants.* | |

1  Melissa Crow*
   SOUTHERN POVERTY LAW CENTER
2  1666 Connecticut Avenue NW, Suite 100
   Washington, D.C. 20009
3  T: (202) 355-4471
   F: (404) 221-5857
4  *melissa.crow@splcenter.org*

5  Mary Bauer*
   SOUTHERN POVERTY LAW CENTER
6  1000 Preston Avenue
   Charlottesville, VA  22903
7  T:  (470) 606-9307
   F:  (404) 221-5857
8  *mary.bauer@splcenter.org*

9

10

11

12 *Attorneys for Plaintiffs*

13 *Pro hac vice application forthcoming*
   *Application for admission forthcoming*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baher Azmy*
Angelo Guisado*
Ghita Schwarz*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

Christine P. Sun (SBN 218701)
Vasudha Talla (SBN 316219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*csun@aclunc.org*
*vtalla@aclunc.org*

Plaintiffs' application for a Temporary Restraining Order came before this Court for consideration on November __, 2018.  Upon consideration of the application, and for good cause shown, IT IS HEREBY ORDERED as follows:

**Temporary Restraining Order**

The Court finds that Plaintiffs have demonstrated a substantial likelihood of success on the merits of their claims that Defendants' Interim Final Rule of November 8, 2018, and Presidential Proclamation of November 9, 2018, are in violation of (1) the Immigration and Nationality Act, and (2) the Administrative Procedure Act.  The Court further finds that Defendants' conduct as alleged above has caused and, absent the requested relief, will continue to cause irreparable harm to Plaintiffs.  The balance of hardships tips sharply in Plaintiffs' favor, and the public interest will be served by the injunction.

Accordingly, IT IS HEREBY ORDERED that, pending a hearing on whether a preliminary injunction should issue, Defendants Donald J. Trump, President of the United States, in his official capacity; Matthew G. Whitaker, Acting Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Lee Francis Cissna, Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; Kevin K. McAleenan, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Ronald D. Vitiello, Acting Director of Immigration and Customs Enforcement, in his official capacity; and Immigration and Customs Enforcement, and all persons acting under their direction, are enjoined from implementing or enforcing the Interim Final Rule and Presidential Proclamation.

**<u>Order to Show Cause</u>**

Defendants are ordered to show cause before this Court why a preliminary injunction should not issue enjoining Defendants and their agents from implementing or enforcing the Interim Final Rule and Presidential Proclamation. The hearing on the order to show cause will be held on _____ at _____.

Plaintiffs' moving papers shall be filed and served on or before _____.

Defendants' opposition papers shall be filed and served on or before _____.

Plaintiffs' reply papers shall be filed and served on or before _____.

Issued this _____ day of _____, 2018.


_____

United States District Judge

[PROPOSED] TEMPORARY RESTRAINING ORDER
Case No. 3:18-cv-06810