UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 18-cv-06810-JST <br><br> **SCHEDULING ORDER** <br><br> Re: ECF No. 8 |

The Court now sets the following briefing and hearing schedule on Plaintiffs' motion for temporary restraining order, ECF No. 8:

1. Defendants' opposition is due by November 15, 2018 at 12:00 p.m.

2. Plaintiffs' optional reply is due by November 16, 2018 at 5:00 p.m.

3. The Court will conduct a hearing on the motion on November 19, 2018 at 9:30 a.m.

Plaintiffs must file a proof of service of the complaint, their moving papers, and this order by November 14, 2018.

**IT IS SO ORDERED.**

Dated: November 13, 2018



JON S. TIGAR
United States District Judge