UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Donald J. Trump, President of the United ) <br> States, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:18-cv-06810-JST |

## NOTICE OF APPERANCE

Please take notice that undersigned counsel hereby enters his appearance on behalf of all Defendants, without waiver of jurisdiction, venue, or service.

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        SCOTT G. STEWART
        Deputy Assistant Attorney General

        AUGUST E. FLENTJE
        Special Counsel

By: /s/ *Erez Reuveni*
        EREZ REUVENI
        Assistant Director, Office of Immigration Litigation
        U.S. Department of Justice, Civil Division
        450 5th Street NW
        Washington, DC 20530
        Tel. (202) 307-4293
        Erez.R.Reuveni@usdoj.gov

        *Attorneys for Defendants*

Dated: November 13, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

        By: */s/ Erez Reuveni*
            EREZ REUVENI
            Assistant Director
            United States Department of Justice
            Civil Division