UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | Case No.3:18-cv-06810-JST |

**NOTICE OF REQUEST FOR VIDEO RECORDING**

The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case pursuant to General Order 65, as part of the Cameras in the Courtroom Pilot Project. Further information may be found at cand.uscourts.gov/cameras.

Proceeding: Hearing on Motion for Temporary Restraining Order

Date of scheduled proceeding: November 19, 2018 at 9:30 AM

Consent to video recording will be presumed unless a party completes the Objection to Request for Video Recording form available at cand.uscourts.gov/cameras by Friday, November 16, 2018 at 12:00 PM.

Dated: November 14, 2018　　　　　　　　　　Susan Y. Soong, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　　　William Noble, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR