Lee Gelernt*
Judy Rabinovitz*
Omar C. Jadwat*
Anand Balakrishnan***
Celso Perez**(SBN 304924)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*ojadwat@aclu.org*
*abalakrishnan@aclu.org*
*cperez@aclu.org*

Jennifer Chang Newell (SBN 233033)
Cody Wofsy (SBN 294179)
Julie Veroff** (SBN 310161)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*jnewell@aclu.org*
*cwofsy@aclu.org*
*jveroff@aclu.org*

*Attorneys for Plaintiffs* (Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
# NORHTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>Donald J. Trump, President of the United States, in his official capacity; Matthew G. Whitaker, Acting Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Lee Francis Cissna, Director of the U.S. Citizenship and Immigration Services; U.S. Citizenship and Immigration Services; Kevin K. McAleenan, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Ronald D. Vitiello, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement,<br><br>    *Defendants.* | Case No.: 18-cv-06810-JST<br><br>**PROOF OF SERVICE**<br><br>**IMMIGRATION ACTION** |

Melissa Crow***
SOUTHERN POVERTY LAW CENTER
1666 Connecticut Avenue NW, Suite 100
Washington, D.C. 20009
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer***
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA 22903
T: (470) 606-9307
F: (404) 221-5857
*mary.bauer@splcenter.org*

Baher Azmy***
Angelo Guisado***
Ghita Schwartz***
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gshwartz@aclu.org*

Christine P. Sun (SBN 218701)
Vasudha Talla (SBN 316219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*csun@aclunc.org*
*vtalla@aclunc.org*

*Attorneys for Plaintiffs*

*\*Pro hac vice application pending*
*\*\*Application for admission pending*
*\*\*\*Pro hac vice application forthcoming*

# PROOF OF SERVICE

I am a member of the bar of this court. I am over the age of eighteen years old and not a party to the action. My business address is American Civil Liberties Union Foundation Immigrants' Rights Project, 39 Drumm Street, San Francisco, California 94111. I served the documents described below on the dates and in the manners set forth below:

- Complaint for Declaratory and Injunctive Relief
- Motion for a Temporary Restraining Order; (1) Plaintiff's Memorandum In Support Of Motion for Temporary Restraining Order; (2) Declaration of Adam Isacson; (3) Declaration of Daniel Sharp; (4) Declaration of Erika Pinheiro; (5) Declaration of Guy S. Goodwin-Gill; (6) Declaration of Stephen W. Manning; (7) Declaration of Michael Smith; (8) Proposed Temporary Restraining Order

By Electronic Mail: I served these documents by electronic mail on the party listed below on November 9, 2018.

By Overnight Mail: I caused these documents to be deposited for delivery to the party listed below by UPS for overnight delivery on November 14, 2018.

And

- Scheduling Order Dated November 13

By Electronic Mail: I served this document by electronic mail on the party listed below on November 13, 2018.

By Overnight Mail: I caused this document to be deposited for delivery to the party listed below by UPS for overnight delivery on November 14, 2018.

On the following party in this action:

Erez Reuveni
Assistant Director, Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20530
Tel: (202) 307-4293
Erez.R.Reuveni@usdoj.gov

Executed on November 14, 2018 at San Francisco, California.

                                         /s/ Cody Wofsy
                                         Cody Wofsy
                                         *Attorney for Plaintiffs*