```
 1  Megan D. Lin, SBN # 298267
    Laura K. Clinton, WSBA #29846
 2  Colleen M. Melody, WSBA #42275
    Kristin Beneski, WSBA #45478
 3  Assistant Attorneys General
    Office of the Attorney General
 4  800 Fifth Avenue, Suite 2000
    Seattle, WA  98104
 5  (206) 464-5342
 6
 7  Attorneys for Amicus Curiae State of Washington
```

The Honorable Jon S. Tigar

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>*Plaintiffs,*<br><br>v.<br><br>Donald J. Trump, President of the United States, in his official capacity; Matthew G. Whitaker, Acting *Attorney* General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Lee Francis Cissna, Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; Kevin K. McAleenan, Commissioner of | Case No.  3:18-cv-06810<br><br>AGREED MOTION OF THE STATES OF WASHINGTON, MASSACHUSETTS, NEW YORK, AND CALIFORNIA FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF ON SHORTENED TIME<br><br>**Hearing Date**: November 19, 2018, 9:30AM |

| | |
|---|---|
| 1 | U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Ronald D. Vitiello, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement, |
| 2 | |
| 3 | |
| 4 | |
| 5 | *Defendants.* |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the States of Washington, Massachusetts, New York, and California (the States), pursuant to Local Rule 7-1, respectfully request expedited leave to file a brief as amici curiae in the above captioned case in support of Plaintiffs' request for a TRO. A copy of the proposed amicus brief, which addresses limited issues, is attached as **Exhibit A** to this motion. Counsel for the parties have consented to this filing.

The States understand that the Government's response to the Motion for TRO is due Thursday, November 15, 2018 and Plaintiffs' Reply is to be filed on November 16, 2018, with the hearing to follow on Monday, November 19, 2018. To give the Court and the parties time before the hearing to consider the States' position, the States respectfully request that this Court allow the States to file this proposed amicus brief on November 14, 2018.

Counsel for the defendants has confirmed that defendants have no objection to the Court's consideration of this motion on shortened time and to the submission of an amicus brief, provided that is fewer than ten pages and filed by 6:00 p.m. on November 14, 2018.

### I.     LEGAL STANDARD

District courts have wide discretion in granting leave to participate as amicus curiae. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). While there is no specific rule on when such leave is proper,

this discretion is liberally applied when the legal issues in a case "have potential ramifications beyond the parties directly involved." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005). Indeed, the "classic role" of amicus curiae is filled in cases that involve the general public interest, including the interpretation and status of the law. *Funbus Systems, Inc. v. State of Cal. Pub. Utils. Comm'n*, 801 F.2d 1120, 1125 (9th Cir. 1986) (referencing *Miller-Wohl Co. v. Comm'r of Labor & Indus.,* 694 F.2d 203, 204 (9th Cir. 1982)).

An amicus curiae brief should "normally be allowed" where "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cmty. Ass'n for Restoration of the Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999). Amici curiae fulfill the role by submitting briefing designed to assist in cases of general public interest, supplement the efforts of counsel, and draw the court's attention to law that might otherwise escape consideration. *Id.*

In addition, expedited consideration of this motion is appropriate because the November 19 hearing date was only set yesterday. The States promptly reached out to the parties and obtained their consent to file this motion for leave to file their amicus brief. Expedited consideration will not affect the hearing date as the States propose to file their amicus brief regarding the TRO today. *See generally* L.R. 6-3.

## II.   STATEMENT OF IDENTITY AND INTEREST OF AMICI CURIAE

The current case involves allegations that the Acting Attorney General and Secretary of Homeland Security improperly issued an Interim Final Rule that will radically reduce the number of migrants eligible to apply for asylum, in violation of the APA and both domestic and

international immigration law. *See* "Aliens Subject to a Bar on Entry under Certain Presidential Proclamations; Procedures for Protection Claims," *available at* https://www.regulations.gov/document?D=EOIR_FRDOC_0001-0039. The ramifications of this action go well beyond the parties to the case and are matters of general public interest. As a result, the States are well-positioned to file a brief as amici curiae.

The States have particular insights to share because they will suffer concrete harms if the Interim Rule is allowed to go into effect. The States invest their own resources every year to provide education, health care, and other services to immigrant families, including asylum seekers, like all families that reside within our borders. The States also deliver specific services to immigrant families that settle in our jurisdictions. For example, the Office of Refugee and Immigrant Assistance (ORIA) is part of the State of Washington's Department of Social and Health Services (DSHS). ORIA coordinates services for asylum grantees, refugees, and other immigrants through contracts with more than 60 different organizations across the state to offer 11 distinct programs and services.

Where migrants experience additional trauma and uncertainty in the processing of their asylum claims, the States – through their child welfare services, social and health services, courts, and public schools – will have a significant role in assisting immigrants and their relatives in the United States who will suffer the harms inflicted by the reversal of asylum policy and attendant delay.

In addition, each State has a strong interest in ensuring that federal agencies comply with the APA and refrain from engaging in arbitrary and capricious decision-making. The States and their residents depend on a stable and predictable federal regulatory environment. The States'

public policies in favor of open government, transparency, and the Rule of Law are all impacted when federal agencies fail to comply with procedures intended to allow public input on important government regulation.

### III.     AMICI CURIAE'S EXPERTISE WILL BENEFIT THE COURT

The amici States have "unique information" and a "perspective that can help the [C]ourt" by demonstrating the broad implications flowing from promulgation of the Rule. *Sonoma Falls Developers, LLC v. Nev. Gold &Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003). The ramifications of this case directly affect the States, which are negatively impacted when federal agencies engage in questionable rulemaking practices that purport to enact sweeping policy changes without providing the public with the opportunity to review and comment. The temporary restraining order sought by plaintiffs in this case allows for appropriate scrutiny of these regulatory actions.

It is especially important for the Court to consider the States' view that the regulatory instability and administrative whim embodied by the Interim Rule imperils future immigrants with legitimate asylum claims who will settle within the States. Illegal removal of these families and children under the Rule would not only harm them, but the Amicus States in which they reside.

Accordingly, Washington, Massachusetts, New York, and California respectfully submit that the amicus brief will assist the Court in providing this additional perspective and request that the Court grant the motion for leave to file an amicus brief.

## IV. CONCLUSION

For the foregoing reasons, the amici States respectfully request this Court's leave to file the attached proposed amicus curiae brief on November 14, 2018.

Respectfully submitted this 14th day of November, 2018.

ROBERT W. FERGUSON
Washington State Attorney General

*/s/ Megan D. Lin*
MEGAN D. LIN, SNB # 298267
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
LAURA K. CLINTON, WSBA #29846
KRISTIN BENESKI, WSBA #45478
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
Tel: (206) 464-5342
MeganL@atg.wa.gov
ColleenM1@atg.wa.gov
LauraC5@atg.wa.gov
KristinB1@atg.wa.gov
Attorneys for the State of Washington


MAURA HEALEY
Attorney General for Massachusetts


*/s/ Genevieve Nadeau*
GENEVIEVE C. NADEAU
Chief, Civil Rights Division
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Tel:  (617) 727-2200
Genevieve.Nadeau@state.ma.us
Attorneys for the Commonwealth of Massachusetts

BARBARA D. UNDERWOOD
Attorney General of New York

*/s/ Lourdes Rosado*
LOURDES ROSADO, Civil Rights Bureau Chief
ANISHA DASGUPTA, Deputy Solicitor General
Civil Rights Bureau
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8252
lourdes.rosado@ag.ny.gov
anisha.dasgupta@ag.ny.gov
Attorneys for the State of New York


XAVIER BECERRA
Attorney General of California

/s/ James F. Zahradka II
JAMES F. ZAHRADKA II
Deputy Attorney General
MICHAEL L. NEWMAN
Senior Assistant Attorney General
Civil Rights Enforcement Section
California Department of Justice
1515 Clay Street, Suite 2000
Oakland, CA 94612
Tel: (510) 879-1247
James.Zahradka@doj.ca.gov
Attorneys for the State of California