UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 18-cv-06810-JST <br><br> **ORDER UNSEALING DOCKET** |

The Court hereby orders that the limitations on nonparty access to court filings set forth in Rule 5.2(c) of the Federal Rules of Civil Procedure shall not apply to this action. *See* Fed. R. Civ. P. 5.2(c) (providing that certain requirements apply "[u]nless the court orders otherwise").

If the parties wish to file material under seal, they shall comply with the requirements of Civil Local Rule 79-5 and the Court's standing order.

**IT IS SO ORDERED.**

Dated: November 14, 2018



JON S. TIGAR
United States District Judge