JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH DARROW
FRANCESCA GENOVA
CHRISTINA GREER
*Trial Attorneys*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, President of the United States, *et al.*, <br><br> Defendants. | [PROPOSED] ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER <br><br> Civil Action No. 1:18-cv-06810-JST |

Before the Court is the Plaintiffs motion for temporary restraining order. Having reviewed the briefs of the parties, and having heard argument on November 19, 2018, IT IS HEREBY ORDERED that the motion is DENIED.

Issued this ____ day of _____, 2018.

_____
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED ]ORDER DENYING MOTION
FOR TEMPORARY RESTRAINING ORDER
*East Bay Sanctuary v. Trump*,                                    1
Case No. 1:18-cv-06810-JST