UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, et al.,<br><br>          Defendants. | Case No. 3:18-cv-06810-JST |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the November 19, 2018 Hearing on Temporary Restraining Order in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

(✖)   All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project. See cand.uscourts.gov/cameras for more information.

(  )   At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: November 16, 2018                                     Susan Y. Soong, Clerk of Court

                                                                                    By _____
                                                                                    William Noble, Courtroom Deputy Clerk to
                                                                                    Honorable Jon S. Tigar