Lawrence J. Joseph (SBN 154908)
Law Office of Lawrence J. Joseph
1250 Connecticut Ave, NW, Suite 700-1A
Washington, DC 20036
Tel: 202-355-9452
Fax: 202-318-2254
Email: ljoseph@larryjoseph.com

Counsel for Movant Immigration Reform Law Institute

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, | ) ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| Donald J. Trump, President of the United States, in his official capacity; Matthew G. Whitaker, Acting Attorney General, in his official capacity; U.S. Dep't of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; U.S. Dep't of Homeland Security; Lee Francis Cissna, Director of the U.S. Citizenship & Immigration Services, in his official capacity; U.S. Citizenship & Immigration Services; Kevin K. McAleenan, Commissioner of U.S. Customs & Border Protection, in his official capacity; U.S. Customs & Border Protection; Ronald D. Vitiello, Acting Director of Immigration & Customs Enforcement, in his official capacity; Immigration & Customs Enforcement, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendants.* | ) ) ) |

Case No. 3:18-cv-6810-JST

**[PROPOSED] ORDER**

On considering the Immigration Reform Law Institute's motion for leave to file its *amicus curiae* brief, the parties' positions on filing the brief, and the entire record herein, it is hereby

**ORDERED** that the motion is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is ordered to file the *amicus curiae* brief that accompanied the motion on the docket; and it is

**FURTHER ORDERED** that the parties may raise any need or desire to respond to the *amicus* brief at the hearing on November 19, 2018;

**SO ORDERED**.

Dated: _____, 2018

_____
**U.S. DISTRICT JUDGE**