## DECLARATION OF ALLEGRA LOVE, EXECUTIVE DIRECTOR, SANTA FE DREAMERS PROJECT

I, Allegra Love, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I would testify competently and truthfully to these matters.

2. I am the Executive Director of the Santa Fe Dreamers Project ("the Project"). I have been in this position since 2015. The Project provides free legal services to immigrants to promote economic empowerment, community development, family unity, and liberation from detention. In collaboration with Innovation Law Lab's Border X project and New Mexico Immigrant Law Center, the Project represents detained transgender immigrants at the Cibola County Correctional Center who qualify for release on bond or parole as they await their asylum cases.

3. Through the Project, I have represented or otherwise advised a number of individuals, mainly transgender or LGBTQ (lesbian, gay, bisexual, transgender, queer) individuals, coming to the United States to seek asylum.

4. My staff is advising around 77 LGBTQ individuals who are part of the current migrant caravan and wish to seek asylum in the United States. These individuals are mainly transgender women. They are currently on the Mexico side of the U.S.-Mexico border and are trying to present at a port of entry in order to seek asylum.

5. The wait times at these ports of entry are between two and six weeks. During that time, my clients are at risk of violence in Mexico, where the conditions for them are unsafe. They have reported to me that they are experiencing harassment by the police and vitriolic comments and threats from people in Mexico.

6. I also advised a group of about 20 LGBTQ individuals that came to the United States to seek asylum with a different migrant caravan in the spring of 2018. These individuals also sought asylum through various ports of entry.

7. While these 20 individuals waited to present at the port of entry in Tijuana, Mexico, they experienced threats of violence and harassment, including from police.

8. In the spring of 2018, I traveled to Puebla, Mexico, where I participated in a number of workshops with individuals traveling to the United States in order to seek asylum. I generally advised people as to the strength of their cases to give them a realistic sense of their chances to raise a successful asylum claim in the United States. I also advised them that the lawful way to pursue an asylum claim was by presenting at a port of entry..

9. In my experience, most, if not all, the LGBTQ individuals I have represented who traveled with migrant caravans have presented themselves at ports of entry to seek asylum. In my experience in working with migrant caravans, individuals with asylum claims strive to follow lawful procedures and present themselves at ports of entries as much as possible.

10. As an attorney, I never advise clients to cross unlawfully.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
Allegra Love

Executed this 16th day of November, 2018