# DECLARATION OF MICHELLE SEYLER, ACCREDITED REPRESENTATIVE, CENTRAL AMERICAN RESOURCE CENTER

I, Michelle Seyler, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I would testify competently and truthfully to these matters.

2. I am an Accredited Representative at the Central American Resource Center ("CARECEN") in Los Angeles, California. CARECEN is a plaintiff in *East Bay Sanctuary Covenant v. Trump*. In a previous declaration, submitted November 9, 2018, CARECEN's director, Daniel Sharp, explained our organization's work and the harms we will experience from the government's new rule banning asylum for those who cross the border between ports of entry.

3. I submit this declaration to explain how CARECEN would have participated had the public been given an opportunity to submit comments regarding the new rule. Part of my work at CARECEN involves researching proposed regulations, determining how they would affect our organization and clients, and writing comments to submit to the agency.

4. Because of the asylum rule's profound impact on CARECEN's finances and operations, we would have submitted detailed comments to explain why the rule would threaten our work, harm our clients, and put children and families in danger. We would also have responded to the government's stated reasons for the ban, to explain that the ban is unlikely to serve its goal of deterring migration. These comments would have been based on our experience serving immigrant clients, which gives us first-hand knowledge about migration patterns, conditions at the border, and the dangers facing migrants in Mexico and Central America.

5. We have an active practice of commenting on similar agency rules. Most recently, we submitted comments to the Department of Commerce about its proposal to put a question about citizenship on the 2020 census questionnaire. Our comments drew on our experience with the 2010 census, as well as our experience serving clients in Los Angeles, to explain how the proposed rule would negatively affect the communities we serve.

6. We are currently preparing to submit comments about two other immigration-related proposed rules. First, we will submit comments on U.S. Citizenship and Immigration Services' proposed rule regarding fee waivers, which would prevent applicants—including our clients—from obtaining fee waivers based on evidence that they receive means-tested benefits. Second, we will submit comments regarding the Department of Homeland Security's proposed "public charge" rule, which would render inadmissible a wide swath of people who have used public benefits in the past or who are currently receiving them.

7. If there had been a notice and comment period for the asylum rule, we would have similarly submitted detailed comments to explain the rule's impact on our clients and our operations, and to respond to the government's claimed bases for considering this rule. However, we were not able to participate in this way because the rule was issued without any public comment period.

I hereby declare under the penalty of perjury pursuant to the laws of the United States that the above is true and correct to the best of my knowledge.

EXECUTED this 16th day of November, 2018.

Michelle Seyler