AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, et al., <br> *Plaintiff* <br> v. <br> Donald J. Trump, President of the United States et al <br> *Defendant* | ) <br> ) <br> ) Case No. 18-cv-06810 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants.

Date: 11/18/2018

/s/ Francesca Genova
*Attorney's signature*

Francesca Genova, NY 5486873
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
*Address*

Francesca.M.Genova@usdoj.gov
*E-mail address*

(202) 205-1062
*Telephone number*

(202) 305-7000
*FAX number*