# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: November 19, 2018      Judge: Jon S. Tigar

Time: 1 hour, 19 minutes

Case No.    **3:18-cv-06810-JST**
Case Name    **East Bay Sanctuary Covenant, et al. v. President of U.S. Donald J. Trump, et al.**

Attorneys for Plaintiffs:
- Lee Gelernt
- Spencer Amdur
- Baher Azmy
- Mary Bauer
- Melissa Crow
- Christine P. Sun
- Vasudha Talla
- Julie M. Veroff

Attorneys for Defendants:
- Scott G. Stewart
- Francesca M. Genova

Deputy Clerk: William Noble      Court Reporter: Belle Ball

## PROCEEDINGS

Motion for a Temporary Restraining Order (Dkt. No. 8)

## RESULT OF HEARING

1. The Court deemed the Amicus brief at docket 34 filed.

2. After hearing argument from the parties, the Court took the motion under submission.