1  Megan D. Lin, SBN # 298267
2  Laura K. Clinton, WSBA #29846
   Colleen M. Melody, WSBA #42275
3  Kristin Beneski, WSBA #45478
   Assistant Attorneys General
4  Office of the Attorney General
   800 Fifth Avenue, Suite 2000
5  Seattle, WA  98104
   (206) 464-5342
6

7

8

9

10                                                          The Honorable Jon S. Tigar

11

12

13

14          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**

15  East Bay Sanctuary Covenant; Al Otro          Case No.  3:18-cv-06810
16  Lado; Innovation Law Lab; and Central
    American Resource Center in Los               AGREED MOTION TO DEEM THE
17  Angeles,                                      AMICUS CURIAE BRIEF AT DKT.
                                                  19-1 FILED
18                          *Plaintiffs,*
                                                  **Hearing Date**: November 19, 2018,
19          v.                                    9:30AM

20  Donald J. Trump, President of the United
    States, in his official capacity; Matthew
21  G. Whitaker, Acting *Attorney* General, in
    his official capacity; U.S. Department of
22  Justice; James McHenry, Director of the
    Executive Office for Immigration
23  Review, in his official capacity; the
    Executive Office for Immigration
24  Review; Kirstjen M. Nielsen, Secretary of
    Homeland Security, in her official
25  capacity; U.S. Department of Homeland
    Security; Lee Francis Cissna, Director of
26  the U.S. Citizenship and Immigration

AGREED MOTION TO DEEM AMICUS                    1        ATTORNEY GENERAL OF WASHINGTON
BRIEF FILED -  NO.  3:18-CV-06810                               Complex Litigation Division
                                                               800 Fifth Avenue, Suite 2000
                                                                  Seattle, WA 98104
                                                                   (206) 464-7744

1   Services, in his official capacity; U.S.
Citizenship and Immigration Services;
2   Kevin K. McAleenan, Commissioner of
U.S. Customs and Border Protection, in
3   his official capacity; U.S. Customs and
Border Protection; Ronald D. Vitiello,
4   Acting Director of Immigration and
Customs Enforcement, in his official
5   capacity; Immigration and Customs
Enforcement,
6                                          *Defendants.*

7

8

9   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

10      PLEASE TAKE NOTICE THAT the States of Washington, Massachusetts, New York,

11   and California (States) respectfully move the Court to deem their amicus curiae brief, in the

12   record at Dkt. 19-1, filed on November 14, 2018.  No party will be prejudiced and the Court has

13   already granted the motion for the States to participate as amici and for leave to file the brief

14   (Dkt. 20).  Counsel for the parties have consented to this filing.

15

16            I.      BACKGROUND AND ARGUMENT

17      On November 14, 2018—with permission from both parties—the States filed an

18   unopposed motion to file an amicus brief in support of Plaintiffs' motion for temporary

19   restraining order (Dkt. 19) and attached the proposed amicus brief (Dkt. 19-1). The Court

20   promptly granted the motion, allowing the States to formally file their amicus brief (Dkt. 20).

21   Due to illness, the States' counsel overlooked notice of that order on the docket, but all parties

22   were aware of the amicus filing and had the opportunity to respond prior to today's hearing on

23   Plaintiffs' motion for temporary restraining order.  Thus, no party is prejudiced by the States'

24

25   request.

26

AGREED MOTION TO DEEM AMICUS                    2            ATTORNEY GENERAL OF WASHINGTON
BRIEF FILED -  NO.  3:18-CV-06810                                  Complex Litigation Division
                                                                  800 Fifth Avenue, Suite 2000
                                                                  Seattle, WA 98104
                                                                  (206) 464-7744

## II.   CONCLUSION

Counsel for Defendants and Plaintiffs are aware of this motion and have no objections.

For the foregoing reasons, the *amici* States respectfully request that the amicus curiae brief  at

Dkt. 19-1 be deemed filed on November 14, 2018.

Respectfully submitted this 19th day of November, 2018.

ROBERT W. FERGUSON
Washington State Attorney General

*/s/ Megan D. Lin*

MEGAN D. LIN, SNB # 298267
COLLEEN M. MELODY, WSBA #42275
Civil Rights Division Chief
LAURA K. CLINTON, WSBA #29846
KRISTIN BENESKI, WSBA #45478
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
Tel: (206) 464-5342
MeganL@atg.wa.gov
ColleenM1@atg.wa.gov
LauraC5@atg.wa.gov
KristinB1@atg.wa.gov
Attorneys for the State of Washington

AGREED MOTION TO DEEM AMICUS
BRIEF FILED -  NO.  3:18-CV-06810

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744