UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Donald J. Trump, President of the United States, *et al.*, <br><br> *Defendants.* | Case No.: 18-cv-06810-JST <br><br> **[PROPOSED] ORDER** <br><br> **IMMIGRATION ACTION** |

On consideration of the parties' stipulation regarding the briefing schedule for Plaintiffs' motion for a preliminary injunction, IT IS HEREBY ORDERED as follows:

- Plaintiffs' motion and memorandum in support due December 3
- Amicus briefs in support of Plaintiffs or neither party due December 5
- Defendants' opposition due December 12 at noon Pacific Standard Time
- Amicus briefs in support of Defendants due December 12 at noon Pacific Standard Time
- Plaintiffs' reply due December 14
- A hearing will be held December 19 at 9:30 a.m.
- The Court shall issue a separate order concerning the submission of an administrative record

IT IS SO ORDERED.

Dated:

_____
JON S. TIGAR
United States District Judge