Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

East Bay Sanctuary Covenant, et al.,

                   Plaintiff(s),

    v.

Donald J. Trump, et al.,

                  Defendant(s).

Case No: 3:18-cv-06810

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mary Bauer, an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: East Bay Sanctuary Covenant, et al. in the above-entitled action. My local co-counsel in this case is Jennifer Chang Newell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Southern Poverty Law Center 1000 Preston Avenue | ACLU Foundation, Immigrants' Rights Project 39 Drumm Street |
| MY TELEPHONE # OF RECORD: (470) 606-9307 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 343-1198 |
| MY EMAIL ADDRESS OF RECORD: mary.bauer@splcenter.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jnewell@aclu.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 31388.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/21/18

Mary Bauer
_____
APPLICANT

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mary Bauer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 27, 2018

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                 *October 2012*