UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EAST BAY SANCTUARY COVENANT, ET AL., | Case No. 18-cv-06810-JST |
|---|---|
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to the parties' stipulation, ECF No. 48:

| Event | Deadline |
|---|---|
| Plaintiffs' motion for preliminary injunction due | December 3, 2018 |
| Amicus briefs in support of Plaintiffs or neither party due | December 5, 2018 |
| Defendants' opposition due | December 12, 2018 by 12:00 p.m. PST |
| Amicus briefs in support of Defendants due | December 12, 2018 by 12:00 p.m. PST |
| Plaintiffs' reply due | December 14, 2018 |
| Hearing | December 19, 2018 at 9:30 a.m. |

By issuing this order, the Court does not grant permission to file any amicus brief. Such permission must be separately obtained. Persons or entities wishing to file an amicus brief are

strongly urged (1) to bear in mind that the Court can only read so much material under time constraint; (2) to coordinate their efforts with others making similar arguments; and (3) to remember "the basic imperative of brevity." Danny Heitman, "Keep It Short," N.Y. Times (Mar. 24, 2014) (https://opinionator.blogs.nytimes.com/2014/03/24/keep-it-short/).

The parties also dispute whether Defendants must produce the administrative record. At the temporary restraining order hearing, Defendants acknowledged that one must be produced before any preliminary injunction hearing. ECF No. 45 at 57 ("This would be an administrative-record case, Your Honor. The Court should – if the Court were to grant a TRO in any sort of – in any sort of respect, it should have administrative record and preliminary injunction briefing as expeditiously as possible to get this matter resolved."). Defendants now argue that they cannot produce the administrative record until they have "Plaintiffs' position on whether resolution of Plaintiffs' forthcoming preliminary injunction motion should be limited to the administrative record or whether Plaintiffs instead believe they may submit extra-record evidence in support of their motion." ECF No. 48 at 3-4.

The objection is not convincing. Whether Plaintiffs will be able to submit extra-record evidence, if the parties dispute that point, will be resolved separately. In either event, the Defendants will need to produce the administrative record. They are ordered to do so by November 28, 2018 at noon.

**IT IS SO ORDERED.**

Dated:  November 27, 2018



JON S. TIGAR
United States District Judge