JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH DARROW
FRANCESCA GENOVA
CHRISTINA GREER
*Trial Attorneys*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | Civil Action No. 1:18-cv-06810-JST |
| Donald J. Trump, President of the United States, *et al.*, | |
| Defendants. | |

Defendants hereby appeal from the Court's Order entered November 19, 2018 (ECF No. 43), in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

Dated: November 27, 2018               Respectfully submitted,

                                       JOSEPH H. HUNT
                                       Assistant Attorney General

                                       SCOTT G. STEWART
                                       Deputy Assistant Attorney General

                                       AUGUST E. FLENTJE
                                       Special Counsel

                                       WILLIAM C. PEACHEY
                                       Director

                                   By: /s/ *Erez Reuveni*
                                       EREZ REUVENI
                                       Assistant Director
                                       Office of Immigration Litigation
                                       U.S. Department of Justice, Civil Division
                                       P.O. Box 868, Ben Franklin Station
                                       Washington, DC 20044
                                       Tel: (202) 307-4293
                                       Email: Erez.R.Reuveni@usdoj.gov

                                       PATRICK GLEN
                                       Senior Litigation Counsel

                                       JOSEPH DARROW
                                       FRANCESCA GENOVA
                                       CHRISTINA GREER
                                       Trial Attorneys

Dated: November 27, 2018               *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
    EREZ REUVENI
    Assistant Director
    United States Department of Justice
    Civil Division