JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH DARROW
FRANCESCA GENOVA
CHRISTINA GREER
*Trial Attorneys*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| East Bay Sanctuary Covenant, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] ORDER GRANTING MOTION FOR STAY PENDING APPEAL |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-06810-JST |
| | ) | |
| Donald J. Trump, President of the United States, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the Defendants' motion for a stay of the Court's order entering a temporary restraining order (ECF No. 43) pending appeal. Having reviewed the motion, IT IS HEREBY ORDERED that the motion is GRANTED.

Issued this _____ day of _____, 2018.

_____
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28