JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH DARROW
FRANCESCA GENOVA
CHRISTINA GREER
*Trial Attorneys*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | |
| Plaintiffs, | EMERGENCY MOTION TO SHORTEN TIME |
| v. | Civil Action No. 1:18-cv-06810-JST |
| Donald J. Trump, President of the United States, *et al.*, | |
| Defendants. | |

DEFENDANTS' MOTION TO SHORTEN TIME
*East Bay Sanctuary v. Trump*,
Case No. 1:18-cv-06810-JST

1  Defendants have filed an emergency motion to stay the Court's temporary restraining order
2  (ECF No. 43) issued November 19, 2018.  *See* ECF No. 52.  Defendants now respectfully move
3  this Court to shorten the time for briefing of that motion for stay.  Defendants request that the
4  Court issue a decision on the motion no later than November 28, 2018.  If the Court does not grant
5  Defendants' motion by November 28, Defendants intend to file with the United States Court of
6  Appeals for the Ninth Circuit a motion seeking a stay of the temporary restraining order .

   Defendants have conferred with Plaintiffs, who indicate that they oppose the motion for stay.

                                    Respectfully submitted,

                                    JOSEPH H. HUNT
                                    Assistant Attorney General

                                    SCOTT G. STEWART
                                    Deputy Assistant Attorney General

                                    AUGUST E. FLENTJE
                                    Special Counsel

                                    WILLIAM C. PEACHEY
                                    Director

                            By: /s/ *Erez Reuveni*
                                    EREZ REUVENI
                                    Assistant Director
                                    Office of Immigration Litigation
                                    U.S. Department of Justice, Civil Division
                                    P.O. Box 868, Ben Franklin Station
                                    Washington, DC 20044
                                    Tel: (202) 307-4293
                                    Email: Erez.R.Reuveni@usdoj.gov

                                    PATRICK GLEN
                                    Senior Litigation Counsel

                                    JOSEPH DARROW
                                    FRANCESCA GENOVA
                                    CHRISTINA GREER
                                    Trial Attorneys

Dated: November 27, 2018                *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division
