JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH DARROW
FRANCESCA GENOVA
CHRISTINA GREER
*Trial Attorneys*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, President of the United States, *et al.*, <br><br> Defendants. | [PROPOSED] ORDER GRANTING MOTION FOR TO SHORTEN TIME <br><br> Civil Action No. 1:18-cv-06810-JST |


Before the Court is the Defendants' motion to shorten time on a decision of their motion to stay the Court's order entering a temporary restraining order (ECF No. 43) pending appeal. Having reviewed the motion, IT IS HEREBY ORDERED that the motion is GRANTED.

Issued this ____ day of _____, 2018.

                                                                                       _____
                                                                                       United States District Judge