UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 18-cv-06810-JST<br><br>**ORDER GRANTING IN PART EMERGENCY MOTION TO SHORTEN TIME**<br><br>Re: ECF No. 53 |

The Court issued a temporary restraining order on November 19, 2018. ECF No. 43. Today – eight days later – Defendants filed a notice of appeal, ECF No. 51, and an emergency motion for a stay pending appeal, ECF No. 52. Defendants request that the Court rule on their motion for a stay within one day, without giving Plaintiffs an opportunity to respond. ECF No. 53 at 2.

Given that Defendants waited eight days to file their motion for a stay, the Court cannot reasonably conclude that the issues presented require resolution within one day and without an opportunity for the opposing parties to be heard. Nonetheless, recognizing the time-sensitive nature of this case, the Court GRANTS IN PART the motion to shorten time.

Plaintiffs shall file their opposition to the motion for a stay by November 29, 2018 at 5:00 p.m. There will be no reply. The Court will rule on the motion by the end of November 30, 2018.

**IT IS SO ORDERED.**

Dated: November 27, 2018

JON S. TIGAR
United States District Judge