JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH DARROW
FRANCESCA GENOVA
CHRISTINA GREER
*Trial Attorneys*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | |
| Plaintiffs, | **STIPULATION AND ORDER** |
| v. | Civil Action No. 1:18-cv-06810-JST |
| Donald J. Trump, President of the United States, *et al.*, | |
| Defendants. | |

Pursuant to the Court's scheduling Order (ECF No. 50), the Government must produce the administrative record by November 28 at noon Pacific time. The parties have since conferred and respectfully request that the court adopt the following stipulation concerning scheduling:

1. Defendants may produce the administrative record by 4 p.m pacific, November 29, 2018.
2. If the Defendants submit the record by 4 p.m. Pacific, November 29, 2018, Plaintiffs' opening brief shall be due December 4. The schedule entered by the Court (ECF No. 50) shall otherwise remain in effect.
3. Should Defendants be unable to produce the record by 4 P.M. pacific November 29, 2018, Plaintiffs' brief shall be due December 5.
4. For each additional day Defendants do not produce the record by 4 p.m. pacific, Plaintiffs shall gain an additional day on the date their brief is due.

Dated: November 28, 2018                                    Respectfully submitted,

s/ Erez Reuveni
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

/s/Lee Gelernt
Lee Gelernt
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
lgelernt@aclu.org

I attest that concurrence in the filing of the document has been obtained from Lee Gelernt.

/s/Erez Reuveni
Erez Reuveni

IT IS SO ORDERED.

Issued this ____ day of _____, 2018.

>   _____
>   United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division

STIPULATION AND ORDER
*East Bay Sanctuary v. Trump*,
Case No. 1:18-cv-06810-JST