UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 18-cv-06810-JST<br><br>**ORDER RE: STIPULATED EXTENSION FOR PRODUCTION OF ADMINISTRATIVE RECORD**<br><br>Re: ECF No. 55 |

The Court previously ordered Defendants to produce the administrative record by noon today. ECF No. 50 at 2. The parties have now submitted a stipulated request to extend that deadline. ECF No. 55. The Court grants the request in part and adopts the following deadlines:

Defendants may produce the administrative record by 4:00 p.m on November 29, 2018. If Defendants submit the record by that time, Plaintiffs' opening brief shall be due December 4. The schedule entered by the Court (ECF No. 50) shall otherwise remain in effect.

If Defendants submit the record by 4:00 p.m. on November 30, 2018, Plaintiffs' brief shall be due December 5.

Additional extensions will require further order of the Court. A request for such an extension must be accompanied by an explanation why Defendants need more time to produce the administrative record. Depending on the circumstances, further extensions may also require additional modifications to the existing schedule, including moving the date of the preliminary

/ / /

/ / /

/ / /

/ / /

1  injunction motion hearing and/or extending the duration of the Court's temporary restraining
2  order.
3  **IT IS SO ORDERED.**
4  Dated:  November 28, 2018



JON S. TIGAR
United States District Judge