# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 3:18-cv-06810-JST |

## NOTICE OF APPERANCE

Please take notice that undersigned counsel hereby enters his appearance on behalf of all Defendants, without waiver of jurisdiction, venue, or service.

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

    SCOTT G. STEWART
    Deputy Assistant Attorney General

    AUGUST E. FLENTJE
    Special Counsel

    EREZ REUVENI
    Assistant Director

By: /s/ *Christina P. Greer*
    CHRISTINA P. GREER
    Trial Attorney, Office of Immigration Litigation
    U.S. Department of Justice, Civil Division
    450 5th Street NW
    Washington, DC 20530
    Tel. (202) 598-8770
    Christina.P.Greer@usdoj.gov

Dated: November 29, 2018      *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

        By: */s/ Christina P. Greer*
            CHRISTINA P. GREER
            Assistant Director
            United States Department of Justice
            Civil Division