JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
CHRISTINA P. GREER
*Trial Attorney*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: Christina.P.Greer@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH DARROW
FRANCESCA GENOVA
*Trial Attorneys*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, President of the United States, *et al.*, <br><br> Defendants. | **NOTICE OF FILING OF THE ADMINISTRATIVE RECORD** <br> Civil Action No. 3:18-cv-06810-JST |

1       Defendants, by and through undersigned counsel, today served on Plaintiffs the administrative record for purposes of this lawsuit.  That record, certified by relevant officials at the Departments of Homeland Security and Justice, contains all materials—to the best of the certifiers' knowledge, information, and belief—considered by the Departments in promulgating the interim final rule titled "Aliens Subject to a Bar on Entry Under Certain Presidential Proclamations; Procedures for Protection Claims," and issued November 9, 2018.  *See* 83 Fed. Reg. 55934.  Defendants have served the record via email, and are sending a copy separately via U.S. mail.  Defendants today are also providing the court with a paper copy of the record.

   Defendants also respectfully note that they reserve the right to supplement the record if they identify additional materials that were part of the record subsequent to this filing.  The interim final rule is premised on significant factual material contained in myriad documents held between two agencies and their subcomponents. Complex coordination between these agencies is required to produce a full and complete record, as recognized by this Court's Local Rule providing the Government 90 days following the summons to compile and certify a record in the normal course. *See* Local Rule 16-5.  The Departments have been working diligently to compile the administrative record since before this Court's scheduling order (ECF No. 50), but given the extremely truncated time in which the Defendants have been required to produce a record, it remains possible that supplementation may be warranted.

//
//

                        Respectfully submitted,

                        JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

By: /s/ *Christina P. Greer*
    CHRISTINA P. GREER
    Trial Attorney
    Office of Immigration Litigation
    U.S. Department of Justice, Civil Division
    450 5th Street NW
    Washington, DC 20530
    Tel: (202) 598-8770
    Email: Christina.P.Greer@usdoj.gov

EREZ REUVENI
Assistant Director

PATRICK GLEN
Senior Litigation Counsel

JOSEPH DARROW
FRANCESCA GENOVA
Trial Attorneys

Dated: November 29, 2018        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Christina P. Greer*
CHRISTINA P. GREER
Trial Attorney
United States Department of Justice
Civil Division

NOTICE OF FILING OF THE ADMINISTRATIVE RECORD
*East Bay Sanctuary v. Trump*,
Case No. 3:18-cv-06810-JST