AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| East Bay Sanctuary Covenant et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:18-cv-06810-JST |
| Trump et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United Nations High Commissioner for Refugees.

Date: 12/03/2018

/s/Brian Hauck
*Attorney's signature*

Brian Hauck - 975801
*Printed name and bar number*

Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071

*Address*

BHauck@jenner.com
*E-mail address*

(213) 239-2244
*Telephone number*

(213) 239-5199
*FAX number*