Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

East Bay Sanctuary Covenant, et al.

Plaintiff(s),

v.

Donald J. Trump, et al.

Defendant(s).

Case No: 18-cv-06810-JST

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Patrick W. Pearsall, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: U.N. High Commissioner for Refugees in the above-entitled action. My local co-counsel in this case is Brian Hauck, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1099 New York Avenue NW, Suite 900 Washington, DC 20001 | 633 West 5th Street, Suite 3600 Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: (202) 639-6393 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (213) 239-2244 |
| MY EMAIL ADDRESS OF RECORD: pwpearsall@jenner.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: bhauck@jenner.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 975801.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/02/18                                                    /s/ Patrick W. Pearsall
                                                                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Patrick W. Pearsall is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                October 2012