| | |
|---|---|
| Lee Gelernt* <br> Judy Rabinovitz* <br> Omar C. Jadwat* <br> Celso Perez (SBN 304924) <br> ACLU FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> T: (212) 549-2660 <br> F: (212) 549-2654 <br> *lgelernt@aclu.org* <br> *jrabinovitz@aclu.org* <br> *ojadwat@aclu.org* <br> *abalakrishnan@aclu.org* <br> *cperez@aclu.org* | Jennifer Chang Newell (SBN 233033) <br> Cody Wofsy (SBN 294179) <br> Julie Veroff (SBN 310161) <br> Spencer Amdur (SBN 320069) <br> ACLU FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 343-0770 <br> F: (415) 395-0950 <br> *jnewell@aclu.org* <br> *cwofsy@aclu.org* <br> *jveroff@aclu.org* |

*Attorneys for Plaintiffs* (Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, <br><br> *Plaintiffs*, <br><br> v. <br><br> Donald J. Trump, President of the United States, in his official capacity; Matthew G. Whitaker, Acting Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Lee Francis Cissna, Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; Kevin K. McAleenan, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Ronald D. Vitiello, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement, <br><br> *Defendants.* | Case No.: 18-cv-6810 <br><br> **NOTICE OF APPEARANCE** |

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1666 Connecticut Avenue NW, Suite 100
Washington, D.C. 20009
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer*
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA 22903
T:  (470) 606-9307
F:  (404) 221-5857
*mary.bauer@splcenter.org*

Baher Azmy*
Angelo Guisado*
Ghita Schwarz*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6464
Facsimile: (212) 614-6499
bazmy@ccrjustice.org
aguisado@ccrjustice.org
gschwarz@ccrjustice.org

Christine P. Sun (SBN 218701)
Vasudha Talla (SBN 316219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*csun@aclunc.org*
*vtalla@aclunc.org*

*Attorneys for Plaintiffs*

*Admitted pro hac vice

Plaintiffs file this Notice of Appearance and hereby notify the Court and Defendants that Spencer Amdur, of the American Civil Liberties Union Foundation Immigrants' Rights Project, hereby enters his appearance as counsel of record for Plaintiffs in the above-referenced matter.

Dated: December 3, 2018

Respectfully submitted,

/s/Spencer Amdur
Spencer Amdur (SBN 320069)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*samdur@aclu.org*