Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

East Bay Sanctuary Covenant et al.

Plaintiff(s),

v.

DONALD J. TRUMP

Defendant(s).

Case No: 3:18-cv-06810

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Peter S. Margulies, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Professors of Immigration Law in the above-entitled action. My local co-counsel in this case is David C. Marcus, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Roger Williams University School of Law 10 Metacon Avenue, Bristol, RI 02809 | 350 S. Grand Avenue, Suite 2100, Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (401) 254-4564 | (213) 443-5400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| pmargulies@rwu.edu | david.marcus@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0023663.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:

Peter S. Margulies
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Peter S. Margulies is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 4, 2018

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE