1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al*., | Case No.: 18-cv-06810-JST |
| *Plaintiffs*, | |
| v. | **[PROPOSED] PRELIMINARY INJUNCTION** |
| Donald J. Trump, President of the United States, *et al*., | |
| *Defendants*. | |

Plaintiffs' application for a Preliminary Injunction came before this Court for consideration on December 19, 2018.  Upon consideration of the application, and for good cause shown, IT IS HEREBY ORDERED as follows:

## Preliminary Injunction

The Court finds that Plaintiffs have demonstrated a substantial likelihood of success on the merits of their claims that Defendants' Interim Final Rule/Presidential Proclamation are in violation of (1) the Immigration and Nationality Act, and (2) the Administrative Procedure Act.  The Court further finds that Defendants' conduct as alleged above has caused and, absent the requested relief, will continue to cause irreparable harm to Plaintiffs.  The balance of hardships tips sharply in Plaintiffs' favor, and the public interest will be served by the injunction.

Accordingly, IT IS HEREBY ORDERED that, pending the final disposition of this action, Defendants Donald J. Trump, President of the United States, in his official capacity; Matthew G. Whitaker, Acting Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Lee Francis Cissna, Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; Kevin K. McAleenan, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Ronald D. Vitiello, Acting Director of Immigration and Customs Enforcement, in his official capacity; and Immigration and Customs Enforcement, and all persons acting under their direction, are enjoined from implementing or enforcing the Interim Final Rule/Presidential Proclamation.

IT IS SO ORDERED.

Dated:

_____
JON S. TIGAR
United States District Judge