## DECLARATION OF CAMILA ALVAREZ, MANAGING ATTORNEY, CENTRAL AMERICAN RESOURCE CENTER

I, Camila Alvarez, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I would testify competently and truthfully to these matters.

2. I am the Managing Attorney for the Central American Resource Center ("CARECEN") in Los Angeles, California. CARECEN is a plaintiff in *East Bay Sanctuary Covenant v. Trump*. In a previous declaration, submitted November 9, 2018, CARECEN's Legal Director, Daniel Sharp, explained our organization's work and the harms we will experience from the government's new rule banning asylum for those who cross the border between ports of entry. In another previous declaration, submitted November 16, 2018, CARECEN's Accredited Representative, Michelle Seyler, explained how CARECEN would have participated had the public been given an opportunity to submit comments regarding the new rule.

3. I submit this declaration to supplement Daniel Sharp's declaration regarding how the new rule causes CARECEN economic losses, frustrates CARECEN's mission, and causes CARECEN to divert resources to address these harms.

4. CARECEN's mission is to provide universal representation to all asylum seekers, irrespective of their manner of entry. CARECEN cannot, consistent with its mission, cherry pick and serve only those individuals who enter the United States at ports. Serving only asylum seekers who enter at ports would not be consistent with CARECEN's mission.

5. Moreover, as a practical matter, it would be very difficult for CARECEN to change its programs to serve only asylum seekers who enter at ports. During the intake process, CARECEN would have to verify where a noncitizen entered the United States, and enter into an attorney-client relationship accordingly. Doing so at the intake stage would be time consuming and resource

intensive. CARECEN would not be compensated for that intake work. Having to do so thus would strain its budget and staff resources.

6. Since the proclamation and rule were announced on November 9, 2018, CARECEN has devoted significant time at staff meetings to discussing the impact of the asylum ban on our work and clients.

7. Because of the new policy, CARECEN must divert resources away from its core services to revising its Know Your Rights materials for clients to inform them about the policy.

I hereby declare under the penalty of perjury pursuant to the laws of the United States that the above is true and correct to the best of my knowledge.

EXECUTED this 3rd day of December, 2018.

_____

Camila Alvarez