**DECLARATION OF LISA MITCHELL-BENNETT**

I, Lisa Mitchell-Bennett, hereby declare under the penalty of perjury pursuant to 28
U.S.C. § 1746:

1.      I make this declaration based on my personal knowledge except where
I have indicated otherwise.  If called as a witness, I could and would testify
competently and truthfully to these matters.

2.      I was born on March 30, 1967.  I am a United States citizen. I am
fluent in Spanish and English.

3.      I live in Brownsville, TX.  I am employed at a local university as a
public health researcher.  I have masters' degrees in public health and international
development, and I am currently working on a doctorate in public health.  I am
making this declaration in my personal capacity.

4.      I am a concerned citizen volunteering with an ad hoc group of
volunteers to help asylum seekers in the Brownsville, TX area.  Since July 2018, I
have been assisting asylum seekers waiting to enter the United States at the B&M
Bridge ("the bridge") in Matamoros, Mexico.  I take breakfast to the asylum
seekers waiting at the bridge most Sunday mornings and occasional other days of
the week.  Along with delivering food I bring supplies like diapers, blankets and
sanitary napkins in coordination with other volunteers. I have also visited the
bridge on and off on some weekdays over the last few months.

5.      I am particularly concerned about the asylum seekers from a public
health perspective.  When I visit the bridge, the people I meet are often very wet
due to heavy rains or high humidity, and their blankets are soaked through.
Children and adults are often dehydrated and suffer severe heat exhaustion and
sunburn during the very hot South Texas summers. As winter sets in they are very
cold, sleeping on the hard cement with only a blanket and maybe a piece of
cardboard beneath them. I have seen skin irritations from lack of bathing and

1

others with fever or severe cold.  The exhaust and noise from the vehicles (cars and trucks) in the bridge crossing line day in and day out, literally a couple of feet from where the people are camped and sleeping, is also of concern. Women and children sleeping alone at the base of the bridge seem particularly vulnerable to crime and violence.

6.     I am also very concerned about psychological damage to the already-traumatized asylum seekers created by the arbitrary "wait and see" situation at the bridge.  They wait at the whims of CBP officers who do not act in a predictable way.  In my opinion, the lack of clarity about what will happen, and when it will happen, causes psychological distress, and the asylum seekers are particularly vulnerable to that distress given the past traumas they have suffered, along with long hours of waiting in a very limited space and fear of remaining in Mexico where some have expressed to me that authorities and criminal elements are a threat to their safety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2018 at Brownsville, Texas.

Lisa Mitchell-Bennett

Lisa Mitchell-Bennett, MA, MPH
225 Hibiscus Ct. Brownsville, TX 78520
(956) 466-5657
lisa.mitchell-bennett@uth.tmc.edu

Education:

Master of Public Health, MPH
University of Texas, School of Public Health (2010)

Master of Arts, International Development Administration, MA
School for International Training, Brattleboro, VT (1994)

Bachelor of Arts, Political Science/International Relations, BA
University of California, Riverside, CA (1989)
Dean's List; Departmental Honors

Certificate, Estudios Hispanicos (1987)
University of Granada, Spain

Experience:

Project Manager
University of Texas, School of Public Health
Brownsville, TX   2011 – present
Manage a large team of multi-project initiatives with numerous institutional partners throughout the region. Projects include a diabetes chronic care management program with community health workers, local hospitals, clinics and behavioral health providers (Salud y Vida); an evidence-based youth obesity intervention in the schools and community (MEND); a navigation program for a mobile clinic serving uninsured, rural population; a community-wide campaign with media, policy and environmental change working in 9 towns and cities (Tu Salud ¡Si Cuenta!); and supervising numerous graduate and undergraduate student for research internships.

Quality Assurance Coordinator
University of Texas, School of Public Health
Brownsville, TX   2011 - 2013
Coordinated monitoring and quality assurance for a multi-disciplinary team; developed and evaluated interventions to address obesity and diabetes through a community-wide campaign including media, policy and environmental change to support healthy choices. Managed relationships with community partner institutions, provided training and supervision to community health workers, created and evaluated content for media campaign, involved in grant writing and reporting. Responsible for monitoring, training and implementing coordinated efforts with a clinical research unit, local community partners and research

1

investigators. Developed and provided training for organizations and community-health workers across the state.

Senior Research Associate
University of Texas, School of Public Health
Brownsville, TX   2003-2011
Coordinated intervention research and community outreach efforts for multiple projects. Facilitated research center's community advisory board; oversaw mini-grant funding for community-based organizations, schools and clinics; provided support and resources to community groups to engage in design, evaluation and dissemination of culturally appropriate programs. Coordinated community health worker training and a media campaign "Tu Salud, Si Cuenta" with U.S. and Mexican media partners. Provided research coordination on numerous community based participatory research studies addressing health disparities including diabetes, teen pregnancy, obesity, cancer (HPV) and emergency preparedness as well as Hispanic science education (manage multi-university summer science high school internship program). Co-facilitated a course on Conducting and Analyzing Focus Group Data and guest lecturer in Evaluation and Health Promotion courses.

Project Director/Health Education Coordinator
Brownsville Community Health Center
Brownsville, TX 1997 - 2003
Managed Campus Care Centers, school-based health center with 3 full-service clinics in a large school district serving uninsured and indigent students and their families; supervised multi-disciplinary team including medical and mental health care providers, social workers, medical assistants and office personnel. Also served as coordinator of health education, prevention and outreach efforts for the community health center (FQHC) in the satellite clinics and schools; coordinated community-based health education on violence prevention and sex education for the school district. Responsible for grant writing, reporting, staff supervision, design and implementation of curriculum for award-winning health promotion efforts in the schools and community.

Division Director, Adult Education and Job Training
Congreso de Latinos Unidos, Philadelphia, PA  1995 - 1997
Directed multi-facet job training and adult education programs for a large inner-city agency in North Philadelphia. Provided contract and grant management; supervision of a large staff including teachers, trainers, social workers and project coordinators; worked closely with city-wide domestic violence programs to recruit and retrain women looking to reenter the workforce; collaborated with the Private Industry Council, the Community College of Philadelphia and the American Street Empowerment Zone; participation on an Executive Management Team for the larger agency.

2

Project Director
Mano a Mano/One Border Foundation
Brownsville, TX—Matamoros, Mexico 1993-1995
Directed and co-founded a bi-national community health worker organization "Mano a Mano" in U.S.-Mexico border communities of Matamoros, Mexico and Brownsville, Texas. Designed and implemented recruitment, training, grant-writing and facilitated project's advisory board. Fostered cross-border, cross institution relationships and supervised community health workers. Accompanied health worker on home visits and addressed barriers.

Legal Advocate/Unaccompanied Minors Program Coordinator
Casa del Proyecto Libertad, Harlingen, TX  1991-1993
Coordinated advocacy and legal services to Central American unaccompanied minors and refugees. Involved in local and national advocacy efforts; provided legal services to detained adult political asylum applicants; represented in Immigration Court as Accredited Representative, researched human rights policy and provided legal rights presentations in immigration detention facilities and shelters.

Associate Editor, Latin America Press
Lima, Peru 1990-1991:
Researched, edited and translated for a scholarly bilingual publication covering a broad range of political and economic issues in Latin America and the Caribbean. Publication based in Lima, Peru.

Trainer, Centro Cultural Costaricense-Norteamericano
San Jose, Costa Rica 1990:
Designed and implemented cross-cultural curriculum for rural Central American youth preparing for high school exchange program and university agricultural programs in the U.S. Worked with U.S. AID funded agricultural grant. Based in San Jose, Costa Rica.

Organizer, Farm Labor Organizing Committee
Toledo, OH   1987
Recruited farmworkers to become members of a labor union through human rights presentations; provided social services and outreach to labor camps across northern Ohio. Organized FLOC annual convention which hosted Cesar Chavez and United Farm Worker Delegates from across the county.

Publications/Presentations:

- Fernandez ME, McCurdy S, Arvey S, Morales-Campos D, Tyson, S, Useche, B, **Mitchell-Bennett, L**, Sanderson, M.  HPV Knowledge, Attitudes, and Cultural Beliefs among Hispanic Men and Women in South Texas. Ethnicity and Health. December 2009.

- o Heredia, N, Lee, M, **Mitchell-Bennett, L,** Reininger, B.M. Tu Salud¡ Sí Cuenta! Your Health Matters! A Community-wide Campaign in a Hispanic Border Community in Texas. Journal of Nutrition Education and Behavior, 2017.

- o Heredia, N, Lee, M, **Mitchell-Bennett, L**, Reininger, B.M. Tu Salud, Si Cuenta! Your Health Matters! A quasi-experimental design to assess the contribution of a communitywide campaign to eating behaviors and anthropometric outcomes in a Hispanic border community in Texas. Journal of Nutrition Education and Behavior. In Press.

- o Montoya, J. A., Salinas, J. J., Barroso, C. S., **Mitchell-Bennett, L.**, & Reininger, B. (2011). Nativity and nutritional behaviors in the Mexican origin population living in the US–Mexico border region. Journal of Immigrant and Minority Health, 13(1), 94–100. PMCID: PMC3034163

- o Reininger, B. M., **Mitchell-Bennett, L.,** Lee, M., Gowen, R. Z., Barroso, C. S., Gay, J. L., & Saldana, M. V. (2015). Tu Salud,¡ Si Cuenta!: Exposure to a community-wide campaign and its associations with physical activity and fruit and vegetable consumption among individuals of Mexican descent. Social Science & Medicine, 143, 98-106. PMCID: PMC4642277

- o Reininger, B. M., Barroso, C. S., **Mitchell-Bennett, L**., Chavez, M., Fernandez, M. E., Cantu, E., Smith, K. L., & Fisher-Hoch, S. P. (2014). Socio-ecological influences on healthcare access and navigation among persons of Mexican descent living on the U.S./Mexico border. Journal of Immigrant and Minority Health, 2014 Apr;16(2):218-28 PMCID: PMC4377819

- o Reininger, B. M., Barroso, C. S., **Mitchell-Bennett, L.,** Cantu, E., Fernandez, M. E., Gonzalez, D. A., Chavez, M., Freeberg, D., & McAlister, A. (2010). Process evaluation and participatory methods in an obesity-prevention media campaign for Mexican Americans. Health Promotion Practice, 11(3), 347–357. PMCID: PMC2877153

- o **Mitchell-Bennett, L.,** "Social cognitive theory and factors associated with Mexican-American parents' beliefs, attitudes and practices regarding communication with their adolescent children about sex" (2010). Texas Medical Center Dissertations (via ProQuest). AAI1470749. http://digitalcommons.library.tmc.edu/dissertations/AAI1470749

- o American Public Health Association (APHA) Paper presented (Washington D.C.,2007) "Latina mothers' communication with their

adolescent children about sexuality, sexually transmitted diseases and the reproductive system"
- o American Public Health Association (APHA) Paper/Poster presentations (Philadelphia, 2005); "Assessing Cultural Beliefs and Practices Regarding Healthcare Utilization Among Hispanics in the Lower Rio Grande Valley (LRGV)" & "Assessing Attitudes and Science Career Choices Among Hispanic Youth in LRGV"
- o Research Symposium, University of Texas, Brownsville. "Hispanic Adolescent Attitudes and Preferences Regarding Employment During High School" (2007)
- o Healthy Communities Annual Meeting, "Assessing Cultural Beliefs, Attitudes and Practices of Lower Rio Grande Valley Hispanic Parents' Communicating With Their Adolescent Children About Sex" (2006)
- o Rio Grande Valley Science Association Annual Conference, San Juan, TX, "Assessing Attitudes and Science Career Choices Among Hispanic Youth in the Lower Rio Grande Valley, Texas" (2005)
- o U.S.-Mexico Border Health Conference, El Paso, TX "Campus Care Centers: Comprehensive School Based Health Centers" (1997)
- o University of Texas Health Science Center, Border Health Conference, Presenter / Expert Panel Member San Antonio, TX, "Mano a Mano; A Promotora de Salud Model" (1995)

Certifications:

- o Department of State Health Services Community Health Worker Instructor certification (2012- present)
- o Accredited Representative, Accredited by the Board of Immigration to represent political asylum cases in Federal Immigration Court (1995)

Community Service:

- o Board of Directors, Brownsville Wellness Coalition (2017-Present)
- o Guardian Ad Litem, Young Center for Immigrant Children's Rights (2015-2017)
- o Friends of the West Rail Trail Organizing Committee (2015- Present)
- o Board of Directors, Episcopal Day School (2012-2014)
- o Board of Directors, Casa del Proyecto Libertad (1999-2005)
- o United Brownsville Health Committee (2010-2013)
- o Volunteer, La Posada Soup Kitchen, Brownsville, Texas (2010-2013)
- o Institutional Animal Care Research Committee, University of Texas, Brownsville (2010)
- o Vestry, Church of the Advent Episcopal (2007-2008)
- o Rio Grande Valley Science Association, Board Member (2004-2008)
- o Steering Committee Member, REACH Coalition/Walk El Valle (2002-2003)
- o Advisory Board Member, Mano A Mano Promotoras (1998-2000)
- o Health Trendbenders, Healthy Communities of Brownsville (2002-2008)
- o Member, National Assembly on School Based Health Care (1997-2000)

- o Steering Committee, American Lung Association (1997-1998)
- o Executive Committee, Save Our Children Brownsville (1997)
- o Board Member, American Street Empowerment Zone (1995-1997)
- o Member, Philadelphia Job Developer's Network (1995-1997)
- o Member, Singing City Philadelphia Inner City Choral Music (1995-1997)
- o Volunteer Director, Cameron Park Community Center (1993-94)
- o Executive Committee, March of Dimes Rio Grande Valley (1993-1995)
- o Delegate, Citizen's Observer Mission to El Salvador (1994)
- o Volunteer, General Board of Global Ministries UMC (1991-1993)
- o Volunteer, Pamplona Alta Soup Kitchen, Lima, Peru (1990-91)

Awards and Honors:
Domonic Napoli Humanitarian Scholarship (1985); United Methodist Church College Scholarship (1985); University of California Alumni Award for Community Service (1989); University of California, Dept. of Political Science Honors (1989); Ford Foundation Immigration Advocates Training Scholarship (1991); Rio Grande Valley Human Rights Award (Holy Spirit Parish-1995); Congress of United Latinos' Service Award (1997); Award for Excellence in Texas School Health (2000); University of Texas, Houston Health Science Center, American Public Health Association Annual Conference Scholarship (2006); Finalist, Fulbright U.S. Student Program Scholarship.

Other Experience:

- o Teacher (English as a Second Language and Spanish),
- o "The Language Connection", Phoenix, Arizona, Phoenix Public Schools,
- o Arizona, and Euroidiomas Language Institute, Lima, Peru.
- o Intern, International Affairs Council, Riverside, CA
- o Teacher Trainer, Brownsville Independent School District Developed and implemented puberty and sexuality education training for district teachers, counselors and nurses, Brownsville, TX

Languages:
English (Fluent); Spanish (Fluent); French (Proficient).
I have lived and/or worked in Mexico, Colombia, Indonesia, Switzerland, Spain, Costa Rica, Peru and the U.S.

References available upon request.

6