Shannon Minter (SBN 168907)
Amy Whelan (SBN 215675)
Julie Wilensky (SBN 271765)
NATIONAL CENTER FOR
LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Tel.: (415) 392-6257
Fax: (415) 392-8442
sminter@nclrights.org
awhelan@nclrights.org
jwilensky@nclrights.org

*Attorneys for Amici Curiae
National Center for Lesbian
Rights et al.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 18-cv-06810-JST<br><br>**NOTICE OF APPEARANCE OF JULIE WILENSKY** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Julie Wilensky of the National Center for Lesbian Rights appears as counsel for proposed Amici National Center for Lesbian Rights, Centro Legal de la Raza, El/La Para Translatinas, GLBTQ Legal Advocates & Defenders, Immigration Equality, Lambda Legal Defense & Education Fund, Inc., and Transgender Law Center in the above-captioned matter. Ms. Wilensky is admitted to practice in the State of California and before this Court. Her contact information is:

> Julie Wilensky
> National Center for Lesbian Rights
> 870 Market Street, Suite 370
> San Francisco, CA 94102
> Tel.: (415) 392-6257
> Fax: (415) 392-8442
> jwilensky@nclrights.org

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: December 5, 2018                Respectfully submitted,

                                       NATIONAL CENTER FOR
                                       LESBIAN RIGHTS

                                       By: /s Julie Wilensky
                                           Julie Wilensky

                                       *Attorneys for Proposed Amici National*
                                       *Center for Lesbian Rights et al.*