# Exhibit B

Shannon Minter (SBN 168907)
Amy Whelan (SBN 215675)
Julie Wilensky (SBN 271765)
NATIONAL CENTER FOR
LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Tel.: (415) 392-6257
Fax: (415) 392-8442
sminter@nclrights.org
awhelan@nclrights.org
jwilensky@nclrights.org

*Attorneys for Amici Curiae
National Center for Lesbian
Rights et al.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 18-cv-06810-JST<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE NATIONAL CENTER FOR LESBIAN RIGHTS ET AL.**<br><br>Date:   December 19, 2018<br>Time:   9:30 a.m.<br>Dep't:  Courtroom 9<br><br>Judge:  Hon. Jon S. Tigar |

**[PROPOSED] ORDER**

On December 5, 2018, National Center for Lesbian Rights ("NCLR"), joined by Centro Legal de la Raza, El/La Para Translatinas, GLBTQ Legal Advocates & Defenders, Immigration Equality, Lambda Legal Defense & Education Fund, Inc., and Transgender Law Center, filed an unopposed Motion for Leave to File Brief of Amici Curiae. Having reviewed the Motion, the Court finds that Amici's participation will assist the Court in evaluating the issues in this case.

Accordingly, the Court **GRANTS** the Motion and **ORDERS** that the brief lodged by NCLR et al. be filed.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING
MOT. FOR LEAVE TO FILE BRIEF
OF AMICI CURIAE NCLR ET AL.

CASE NO. 18-cv-06810-JST