David C. Marcus (SBN: 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

Attorney for Amici Curiae Professors of Immigration Law

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, ET AL.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES ET AL.,<br><br>    Defendants. | Case No.  3:18-cv-06810-JST<br><br>**NOTICE OF APPEARANCE OF DAVID C. MARCUS AS COUNSEL FOR AMICI CURIAE PROFESSORS OF IMMIGRATION LAW**<br><br>Hon. Jon S. Tigar |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that David C. Marcus of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, located at 350 S. Grand Avenue, Suite 2100, Los Angeles, California, 90071, telephone number (213) 443-5300, facsimile (213) 443-5400, hereby enters his appearance on behalf of Amici Curiae Professors of Immigration Law and requests to be added to the CM/ECF system list at the following email address:

david.marcus@wilmerhale.com

DATED: December 5, 2018      Respectfully submitted,

By:   /s/ *David C. Marcus*

David C. Marcus (SBN: 158704)
michael.mugmon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile:  +1 213 443 5400

*Attorney for Amici Curiae Professors of Immigration Law*