DAVID C. MARCUS (SBN: 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5312
Facsimile: +1 213 443 5400

*Attorney for Amici Curiae Professors of Immigration Law*

Additional attorneys listed in signature block

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES ET AL., <br><br> Defendants. | Case No.  3:18-cv-06810-JST <br><br> **NOTICE OF MOTION AND ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMICUS BRIEF** |

PLEASE TAKE NOTICE that proposed amici curiae Professors of Immigration Law[1] request leave to file the accompanying amicus brief in support of plaintiffs' motion for a preliminary injunction.

Amici curiae are law professors who teach and publish scholarship about United States immigration law.  Amici have collectively studied the implementation and history of the Immigration and Nationality Act ("INA") for decades, and have written extensively on the topic.  They accordingly have an abiding interest in the proper interpretation and administration of the Nation's immigration laws, particularly the INA.  The proposed amicus brief addresses issues on which plaintiffs rest their motion and as to which amici are uniquely equipped to provide guidance to this Court.

"There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable to the court."  Dkt. 20 (quoting *In re Roxfords Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991)).  Recognizing the significant constraints on this Court's time, amici have submitted a concise brief after coordinating with more than twenty professors.  Dkt. 50, at 2 (urging amici to submit concise briefs after coordination with others making similar arguments).  Amici respectfully submit that their proposed brief could aid this Court's consideration by placing the current dispute in the broader context and history of relevant immigration statutes.  Furthermore, the proposed brief will assist the Court in addressing the issues raised in plaintiffs' motion for a preliminary injunction because it offers expertise and an alternate perspective on certain factual premises and legal arguments advanced by both plaintiffs and defendants.

Plaintiffs and defendants have consented to the filing of this brief, subject to amici's compliance with a 12.5-page limit (*i.e.*, half the length of party briefs).  For the foregoing reasons, amici request that the Court grant leave to file the attached amicus brief.

---

[1] A complete list of amici is set forth in the appendix to this motion. University affiliations are listed solely for informational purposes.

- 1 -

Case No.  3:18-cv-06810-JST          NOTICE OF MOTION AND ADMINISTRATIVE
                                     MOTION FOR LEAVE TO FILE AMICUS BRIEF

- 2 -

**CONCLUSION**

For the foregoing reasons, amici's motion for leave to file the attached amicus brief should be granted.

| | | |
|---|---|---|
| 1 | DATED: December 5, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | PETER S. MARGUILES (*pro hac vice*)<br>Roger Williams University School of Law\*<br>10 Metacom Avenue | By:    /s/ David C. Marcus<br>DAVID C. MARCUS (SBN: 158704)<br>david.marcus@wilmerhale.com |
| 4 | Bristol, RI 02809<br>Telephone: 401 254 4564 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 5 | | 350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 |
| 6 | SHOBA SIVAPRASAD WADHIA (*pro hac vice*)<br>Penn State Law\* | Telephone: +1 213 443 5312<br>Facsimile: +1 213 443 5400 |
| 7 | 329 Innovation Blvd., Suite 118<br>University Park, PA 16802 | |
| 8 | Telephone: 814 865 3823 | |

---

\*   University affiliations are listed solely for informational purposes.

- 3 -

# APPENDIX:  LIST OF AMICI[*]

Sabrineh Ardalan, Assistant Clinical Professor of Law
    Harvard Law School

Linda Bosniak, Professor of Law
    Rutgers Law School

Jason Cade, Associate Professor of Law
    University of Georgia School of Law

Jennifer M. Chacón, Professor of Law
    UCLA School of Law

Gabriel J. Chin, Professor of Law
    University of California, Davis School of Law

Marisa Cianciarulo, Professor, Associate Dean
    Chapman University Dale E. Fowler School of Law

Alina Das, Professor of Clinical Law
    New York University School of Law

Ingrid V. Eagly, Professor of Law
    University of California, Los Angeles School of Law

Maryellen Fullerton, Interim Dean and Professor of Law
    Brooklyn Law School

Denise L. Gilman, Clinical Professor
    University of Texas at Austin School of Law

Pratheepan Gulasekaram, Professor of Law
    Santa Clara University School of Law

Margaret Hu, Associate Professor of Law
    Washington and Lee School of Law

Alan Hyde, Distinguished Professor of Law
    Rutgers Law School

Kate Jastram, Professor of Law
    University of California Hastings College of the Law

Anil Kalhan, Professor of Law
    Drexel University Thomas R. Kline School of Law

---

[*]    University affiliations are listed solely for informational purposes.

- A1 -

| | |
|---|---|
| 1 | Daniel Kanstroom, Professor of Law |
| 2 |     Boston College Law School |
| 3 | Linda Kelly, Professor of Law |
|   |     Indiana University Robert H. McKinney School of Law |
| 4 | Stephen Legomsky, Professor Emeritus |
| 5 |     Washington University Law |
| 6 | Matthew Lindsay, Associate Professor of Law |
|   |     University of Baltimore School of Law |
| 7 | |
| 8 | Peter S. Margulies, Professor of Law |
|   |     Roger Williams University School of Law |
| 9 | |
| 10 | M. Isabel Medina, Professor of Law |
|    |     Loyola University New Orleans College of Law |
| 11 | Michael Olivas, William B. Bates Distinguished Chair in Law |
| 12 |     University of Houston Law Center |
| 13 | Jaya Ramji-Nogales, Associate Dean for Academic Affairs |
|    |     Temple Beasley School of Law |
| 14 | David Rubenstein, Professor of Law |
| 15 |     Washburn University School of Law |
| 16 | Andrew Schoenholtz, Professor from Practice |
|    |     Georgetown University Law Center |
| 17 | |
| 18 | Anita Sinha, Assistant Professor of Law |
|    |     American University Washington College of Law |
| 19 | Juliet Stumpf, Professor of Law |
| 20 |     Lewis & Clark Law School |
| 21 | Philip L. Torrey, Lecturer on Law |
|    |     Harvard Law School |
| 22 | |
| 23 | Shoba Sivaprasad Wadhia, Professor of Law |
|    |     Penn State Law |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- A2 -