DAVID C. MARCUS (SBN: 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5312
Facsimile: +1 213 443 5400

*Attorney for Amici Curiae Professors of Immigration Law*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES ET AL., <br><br> Defendants. | Case No. 3:18-cv-06810-JST <br><br> **[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE AN AMICUS BRIEF FOR PROFESSORS OF IMMIGRATION LAW IN SUPPORT OF PLAINTIFFS** <br><br> **Judge: Honorable Jon S. Tigar** |

Good cause appearing, the Motion of Professors of Immigration Law to file an amicus brief in support of plaintiffs is hereby GRANTED.

IT IS SO ORDERED

Dated: _____, 2018               _____
                                                                              Hon. Jon S. Tigar
                                                                              United States District Judge