1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al., | Case No. 3:18-cv-06810-JST |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION OF TWENTY-THREE ORGANIZATIONS REPRESENTING ASYLUM SEEKERS FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF** |
| v. | |
| DONALD TRUMP, et al., | |
| Defendants. | |

This matter comes before the Court on an Administrative Motion for Leave to File an Amicus Brief in Support of Plaintiffs' request for a preliminary injunction, filed by twenty-three organizations representing asylum seekers (the "Motion"). The Motion includes the proposed amicus brief as an exhibit. Amici represent that Defendants do not oppose the Motion.

The Court, having reviewed the proposed amicus brief, hereby GRANTS the Motion.

IT IS SO ORDERED.

DATED: _____, 2018

_____
Hon. Jon S. Tigar