| | |
|---|---|
| Jocelyn D. Larkin (SBN 110817)<br>Lindsay Nako (SBN 239090)<br>IMPACT FUND<br>125 University Avenue, Suite 102<br>Berkeley, CA 94710<br>Telephone:  (510) 845-3473<br>Fax:  (510) 845-3654<br>Email:  jlarkin@impactfund.org | Rebecca Smullin (SBN 250274)<br>PUBLIC CITIZEN LITIGATION GROUP<br>1600 20th Street NW<br>Washington, DC 20009<br>Telephone: (202) 588-1000<br>Fax: (202) 588-7795<br>Email: rsmullin@citizen.org |

Attorneys for Amicus Curiae Public Citizen, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>  Defendants. | Case No. 18-cv-06810-JST<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PROPOSED AMICUS CURIAE PUBLIC CITIZEN, INC.,** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

/s/ Jocelyn D. Larkin

| | |
|---|---|
| Rebecca Smullin (SBN 250274)<br>PUBLIC CITIZEN LITIGATION GROUP<br>1600 20th Street NW<br>Washington, DC 20009<br>Telephone: (202) 588-1000<br>Fax: (202) 588-7795<br>Email: rsmullin@citizen.org | Jocelyn D. Larkin (SBN 110817)<br>Lindsay Nako (SBN 239090)<br>IMPACT FUND<br>125 University Avenue, Suite 102<br>Berkeley, CA 94710<br>Telephone:  (510) 845-3473<br>Fax:  (510) 845-3654<br>Email:  jlarkin@impactfund.org |

Attorney of Record for Amicus Curiae Public Citizen, Inc.

DATED: December 5, 2018