Jocelyn D. Larkin (SBN 110817)
Lindsay Nako (SBN 239090)
IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Fax: (510) 845-3654
Email: jlarkin@impactfund.org

Rebecca Smullin (SBN 250274)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
Fax: (202) 588-7795
Email: rsmullin@citizen.org

Attorneys for Amicus Curiae Public Citizen, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>            Defendants. | Case No. 18-cv-06810-JST<br><br>**CORPORATE DISCLOSURE OF PROPOSED AMICUS CURIAE PUBLIC CITIZEN, INC.,** |

Pursuant to Fed. R. Civ. P. 7.1, Public Citizen, Inc., states that it is a nonprofit, non-stock corporation. It has no parent corporation. No publicly traded corporation has an ownership interest in it of any kind.

Respectfully submitted,

Rebecca Smullin (SBN 250274)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
Fax: (202) 588-7795
Email: rsmullin@citizen.org

/s/ Jocelyn D. Larkin
Jocelyn D. Larkin (SBN 110817)
Lindsay Nako (SBN 239090)
IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Fax: (510) 845-3654
Email: jlarkin@impactfund.org

Counsel for Amicus Curiae Public Citizen, Inc.

DATED: December 5, 2018