IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **East Bay Sanctuary Covenant, Al Otro Lado, Innovation Law Lab, and Central American Resource Center in Los Angeles,**<br><br>Plaintiffs,<br><br>v.<br><br>**Donald J. Trump, President of the United States, in his official capacity; Matthew G. Whitaker, Acting Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Lee Francis Cissna, Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; Kevin K. McAleenan, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Ronald D. Vitiello, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement**,<br><br>Defendants. | Case No. 3:18-cv-06810-JST<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE STATES OF CALIFORNIA, WASHINGTON, MASSACHUSETTS, NEW YORK, CONNECTICUT, HAWAII, ILLINOIS, MARYLAND, MINNESOTA, NEW JERSEY, OREGON, VERMONT, AND THE DISTRICT OF COLUMBIA FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# [PROPOSED] ORDER

On December 5, 2018, the States of California, Washington, Massachusetts, New York, Connecticut, Hawaii, Illinois, Maryland, Minnesota, New Jersey, Oregon, Vermont, and the District of Columbia filed a motion for leave to file brief as amicus curiae in support of plaintiffs' motion for preliminary injunction. Having considered the papers and pleadings on file, the Court GRANTS the motion and ORDERS the filing of the brief submitted as Exhibit 1 to the motion.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Jon S. Tigar
United States District Court Judge