UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 18-cv-06810-JST<br><br>**ORDER GRANTING IN PART LEAVE TO FILE AMICUS BRIEFS**<br><br>Re: ECF Nos. 75, 77, 78, 80, 81, 82 |

Before the Court are six motions for leave to file an amicus brief in support of Plaintiffs' motion for a preliminary injunction. The proposed amici are the National Center for Lesbian Rights ("NCLR"), ECF No. 75; a coalition of law professors (the "Immigration Law Professors"), ECF No. 77; a coalition of immigration aid organizations (the "Asylum Seeker Organizations"), ECF No. 78; Public Citizen, Inc., ECF No. 80; the United Nations High Commissioner for Refugees ("UNHCR"), ECF No. 81; and a coalition of twelve States and the District of Columbia (the "States"), ECF No. 82. Defendants have consented to the motions, except insofar as the proposed briefs filed by the UNHCR and the States exceed 12.5 pages. *See* ECF No. 81 at 2; ECF No. 82 at 2.

Having reviewed the motions, the Court concludes that the NCLR, the Immigration Law Professors, the Asylum Seeker Organizations, and Public Citizen will "fulfill the classic role of amicus curiae by assisting in a case of general public interest, supplementing the assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that might otherwise escape consideration." *Funbus Sys., Inc. v. Cal. Pub. Utils. Comm'n*, 801 F.2d 1120, 1125 (9th Cir. 1986) (citation omitted).

Accordingly, the Court GRANTS the motions as to those four amici. *See* ECF Nos. 75,

77, 78, 80.  The proposed briefs at ECF Nos. 75-1, 78-2, 79, and 80-1 shall be deemed filed.

The Court further orders Defendants to file any objections to the UNHCR's or the States' proposed briefs by 5:00 pm on December 7, 2018.

**IT IS SO ORDERED.**

Dated: December 6, 2018



JON S. TIGAR
United States District Judge