JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH DARROW
FRANCESCA GENOVA
CHRISTINA GREER
*Trial Attorneys*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J. Trump, President of the United States, *et al.*,<br><br>Defendants. | **RESPONSE TO COURT'S ORDER ON AMICUS FILINGS**<br>Civil Action No. 1:18-cv-06810-JST |

1  Defendants hereby respond to the Court's order concerning amicus briefs, ECF No. 83.
2  Before the filing deadline for amicus filings supporting Plaintiffs, Defendants informed counsel
3  for the United Nations High Commissioner for Refugee and the States that Defendants consent to
4  amicus briefs if the brief is filed timely and is one-half the length of the parties' briefs. Counsel
5  for amici did not inform Defendants that counsel planned to file longer amicus briefs. Having now
6  seen those amicus filings, Defendants consent to their filing.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20530
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

PATRICK GLEN
Senior Litigation Counsel

JOSEPH DARROW
FRANCESCA GENOVA
CHRISTINA GREER
Trial Attorneys

Dated: December 7, 2018          Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division