UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06810-JST<br><br>**ORDER GRANTING LEAVE TO FILE AMICUS BRIEFS**<br><br>Re: ECF Nos. 81, 82 |

　　　　Before the Court are two motions for leave to file an amicus brief in support of Plaintiffs' motion for a preliminary injunction. The proposed amici are the United Nations High Commissioner for Refugees ("UNHCR"), ECF No. 81, and a coalition of twelve States and the District of Columbia (the "States"), ECF No. 82. Defendants do not oppose the motions. ECF No. 85.

　　　　Having reviewed the motions, the Court concludes that the UNHCR and the States will "fulfill the classic role of amicus curiae by assisting in a case of general public interest, . . . supplementing the efforts of counsel, and drawing the court's attention to law that might otherwise escape consideration." *Funbus Sys., Inc. v. Cal. Pub. Utils. Comm'n.*, 801 F.2d 1120, 1125 (9th Cir. 1986) (citation omitted).

　　　　Accordingly, the Court GRANTS the motions. The proposed briefs at ECF Nos. 81-1 and 82-1 shall be deemed filed.

　　　　**IT IS SO ORDERED.**

Dated: December 7, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge