JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH DARROW
KATHRYNE GRAY
FRANCESCA GENOVA
CHRISTINA GREER
BENTON YORK
*Trial Attorneys*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> Donald J. Trump, President of the United ) <br> States, *et al.*, ) <br> ) <br> Defendants. ) | [PROPOSED] ORDER DENYING MOTION FOR PRELIINARY INJUNCTION <br><br> Civil Action No. 1:18-cv-06810-JST |

Before the Court is the Plaintiffs' motion for a preliminary injunction. Having reviewed the motion, Defendants' response, and Plaintiffs' reply, IT IS HEREBY ORDERED that the motion is DENIED.

Issued this _____ day of _____, 2018.

                                                                                               _____
                                                                                               United States District Judge