JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
CHRISTINA P. GREER
*Trial Attorney*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: Christina.P.Greer@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH DARROW
FRANCESCA GENOVA
KATHRYNE GRAY
BENTON YORK
*Trial Attorneys*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, President of the United States, *et al.*, <br><br> Defendants. | [PROPOSED] ORDER GRANTING MOTION TO STRIKE <br><br> Civil Action No. 3:18-cv-06810-JST |

1    The Court GRANTS Defendants' Motion to Strike and hereby strikes the following:

2    (1) Isacson Declaration (ECF No. 8-2), Goodwin-Gill Declaration (ECF No. 8-5), Chavla Declaration (ECF No. 35-1), Cutlip-Mason Declaration (ECF No. 35-2), Griffey Declaration (ECF No. 35-3), Supplemental Isacson Declaration (ECF No. 35-4), Love Declaration (ECF No. 35-5), Supplemental Manning Declaration (ECF No. 35-6), Penman Declaration (ECF No. 35-7), Rodriguez Declaration (ECF No. 35-9), Seyler Declaration (ECF No. 35-10), Former Officials' Joint Declaration (ECF No. 71-4), Slack Declaration (ECF No. 71-5), Mitchell-Bennet Declaration (ECF No. 71-6), Brané Declaration (ECF No. 71-7), Supplemental Penman Declaration (ECF No. 71-9), and Corrected Ramos Declaration (ECF 84-1) and citations thereto in Plaintiffs' Motion for Temporary Restraining Order (ECF No. 8-1), Reply in Support of Motion for Temporary Restraining Order (ECF No. 35), and Motion for Preliminary Injunction (ECF No. 71);

(2) the citations to the Sharp Declaration (ECF No. 8-3) at page 14 of ECF No. 71; the Pinheiro Declaration (ECF No. 8-4) on pages 8 and 15 of ECF No. 8-1, pages 10 and 14 (the second citation) of ECF No. 35, and pages 12 and 14 of ECF No. 71; the Manning Declaration (ECF No. 8-6) at page 8 of ECF No. 8-1 and page 14 of ECF No. 71; the Smith Declaration (ECF No. 8-7) at page 14 of ECF No. 71; the Supplemental Pinheiro Declaration (ECF No. 35-8) at pages 7-8 and 14 of ECF No. 35; the Corrected Supplemental Pinheiro Declaration (ECF No. 71-2) at pages 10 and 12-13 of ECF No. 71; and the Ramos Declaration (ECF No. 71-8) at pages 7, 10, 12-13, and 17 of ECF No. 71; and

(3) the citations to non-record news articles and internet documents at page 10 n.5 of ECF No. 8-1; pages 4 n.3 and 9 & n.8 of ECF No. 35; and page 19 n.4 of ECF No. 71.

IT IS SO ORDERED.

Issued this _____ day of _____, 201__.

_____
United States District Judge