1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | Case No.: 18-cv-06810-JST |
| *Plaintiffs*, | |
| v. | **[PROPOSED] ORDER** |
| Donald J. Trump, President of the United States, *et al.*, | **IMMIGRATION ACTION** |
| *Defendants.* | |

On consideration of the Plaintiffs' motion for leave to file their opposition to Defendants' motion to strike extra-record evidence, IT IS HEREBY ORDERED as follows:

- Plaintiffs' opposition is due on or before 5 pm PT on Monday, December 17, 2018.

IT IS SO ORDERED.

Dated: _____

JON S. TIGAR
United States District Judge