UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 18-cv-06810-JST <br><br> **ORDER GRANTING IN PART CONSENT MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION TO STRIKE** <br><br> Re: ECF No. 89 |

Plaintiffs have filed an unopposed motion for leave to file an opposition to Defendants' motion to strike by 5:00 p.m. on December 17, 2018. ECF No. 89. The Court GRANTS Plaintiffs' request in part.

Plaintiffs are hereby ordered to file their opposition by 5:00 p.m. on December 15, 2018.

Defendants may file a reply by 5:00 p.m. on December 16, 2018.

**IT IS SO ORDERED.**

Dated: December 13, 2018



JON S. TIGAR
United States District Judge