UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 1 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EAST BAY SANCTUARY COVENANT; et al.,

    Plaintiffs-Appellees,

v.

DONALD J. TRUMP, President of the United States; et al.,

    Defendants-Appellants.

No. 18-17274

D.C. No. 3:18-cv-06810-JST
Northern District of California,
San Francisco

ORDER

Before: LEAVY, BYBEE, and HURWITZ, Circuit Judges.

The court has received appellants' "Emergency Motion Under Circuit Rule 27-3 For Administrative Stay And Motion For Stay Pending Appeal." The request for an immediate administrative stay is denied.

The opposition to the emergency motion for a stay pending appeal is due by 5:00 p.m. Pacific Standard Time on Monday, December 3, 2018. The optional reply in support of the emergency motion is due by 5:00 p.m. Pacific Standard Time on Tuesday, December 4, 2018.

AC/MOATT