AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 18-cv-6810  JST |
| U.S. Customs and Border Protection | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Customs and Border Protection
Office of the Chief Counsel
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 11/14/2018
~~11/09/2018~~



*Signature of Clerk or Deputy Clerk*
Mark Romyn

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Customs and Border Protection

was received by me on *(date)*       11/14/2018       .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On 11/26/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court Issued Summons, and the Memorandum in support of a Temporary Restraining Order along with all exhibits by mailing true and correct copies via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:     12/17/2018

_____
*Server's signature*

Lisette Diaz, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18 Fl New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Additional forms including Standing Order for all Judges of the Northern District of California and Standing Order for District Judge Jon S. Tigar were emailed to counsel.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. 18-cv-6810   JST |
| U.S. Department of Homeland Security | ) ) ) |
| *Defendant(s)* | ) ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Homeland Security;
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  11/14/2018
~~11/09/2018~~



*Signature of Clerk or Deputy Clerk*

Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security

was received by me on *(date)* ____11/14/2018____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  On 11/26/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date:  ____12/17/2018____

_____
*Server's signature*

Lisette Diaz, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18 Fl New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Additional forms including Standing Order for all Judges of the Northern District of California and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. Department of Justice <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  18-6810 JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:   11/14/2018
~~11/09/2018~~

*Signature of Clerk or Deputy Clerk*
Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Department of Justice

was received by me on *(date)*   11/14/2018   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  On 11/27/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/17/2018

_____
*Server's signature*

Lisette Diaz, Paralegal
_____
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18 Fl New York, NY 10004
_____
*Server's address*

Additional information regarding attempted service, etc:

Additional forms including Standing Order for all Judges of the Northern District of California and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| Executive Office for Immigration Review | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 18-cv-6810  JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Executive Office for Immigration Review
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  11/14/2018
~~11/09/2018~~

*Signature of Clerk or Deputy Clerk*
Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Executive Office for Immigration Review

was received by me on *(date)*   11/14/2018   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On 12/12/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via UPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/17/2018

_____
*Server's signature*

Lisette Diaz, Paralegal
_____
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18 Fl New York, NY 10004
_____
*Server's address*

Additional information regarding attempted service, etc:

Additional forms including Standing Order for all Judges  of the Northern District of California  and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

East Bay Sanctuary Covenant; Al Otro Lado;
Innovation Law Lab; and Central American Resource
Center in Los Angeles,

_____

*Plaintiff(s)*

v.

U.S. Immigration and Customs Enforcement

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 18-cv-6810  JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street S.W.
Washington, D.C. 20024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   11/14/2018
~~11/09/2018~~

*Susan Y. Soong*

_____
*Signature of Clerk or Deputy Clerk*

Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Immigration and Customs Enforcement

was received by me on *(date)*   11/14/2018   .

❏  I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*   On 11/27/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/17/2018

_____
*Server's signature*

Lisette Diaz, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18 Fl New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Additional forms including Standing Order for all Judges  of the Northern District of California  and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, <br><br> *Plaintiff(s)* <br><br> v. <br><br> James McHenry, Director of the Executive Office for Immigration Review <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 18-cv-6810 JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   James McHenry
Director of the Executive Office for Immigration Review
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Susan Y. Soong



Date:   11/14/2018
~~11/09/2018~~

*Signature of Clerk or Deputy Clerk*
Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    James McHenry

was received by me on *(date)*        11/14/2018        .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On 12/12, 2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via UPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    12/17/2018          _____
                                                     *Server's signature*

                                             Lisette Diaz, Paralegal
                                         _____
                                                     *Printed name and title*

                                     American Civil Liberties Union Foundation
                                             Immigrants' Rights Project
                                     125 Broad Street, 18 Fl New York, NY 10004
                                         _____
                                                     *Server's address*

Additional information regarding attempted service, etc:


Additional forms including Standing Order for all Judges  of the Northern District of California  and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Kevin K. McAleenan, Acting Commissioner of CBP <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 18-cv-6810 JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kevin K. McAleenan, Acting Commissioner of CBP
Office of Chief Counsel
1300 Pennsylvania Avenue N.W., Room 4.4 B
Washington, D.C. 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  11/14/2018
~~11/09/2018~~

*Signature of Clerk or Deputy Clerk*
Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Kevin K. McAleenan, Acting Commissoner of CBP

was received by me on *(date)*    11/14/2018    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On 11/26/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/17/2018

_____
*Server's signature*

Lisette Diaz, Paralegal
_____
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18 Fl New York, NY 10004
_____
*Server's address*

Additional information regarding attempted service, etc:


Additional forms including Standing Order for all Judges of the Northern District of California and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Lee Francis Cissna, Director of USCIS | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 18-cv-6810  JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lee Francis Cissna, Director of USCIS;
245 Murray Lane S.W., Stop 0485
Washington, D.C. 20529

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:   11/14/2018
~~11/09/2018~~

*Signature of Clerk or Deputy Clerk*
Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Lee Francis Cissna, Director of USCIS

was received by me on *(date)*  11/14/2018  .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____  ; or

☐ I returned the summons unexecuted because _____  ; or

☑ Other *(specify)*:  On 11/26/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:  12/17/2018

_____
*Server's signature*

Lisette Diaz, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18 Fl New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Additional forms including Standing Order for all Judges of the Northern District of California and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, <br><br> *Plaintiff(s)* <br> v. <br><br> Kirstjen M. Nielsen, Secretary of Homeland Security <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 18-cv-6810 JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Kirstjen M. Nielsen, Secretary of Homeland Security
c/o Office of the General Counsel,
U.S. Department of Homeland Security
245 Murray Lane SW
Mail Stop 0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Susan Y. Soong



Date:   11/14/2018
~~11/09/2018~~

*Signature of Clerk or Deputy Clerk*

Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kirstjen M. Nielsen, Secretary of DHS

was received by me on *(date)*   11/14/2018   .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  On 11/26/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/17/2018

_____
*Server's signature*

Lisette Diaz, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18 Fl New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Additional forms including Standing Order for all Judges  of the Northern District of California  and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,

_____
*Plaintiff(s)*

v.

Ronald D. Vitiello, Acting Director, U.S. Immigration and Customs ICE

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 18-cv-6810  JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronald Vitiello, Acting Director, U.S. Immigration and Customs ICE
U.S. Immigration and Customs Enforcement
500 12th Street S.W., Stop 5902
Washington, D.C. 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Susan Y. Soong



Date:  11/14/2018
~~11/09/2018~~

*Signature of Clerk or Deputy Clerk*
Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Ronald Vitiello, Acting Director of ICE

was received by me on *(date)*   11/14/2018   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On 11/26/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/17/2018

_____
*Server's signature*

Lisette Diaz, Paralegal
_____
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18 Fl New York, NY 10004
_____
*Server's address*

Additional information regarding attempted service, etc:


Additional forms including Standing Order for all Judges  of the Northern District of California  and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>*Plaintiff(s)*<br>v.<br><br>Donald J. Trump, President of the United States of America<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 18-cv-6810  JST<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Donald J. Trump, President of the United States
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:   11/14/2018
~~11/09/2018~~

*Signature of Clerk or Deputy Clerk*
Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Donald J. Trump, President of the United States

was received by me on *(date)*      11/14/2018        .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On 11/29/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/17/2018

*Server's signature*

Lisette Diaz, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18 Fl New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Additional forms including Standing Order for all Judges of the Northern District of California and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 18-cv-6810   JST |
| U.S. Citizenship and Immigration Services | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Citizenship and Immigration Services ("USCIS");
U.S. Department of Homeland Security
Office of the Chief Counsel
20 Massachusetts Ave. N.W., Room 4210
Washington, DC 20529-2120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*



Date:  11/14/2018
~~11/09/2018~~

*Signature of Clerk or Deputy Clerk*

Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Citizenship and Immigration Services

was received by me on *(date)*      11/14/2018          .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  On 11/26/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:    12/17/2018

_____
*Server's signature*

Lisette Diaz, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18 Fl New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Additional forms including Standing Order for all Judges  of the Northern District of California  and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. 18-cv-6810   JST |
| Matthew G. Whitaker, Acting Attorney General of the United States | ) ) ) |
| _Defendant(s)_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Matthew G. Whitaker, Acting Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




CLERK OF COURT
_Susan Y. Soong_

Date:   11/14/2018
~~11/09/2018~~

_Signature of Clerk or Deputy Clerk_

Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Matthew G. Whitaker, Acting Attorney General of U.S.

was received by me on *(date)*  11/14/2018   .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  On 11/27/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00   .

I declare under penalty of perjury that this information is true.

Date:  12/17/2018

_____
*Server's signature*

Lisette Diaz, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18 Fl New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:


Additional forms including Standing Order for all Judges of the Northern District of California and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| Alex G. Tse, Acting U.S. Attorney of the Northern District of California | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No. 18-cv-6810    JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alex G. Tse, Acting United States Attorney of the Northern District of California
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:    11/14/2018
~~11/09/2018~~



*Signature of Clerk or Deputy Clerk*

Mark Romyn

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Alex G. Tse, U.S. Attorney of the N.D.CA

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  On 11/26/2018, I served the Complaint for Declaratory and Injunctive Relief, the Court
Issued Summons, and the Memorandum in Support of a Temporary Restraining Order along
with all exhibits by mailing true and correct copies via certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/17/2018 _____

*Server's signature*

Lisette Diaz, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Fl New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Additional forms including Standing Order for all Judges of the Northern District of California and Standing
Order for District Judge Jon S. Tigar were emailed to counsel.