UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 19, 2018                                                                Judge:  Jon S. Tigar

Time:  41 minutes

Case No.      **3:18-cv-06810-JST**
Case Name    **East Bay Sanctuary Covenant, et al. v. President of U.S. Donald J. Trump, et al.**

Attorneys for Plaintiffs:       Lee Gelernt
                                Julie M. Veroff
                                Baher Azmy
                                Vasudha Talla
                                Cody H. Wofsy

Attorneys for Defendants:       Scott G. Stewart
                                Erez R. Reuveni

Deputy Clerk: William Noble                                         Court Reporter: Jo Ann Bryce

PROCEEDINGS

- Order to Show Cause Hearing (Dkt. No. 43)
- Motion for Preliminary Injunction (Dkt. No. 71)

RESULT OF HEARING

1. Motion hearing held.  After hearing argument from the parties, the Court took the motion under submission.  A written order will be issued.