JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH DARROW
FRANCESCA GENOVA
CHRISTINA GREER
*Trial Attorneys*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | |
| Plaintiffs, | |
| v. | **NOTICE OF APPEAL** |
| | Civil Action No. 1:18-cv-06810-JST |
| Donald J. Trump, President of the United States, *et al.*, | |
| Defendants. | |

Defendants hereby appeal from the Court's Order entered December 19, 2018 (ECF No. 99) in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

                              Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20530
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

PATRICK GLEN
Senior Litigation Counsel

JOSEPH DARROW
FRANCESCA GENOVA
CHRISTINA GREER
Trial Attorneys

Dated: December 26, 2018        Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 26, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                       By: */s/ Erez Reuveni*
                            EREZ REUVENI
                            Assistant Director
                            United States Department of Justice
                            Civil Division