(ORDER LIST: 586 U.S.)

FRIDAY, DECEMBER 21, 2018

ORDER IN PENDING CASE

18A615      TRUMP, PRESIDENT OF U.S., ET AL. V. E. BAY SANCTUARY COV., ET AL.

    The application for stay presented to Justice Kagan and by her referred to the Court is denied.

    Justice Thomas, Justice Alito, Justice Gorsuch, and Justice Kavanaugh would grant the application for stay.