| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | DEC 26 2018 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

EAST BAY SANCTUARY COVENANT; et al.,

        Plaintiffs-Appellees,

 v.

DONALD J. TRUMP, President of the United States; et al.,

        Defendants-Appellants.

No. 18-17436

D.C. No. 3:18-cv-06810-JST
Northern District of California,
San Francisco

ORDER

    The appeal filed December 26, 2018 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

    The mediation questionnaire is due three days after the date of this order.

    If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

    The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than January 23, 2019; the answering brief is due February 20, 2018 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 21 days after service of the answering brief. *See* 9th Cir. R. 3-3(b).

MBI/MOATT

No streamlined extensions of time will be approved.  *See* 9th Cir. R. 31-2.2(a)(3).  Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute.  *See* 9th Cir. R. 42-1.

> FOR THE COURT:
>
> MOLLY C. DWYER
> CLERK OF COURT
>
>
> By: Meaghan Banks-Innes
> Deputy Clerk
> Ninth Circuit Rule 27-7