Lindsay Nako (SBN 239090)
IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Fax: (510) 845-3654
Email: lnako@impactfund.org

Rebecca Smullin (SBN 250274)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
Fax: (202) 588-7795
Email: rsmullin@citizen.org

Attorneys for Amicus Curiae Public Citizen, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Case No. 18-cv-06810-JST<br><br>**NOTICE OF WITHDRAWAL AND ADDITION OF COUNSEL FOR AMICUS CURIAE PUBLIC CITIZEN, INC.** |

Pursuant to Northern District of California Local Rule 11-5, Public Citizen requests that Jocelyn D. Larkin, one of the attorneys for amicus curiae Public Citizen, Inc., be permitted to withdraw as counsel and attorney of record in this case. Public Citizen further requests that David Nahmias (SBN 324097), an attorney with the Impact Fund, be added as counsel. Other matters presently require Ms. Larkin's attention. The Impact Fund, through Lindsay Nako and Mr. Nahmias, will continue representation of amicus Public Citizen, along with Rebecca Smullin of the Public Citizen Litigation Group.

As required by Local Rule 11-5(a), Public Citizen is concurrently providing written notice of the withdrawal to parties East Bay Sanctuary Covenant, Al Otro Lado, Innovation Law Lab, Central American Resource Center, Donald J. Trump, and all other parties who have appeared in this case.

DATED: January 4, 2019                    Respectfully submitted,

/s/ Lindsay Nako

| Rebecca Smullin (SBN 250274) | Lindsay Nako (SBN 239090) |
| PUBLIC CITIZEN LITIGATION GROUP | IMPACT FUND |
| 1600 20th Street NW | 125 University Avenue, Suite 102 |
| Washington, DC 20009 | Berkeley, CA 94710 |
| Telephone: (202) 588-1000 | Telephone: (510) 845-3473 |
| Fax: (202) 588-7795 | Fax: (510) 845-3654 |
| Email: rsmullin@citizen.org | Email: lnako@impactfund.org |

Attorneys for Amicus Curiae Public Citizen, Inc.

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 125 University Ave., Suite 102, Berkeley, CA 94710.

On January 4, 2019, I electronically served the following document(s): Notice of Withdrawal and Addition of Counsel for Amicus Curiae Public Citizen, Inc. on the interested parties in this action via the Court's ECF Service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 4, 2019 at Berkeley, CA.

/s/ Lindsay Nako
Lindsay Nako