| | |
|---|---|
| Lindsay Nako (SBN 239090)<br>IMPACT FUND<br>125 University Avenue, Suite 102<br>Berkeley, CA 94710<br>Telephone: (510) 845-3473<br>Fax: (510) 845-3654<br>Email: lnako@impactfund.org | Rebecca Smullin (SBN 250274)<br>PUBLIC CITIZEN LITIGATION GROUP<br>1600 20th Street NW<br>Washington, DC 20009<br>Telephone: (202) 588-1000<br>Fax: (202) 588-7795<br>Email: rsmullin@citizen.org |

Attorneys for Amicus Curiae Public Citizen, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>            Defendants. | Case No. 18-cv-06810-JST<br><br>**[PROPOSED] ORDER PERMITTING WITHDRAWAL AND ADDITION OF COUNSEL FOR AMICUS CURIAE PUBLIC CITIZEN, INC.** |

Amicus curiae Public Citizen, Inc. has submitted a Notice of Withdrawal and Addition of Counsel, requesting that Jocelyn D. Larkin be withdrawn and David Nahmias (SBN 324097) be added as counsel and attorney of record for Public Citizen in this case.

Having considered the Notice of Withdrawal and Addition of Counsel for Amicus Curiae Public Citizen, Inc., and Public Citizen's compliance with Northern District of California Local Rule 11-5(a), IT IS ORDERED that Jocelyn D. Larkin may withdraw as counsel and attorney of record for amicus Public Citizen in this matter, and that David Nahmias may be added as co-counsel and attorney of record.

DATED: _____              _____
                                    Hon. Jon S. Tigar
                                    United States District Judge