Lindsay Nako (SBN 239090)
IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Fax: (510) 845-3654
Email: lnako@impactfund.org

Rebecca Smullin (SBN 250274)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
Fax: (202) 588-7795
Email: rsmullin@citizen.org

Attorneys for Amicus Curiae Public Citizen, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, *et al.*,<br><br>             Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>             Defendants. | Case No. 18-cv-06810-JST<br><br>**[PROPOSED] ORDER PERMITTING WITHDRAWAL AND ADDITION OF COUNSEL FOR AMICUS CURIAE PUBLIC CITIZEN, INC.** |

Amicus curiae Public Citizen, Inc. has submitted a Notice of Withdrawal and Addition of Counsel, requesting that Jocelyn D. Larkin be withdrawn and David Nahmias (SBN 324097) be added as counsel and attorney of record for Public Citizen in this case.

Having considered the Notice of Withdrawal and Addition of Counsel for Amicus Curiae Public Citizen, Inc., and Public Citizen's compliance with Northern District of California Local Rule 11-5(a), IT IS ORDERED that Jocelyn D. Larkin may withdraw as counsel and attorney of record for amicus Public Citizen in this matter, and that David Nahmias may be added as co-counsel and attorney of record.

DATED: January 4, 2019

_____
Hon. Jon S. Tigar
United States District Judge