| | |
|---|---|
| Lee Gelernt* | Jennifer Chang Newell (SBN 233033) |
| Judy Rabinovitz* | Cody Wofsy (SBN 294179) |
| Omar C. Jadwat* | Julie Veroff** (SBN 310161) |
| Anand Balakrishnan* | ACLU FOUNDATION |
| Celso Perez**(SBN 304924) | IMMIGRANTS' RIGHTS PROJECT |
| ACLU FOUNDATION | 39 Drumm Street |
| IMMIGRANTS' RIGHTS PROJECT | San Francisco, CA 94111 |
| 125 Broad Street, 18th Floor | T: (415) 343-0770 |
| New York, NY 10004 | F: (415) 395-0950 |
| T: (212) 549-2660 | *jnewell@aclu.org* |
| F: (212) 549-2654 | *cwofsy@aclu.org* |
| *lgelernt@aclu.org* | *jveroff@aclu.org* |
| *jrabinovitz@aclu.org* | |
| *ojadwat@aclu.org* | |
| *abalakrishnan@aclu.org* | |
| *cperez@aclu.org* | |

*Attorneys for Plaintiffs (Additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>*Plaintiffs*,<br><br>v.<br><br>Donald J. Trump, President of the United States, in his official capacity; Matthew G. Whitaker, Acting Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Lee Francis Cissna, Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; Kevin K. McAleenan, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Ronald D. Vitiello, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement,<br><br>*Defendants*. | Case No.: 18-cv-06810<br><br>**[PROPOSED] ORDER TO GRANT PLAINTIFFS' ADMINISTRATION MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[IMMIGRATION ACTION]** |

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1666 Connecticut Avenue NW, Suite 100
Washington, D.C. 20009
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer*
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA  22903
T:  (470) 606-9307
F:  (404) 221-5857
*mary.bauer@splcenter.org*

Baher Azmy*
Angelo Guisado*
Ghita Schwarz*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

Christine P. Sun (SBN 218701)
Vasudha Talla (SBN 316219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*csun@aclunc.org*
*vtalla@aclunc.org*

*Attorneys for Plaintiffs*

**Pro hac vice application forthcoming*
***Application for admission forthcoming*

Having considered the Administrative Motion to Consider Whether Cases are Related filed by Plaintiffs in *Innovation Law Lab v. Nielsen*—Innovation Law Lab; Central American Resource Center of Northern California; Centro Legal de la Raza; Immigration and Deportation Defense Clinic at the University of San Francisco School of Law; Al Otro Lado; Tahirih Justice Center; John Doe; Gregory Doe; Bianca Doe; Dennis Doe; Alex Doe; Christopher Doe; Evan Doe; Frank Doe; Kevin Doe; Howard Doe; Ian Doe (collectively, "Plaintiffs")— and the supporting materials filed by Plaintiffs,

IT IS HEREBY ORDERED that the following two actions are deemed related in accordance with Civil Local Rule 3-12:

(1) *East Bay Sanctuary Covenant v. Trump*, Case No. 3:18-cv-06810-JST

(2) *Innovation Law Lab v. Nielsen*, Case No. 3:19-cv-00807.

**IT IS SO ORDERED.**

Dated:_____          _____
                                                         UNITED STATES DISTRICT COURT JUDGE