# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### CLERK'S NOTICE

18-cv-06810-JST  East Bay Sanctuary Covenant, et al v. Donald J. Trump, et al

3:19-cv-00807-RS Innovation Law Lab et al v. Nielsen et al

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Dated: February 20, 2019     By: _____

William Noble, Deputy Clerk