| | |
|---|---|
| Lee Gelernt* | Katrina Eiland (SBN 275701) |
| Omar C. Jadwat* | Cody Wofsy (SBN 294179) |
| Anand Balakrishnan* | Spencer Amdur (SBN 320069) |
| ACLU FOUNDATION | Julie Veroff (SBN 310161) |
| IMMIGRANTS' RIGHTS PROJECT | ACLU FOUNDATION |
| 125 Broad Street, 18th Floor | IMMIGRANTS' RIGHTS PROJECT |
| New York, NY 10004 | 39 Drumm Street |
| T: (212) 549-2660 | San Francisco, CA 94111 |
| F: (212) 549-2654 | T: (415) 343-0770 |
| *lgelernt@aclu.org* | F: (415) 395-0950 |
| *ojadwat@aclu.org* | *keiland@aclu.org* |
| *abalakrishnan@aclu.org* | *cwofsy@aclu.org* |
| | *samdur@aclu.org* |
| | *jveroff@aclu.org* |

*Attorneys for Plaintiffs*
*(Additional counsel listed on following page)*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, | Case No.: 18-cv-06810 |
| *Plaintiffs*, | |
| v. | **DECLARATION OF KATRINA L. EILAND IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Donald J. Trump, President of the United States, in his official capacity; William Barr, Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kevin McAleenan, Acting Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ken Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement, | **[IMMIGRATION ACTION]** |
| *Defendants*. | |

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street, NW Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer*
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA  22903
T:  (470) 606-9307
F:  (404) 221-5857
*mary.bauer@splcenter.org*

Baher Azmy*
Angelo Guisado*
Ghita Schwarz*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

Christine P. Sun (SBN 218701)
Vasudha Talla (SBN 316219)
Angélica Salceda**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*csun@aclunc.org*
*vtalla@aclunc.org*
*asalceda@aclunc.org*

*Attorneys for Plaintiffs*

*\*Pro hac vice application forthcoming*
*\*\*Application for admission pending*

**DECLARATION PURSUANT TO CIVIL L.R. 7-11(a)**

I, Katrina L. Eiland declare:

1. I am an attorney at law licensed to practice in the state of California. I am a Staff Attorney at the American Civil Liberties Union Immigrants' Rights Project, and counsel for Plaintiffs in *East Bay Sanctuary Covenant v. Barr*, Case No. 3:19-cv-04073 (N.D. Cal.). I make this Declaration from personal knowledge, and if called to testify, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 7-11, an Administrative Motion must be accompanied by either a stipulation or a declaration that explains why a stipulation could not be obtained.

3. A stipulation regarding this motion could not be obtained because on July 16, 2019, the counsel for Defendants in *East Bay* (Erez R. Reuveni) stated via email that Defendants oppose the motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2019, at San Francisco, California.

/s/ Katrina L. Eiland
KATRINA L. EILAND