Lee Gelernt*
Omar C. Jadwat*
Anand Balakrishnan*
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*ojadwat@aclu.org*
*abalakrishnan@aclu.org*

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
Spencer Amdur (SBN 320069)
Julie Veroff (SBN 310161)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*keiland@aclu.org*
*cwofsy@aclu.org*
*samdur@aclu.org*
*jveroff@aclu.org*

*Attorneys for Plaintiffs*
*(Additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>*Plaintiffs*,<br><br>v.<br><br>Donald J. Trump, President of the United States, in his official capacity; William Barr, Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kevin McAleenan, Acting Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ken Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement,<br><br>*Defendants*. | Case No.: 18-cv-06810<br><br>**[PROPOSED] ORDER TO GRANT PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 3-12 AND CIVIL L.R. 7-11**<br><br>**[IMMIGRATION ACTION]** |

| | |
|---|---|
| Melissa Crow* <br> SOUTHERN POVERTY LAW CENTER <br> 1101 17th Street, NW Suite 705 <br> Washington, D.C. 20036 <br> T: (202) 355-4471 <br> F: (404) 221-5857 <br> *melissa.crow@splcenter.org* <br><br> Mary Bauer* <br> SOUTHERN POVERTY LAW CENTER <br> 1000 Preston Avenue <br> Charlottesville, VA  22903 <br> T:  (470) 606-9307 <br> F:  (404) 221-5857 <br> *mary.bauer@splcenter.org* <br><br><br><br> *Attorneys for Plaintiffs* <br><br> *\*Pro hac vice application forthcoming* <br> *\*\*Application for admission pending* | Baher Azmy* <br> Angelo Guisado* <br> Ghita Schwarz* <br> CENTER FOR CONSTITUTIONAL RIGHTS <br> 666 Broadway, 7th Floor <br> New York, NY 10012 <br> T: (212) 614-6464 <br> F: (212) 614-6499 <br> *bazmy@ccrjustice.org* <br> *aguisado@ccrjustice.org* <br> *gschwarz@ccrjustice.org* <br><br> Christine P. Sun (SBN 218701) <br> Vasudha Talla (SBN 316219) <br> Angélica Salceda** <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF NORTHERN <br> CALIFORNIA, INC. <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 621-2493 <br> F: (415) 255-8437 <br> *csun@aclunc.org* <br> *vtalla@aclunc.org* <br> *asalceda@aclunc.org* |

Having considered the Administrative Motion to Consider Whether Cases are Related filed by Plaintiffs in *East Bay Sanctuary Covenant v. Barr,* Case No. 3:19-cv-04073, and the supporting materials filed by Plaintiffs,

IT IS HEREBY ORDERED that the following two actions are deemed related in accordance with Civil Local Rule 3-12:

(1) *East Bay Sanctuary Covenant v. Trump*, Case No. 3:18-cv-06810-JST

(2) *East Bay Sanctuary Covenant v. Barr*, Case No. 3:19-cv-04073.

**IT IS SO ORDERED.**

Dated:_____        _____
                                UNITED STATES DISTRICT COURTJUDGE