United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EAST BAY SANCTUARY COVENANT, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 18-cv-06810-JST

**ORDER TO FILE OPPOSITION TO MOTION TO RELATE**

Re: ECF No. 115

Before the Court is Plaintiffs' administrative motion to consider whether this case is related to *East Bay Sanctuary Covenant v. Barr*, No. 19-cv-04073-LB (N.D. Cal.). ECF No. 115. Plaintiffs represent that Defendants oppose the motion. ECF No. 115-1 ¶ 3. It appears to the Court that the circumstances of this motion require a decision on an expedited basis.

Accordingly, the Court hereby orders Defendants to file their opposition by 5:00 p.m. on July 17, 2019.

**IT IS SO ORDERED.**

Dated: July 16, 2019

JON S. TIGAR
United States District Judge