| | |
|---|---|
| Lee Gelernt* <br> Judy Rabinovitz* <br> Omar C. Jadwat* <br> Anand Balakrishnan* <br> Celso Perez**(SBN 304924) <br> ACLU FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> T: (212) 549-2660 <br> F: (212) 549-2654 <br> *lgelernt@aclu.org* <br> *jrabinovitz@aclu.org* <br> *ojadwat@aclu.org* <br> *abalakrishnan@aclu.org* <br> *cperez@aclu.org* | Jennifer Chang Newell (SBN 233033) <br> Cody Wofsy (SBN 294179) <br> Julie Veroff** (SBN 310161) <br> ACLU FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 343-0770 <br> F: (415) 395-0950 <br> *jnewell@aclu.org* <br> *cwofsy@aclu.org* <br> *jveroff@aclu.org* |

*Attorneys for Plaintiffs* (Additional counsel listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, <br><br> *Plaintiffs*, <br><br> v. <br><br> Donald J. Trump, President of the United States, in his official capacity; Matthew G. Whitaker, Acting Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kirstjen M. Nielsen, Secretary of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Lee Francis Cissna, Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; Kevin K. McAleenan, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Ronald D. Vitiello, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement, <br><br> *Defendants.* | Case No.: 4:18-CV-06810-JST <br><br> **NOTICE OF CHANGE IN COUNSEL** |

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1666 Connecticut Avenue NW, Suite 100
Washington, D.C. 20009
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer*
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA 22903
T: (470) 606-9307
F: (404) 221-5857
*mary.bauer@splcenter.org*

Baher Azmy*
Angelo Guisado*
Ghita Schwarz*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6464
Facsimile: (212) 614-6499
bazmy@ccrjustice.org
aguisado@ccrjustice.org
gschwarz@ccrjustice.org

Vasudha Talla (SBN 316219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*vtalla@aclunc.org*

*Attorneys for Plaintiffs*

*Pro hac vice application forthcoming
**Application for admission forthcoming

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Local Rule 5-1(c)(2)(C), Christine P. Sun

3  hereby withdraws as counsel of record for Plaintiffs in the above-entitled action. The reason for

4  withdrawal is that Ms. Sun has ended her employment at the American Civil Liberties Union

5  Foundation of Northern California.

6  Please remove the following from your service list:

7  CHRISTINE P. SUN (SBN 218701)
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone: (415) 621-2493
9  Facsimile: (415) 255-8437

10  Plaintiffs in this action continue to be represented by other counsel.

11  Dated: September 19, 2019                    Respectfully submitted,

12
                                                 By: /s/ Vasudha Talla
13                                                   Vasudha Talla
                                                     Attorney for Plaintiffs
14