| | |
|---|---|
| Lee Gelernt<br>Judy Rabinowitz<br>Omar C. Jadwat<br>Anand Balakrishnan<br>Celso Perez (SBN 304924)<br>125 Broad Street<br>New York, NY 10004<br>T: (212) 549-2660<br>F: (212) 549-2654<br>*lgelernt@aclu.org*<br>*jrabinovitz@aclu.org*<br>*ojadwat@aclu.org*<br>*abalakrishnan@aclu.org*<br>*cperez@aclu.org* | Cody Wofsy (SBN 294179)<br>Julie Veroff (SBN 310161)<br>ACLU FOUNDATION<br>IMMIGRANTS RIGHTS PROJECT<br>39 DRUMM STREET<br>San Francisco, CA 94111<br>T: (415) 343-0770<br>F: (415) 395-0950<br>*cwofsy@aclu.org*<br>*jveroff@aclu.org* |

*Attorneys for Plaintiffs*

**SEE NEXT PAGE FOR ADDITIONAL COUNSEL**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; AL OTRO LADO; INNOVATION LAW LAB; CENTRAL AMERICAN RESOURCE CENTER,<br><br>PLAINTIFFS<br><br>v.<br><br>DONALD TRUMP, President of the United States; MATTHEW G. WHITAKER, Acting Attorney General; JAMES MCHENRY, Director, Executive Office for Immigration Review (EOIR); KIRSTJEN NIELSEN, Secretary, U.S. Department of Homeland Security; LEE FRANCIS CISSNA, Director, U.S. Citizenship and Immigration Services; KEVIN K. MCALEENAN, Commissioner, U.S. Customs and Border Protection; RONALD VITIELLO, Acting Director, U.S. Immigration and Customs Enforcement,<br><br>DEFENDANTS. | Case No. 4:18-cv-06810-JST<br><br>**NOTICE OF WITHDRAWAL OF JENNIFER CHANG NEWELL AS COUNSEL** |

1  Melissa Crow
   SOUTHER POVERTY LAW CENTER
2  1666 Connecticut Avenue NW, Suite 100
   Washington, D.C. 2009
3  T: (202) 355-4471
   F: (404) 221-5857
4  melissa.crow@splcenter.org

5  Mary Bauer
   SOUTHER POVERTY LAW CENTER
6  1000 Preston Avenue
   Charlottesville, VA 22903
7  T: (470) 606-9307
   F: (404) 221-5857
8  Mary.bauer@splcenter,org

9  Baher Azmy
   Angelo Guisado
10 Ghita Schwarz
   CENTER FOR CONSTITUTIONAL RIGHTS
11 666 Broadway, 7th floor
   New York, NY 10012
12 T: (212) 614-6464
   F: (212) 614-6499
13 bazmy@ccrjustice.org
   aguisado@ccrjustice.org
14 gschwarz@ccrjustice.org

15

16 Christine P. Sun (SBN 218701)
   Vasudha Talla (SBN 316219)
   AMERICAN CIVIL LIBERTIES UNION
17 FOUNDATION OF NORTHERN CALIFORNIA, INC.
   39 Drumm Street
18 San Francisco, CA 94111
   T: (415) 621-2493
19 F: (415) 255-8437
   csun@aclunc.org
20 vtalla@aclunc.org

PLEASE TAKE NOTICE THAT Jennifer Chang Newell is no longer associated with the American Civil Liberties Union Foundation Immigrants' Rights Project, and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

> Jennifer Chang Newell
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> IMMIGRANTS' RIGHTS PROJECT
> 39 Drumm Street
> San Francisco, CA 94111
> (415) 343-0770
> jnewell@aclu.org

The remaining counsel associated with American Civil Liberties Union Foundation Immigrants' Rights Project and their co-counsel listed in the preceding counsel block of this document remain as counsel of record for Plaintiffs.

Dated: January 28, 2020                    Respectfully submitted,

*/s/ Lee Gelernt*
Lee Gelernt
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on January 24, 2020, I electronically transmitted the foregoing Notice of Withdrawal of Jennifer Chang Newell as Counsel, by using the Court's CM/ECF electronic filing system.

Dated: January 28, 2020					By: */s/ Lee Gelernt*
							Lee Gelernt
							Attorney for Plaintiffs