UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al., <br><br>       Plaintiffs-Appellees, <br><br>  v. <br><br>DONALD J. TRUMP, President of the United States; et al., <br><br>       Defendants-Appellants. | No.   18-17274 <br>        18-17436 <br><br>D.C. No. 4:18-cv-06810-JST <br>Northern District of California, <br>San Francisco <br><br>ORDER |

Before:  FERNANDEZ, W. FLETCHER, and PAEZ, Circuit Judges.

Appellants' motion for judicial notice, dkt. 24, is granted.