| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 20 2020<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

EAST BAY SANCTUARY COVENANT; et al.,

        Plaintiffs-Appellees,

 v.

DONALD J. TRUMP, President of the United States; et al.,

        Defendants-Appellants.

No.   18-17274, 18-17436

D.C. No. 4:18-cv-06810-JST
Northern District of California,
San Francisco

ORDER

Before:  FERNANDEZ, W. FLETCHER, and PAEZ, Circuit Judges.

Appellants' motion for an extension of time to petition for panel and en banc rehearing of the judgment in this matter, dkt. 84, is granted as follows: the deadline for filing a petition for panel rehearing and rehearing en banc shall be extended for 30 days.  No further extensions will be granted.