UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States; et al., <br><br> Defendants-Appellants. | No. 18-17274 <br> 18-17436 <br><br> D.C. No. 4:18-cv-06810-JST <br> Northern District of California, San Francisco <br><br> ORDER |

Before: FERNANDEZ, W. FLETCHER, and PAEZ, Circuit Judges.

Appellees are ordered to file a response to Appellant United States of America's Petition for Rehearing En Banc, filed on June 29, 2020. The response shall be filed within twenty-one (21) days of the date of this order.