JENNIFER B. DICKEY
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
EREZ REUVENI
Assistant Director

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, et al., <br><br> Plaintiffs <br><br> v. <br><br> Donald J. Trump, President of the United <br><br> Defendants. | Civil Action No. 3:18-cv-06810-JST <br><br> NOTICE OF REQUEST TO WITHDRAW COUNSEL SCOTT G. STEWART |

1 TO: THE CLERK OF THE COURT
2 AND TO: ALL PARTIES OF RECORD AND THEIR COUNSEL:
3
4 PLEASE TAKE NOTICE that Scott G. Stewart hereby respectfully moves to withdraw as counsel
5 of record for Defendants-Respondents in the above-captioned case on the grounds that his
6 employment with the U.S. Department of Justice will end on January 20, 2021. Defendants will
7 continue to be represented by all remaining counsel of record for Defendants.
8
9 Dated this January 14, 2021                                    Respectfully submitted,

JENNIFER B. DICKEY
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20530

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2021, a copy of the foregoing was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record.

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director

Attorney for Defendants