Lee Gelernt
Judy Rabinowitz
Omar C. Jadwat
Anand Balakrishnan
Celso Perez (SBN 304924)
ACLU FOUNDATION
IMMIGRANTS RIGHTS PROJECT
125 Broad Street
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*ojadwat@aclu.org*
*abalakrishnan@aclu.org*
*cperez@aclu.org*

Cody Wofsy (SBN 294179)
ACLU FOUNDATION
IMMIGRANTS RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*cwofsy@aclu.org*

*Attorneys for Plaintiffs*

**SEE NEXT PAGE FOR ADDITIONAL COUNSEL**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; AL OTRO LADO; INNOVATION LAW LAB; CENTRAL AMERICAN RESOURCE CENTER,<br><br>PLAINTIFFS<br><br>v.<br><br>DONALD TRUMP, President of the United States; MATTHEW G. WHITAKER, Acting Attorney General; JAMES MCHENRY, Director, Executive Office for Immigration Review (EOIR); KIRSTJEN NIELSEN, Secretary, U.S. Department of Homeland Security; LEE FRANCIS CISSNA, Director, U.S. Citizenship and Immigration Services; KEVIN K. MCALEENAN, Commissioner, U.S. Customs and Border Protection; RONALD VITIELLO, Acting Director, U.S. Immigration and Customs Enforcement,<br><br>DEFENDANTS. | Case No. 4:18-cv-06810-JST<br><br>**NOTICE OF WITHDRAWAL OF JULIE VEROFF AS COUNSEL** |

| | |
|---|---|
| 1 | Melissa Crow |
| | SOUTHER POVERTY LAW CENTER |
| 2 | 1666 Connecticut Avenue NW, Suite 100 |
| | Washington, D.C. 2009 |
| 3 | T: (202) 355-4471 |
| | F: (404) 221-5857 |
| 4 | melissa.crow@splcenter.org |
| 5 | Mary Bauer |
| | SOUTHER POVERTY LAW CENTER |
| 6 | 1000 Preston Avenue |
| | Charlottesville, VA 22903 |
| 7 | T: (470) 606-9307 |
| | F: (404) 221-5857 |
| 8 | Mary.bauer@splcenter,org |
| 9 | Baher Azmy |
| | Angelo Guisado |
| 10 | Ghita Schwarz |
| | CENTER FOR CONSTITUTIONAL RIGHTS |
| 11 | 666 Broadway, 7th floor |
| | New York, NY 10012 |
| 12 | T: (212) 614-6464 |
| | F: (212) 614-6499 |
| 13 | bazmy@ccrjustice.org |
| | aguisado@ccrjustice.org |
| 14 | gschwarz@ccrjustice.org |
| 15 | |
| 16 | Christine P. Sun (SBN 218701) |
| | Vasudha Talla (SBN 316219) |
| 17 | AMERICAN CIVIL LIBERTIES UNION |
| | FOUNDATION OF NORTHERN CALIFORNIA, INC. |
| 18 | 39 Drumm Street |
| | San Francisco, CA 94111 |
| 19 | T: (415) 621-2493 |
| | F: (415) 255-8437 |
| 20 | csun@aclunc.org |
| | vtalla@aclunc.org |

PLEASE TAKE NOTICE THAT Julie Veroff is no longer associated with the American Civil Liberties Union Foundation Immigrants' Rights Project, and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

> Julie Veroff
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> IMMIGRANTS' RIGHTS PROJECT
> 39 Drumm Street
> San Francisco, CA 94111
> (415) 343-0770
> jveroff@aclu.org

The remaining counsel associated with American Civil Liberties Union Foundation Immigrants' Rights Project and their co-counsel listed in the preceding counsel block of this document remain as counsel of record for Plaintiffs.

Dated: February 16, 2021              Respectfully submitted,

*/s/ Lee Gelernt*
Lee Gelernt
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on February 16, 2021, I electronically transmitted the foregoing Notice of Withdrawal of Julie Veroff as Counsel, by using the Court's CM/ECF electronic filing system.

Dated: February 16, 2021

By: */s/ Lee Gelernt*
Lee Gelernt
Attorney for Plaintiffs