Lee Gelernt
Judy Rabinowitz
Omar C. Jadwat
Anand Balakrishnan
ACLU FOUNDATION
IMMIGRANTS RIGHTS PROJECT
125 Broad Street
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*ojadwat@aclu.org*
*abalakrishnan@aclu.org*

Cody Wofsy (SBN 294179)
ACLU FOUNDATION
IMMIGRANTS RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*cwofsy@aclu.org*

*Attorneys for Plaintiffs*

**SEE NEXT PAGE FOR ADDITIONAL COUNSEL**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; AL OTRO LADO; INNOVATION LAW LAB; CENTRAL AMERICAN RESOURCE CENTER,<br><br>PLAINTIFFS<br><br>v.<br><br>DONALD TRUMP, President of the United States; MATTHEW G. WHITAKER, Acting Attorney General; JAMES MCHENRY, Director, Executive Office for Immigration Review (EOIR); KIRSTJEN NIELSEN, Secretary, U.S. Department of Homeland Security; LEE FRANCIS CISSNA, Director, U.S. Citizenship and Immigration Services; KEVIN K. MCALEENAN, Commissioner, U.S. Customs and Border Protection; RONALD VITIELLO, Acting Director, U.S. Immigration and Customs Enforcement,<br><br>DEFENDANTS. | Case No. 4:18-cv-06810-JST<br><br>**NOTICE OF WITHDRAWAL OF CELSO PEREZ AS COUNSEL** |

Melissa Crow
SOUTHER POVERTY LAW CENTER
1666 Connecticut Avenue NW, Suite 100
Washington, D.C. 2009
T: (202) 355-4471
F: (404) 221-5857
melissa.crow@splcenter.org

Mary Bauer
SOUTHER POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA 22903
T: (470) 606-9307
F: (404) 221-5857
Mary.bauer@splcenter,org

Baher Azmy
Angelo Guisado
Ghita Schwarz
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
bazmy@ccrjustice.org
aguisado@ccrjustice.org
gschwarz@ccrjustice.org


Christine P. Sun (SBN 218701)
Vasudha Talla (SBN 316219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
csun@aclunc.org
vtalla@aclunc.org

PLEASE TAKE NOTICE THAT Celso Perez is no longer associated with the American Civil Liberties Union Foundation Immigrants' Rights Project, and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

> Celso Perez (SBN 304924)
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> IMMIGRANTS' RIGHTS PROJECT
> 125 Broad Street
> New York, NY 10004
> T: (646) 905-8935
> cperez@aclu.org

The remaining counsel associated with American Civil Liberties Union Foundation Immigrants' Rights Project and their co-counsel listed in the preceding counsel block of this document remain as counsel of record for Plaintiffs.

Dated: February 22, 2021                    Respectfully submitted,

                                            */s/ Lee Gelernt*
                                            Lee Gelernt
                                            Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on February 22, 2021, I electronically transmitted the foregoing Notice of Withdrawal of Celso Perez as Counsel, by using the Court's CM/ECF electronic filing system.

Dated: February 22, 2021                    By: */s/ Lee Gelernt*
                                            Lee Gelernt
                                            Attorney for Plaintiffs