1  Lindsay Nako (SBN 239090)
   IMPACT FUND
2  2080 Addison Street, Suite 5
   Berkeley, CA 94704
3  Telephone: (510) 845-3473
   Fax: (510) 845-3654
4  Email: lnako@impactfund.org

5  Attorney for Amicus Curiae Public Citizen, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| EAST BAY SANCTUARY COVENANT, *et al.*, | Case No. 18-cv-06810-JST |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE that David Nahmias and Rebecca Smullin are no longer counsel for amicus curiae Public Citizen, Inc., in this case. Please remove the following from this case's service list:

> David S. Nahmias
> Impact Fund
> 2080 Addison Street, Ste. 102
> Berkeley, CA 94704-1693
> (510) 845-3473
> (510) 845-3654 (fax)
> dnahmias@impactfund.org
>
> Rebecca Harriet Smullin
> Public Citizen Litigation Group
> 1600 20th Street, NW
> Washington, DC 20009
> 202-588-7714
> 202-588-7795 (fax)
> rsmullin@citizen.org

Lindsay Nako of the Impact Fund remains as counsel of record for Public Citizen, Inc.

DATED: September 10, 2021                Respectfully submitted,

/s/ Lindsay Nako
Lindsay Nako (SBN 239090)
IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473
Fax: (510) 845-3654
Email: lnako@impactfund.org

Attorney for Amicus Curiae Public Citizen, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ Lindsay Nako<br>Lindsay Nako