BRIAN W. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
EREZ REUVENI
Assistant Director

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Donald J. Trump,<br><br>    Defendants. | Civil Action No. 4:18-cv-06810-JST<br><br>**NOTICE OF REQUEST TO WITHDRAW COUNSEL FRANCESCA GENOVA** |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES OF RECORD AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Francesca M. Genova hereby respectfully moves to withdraw as counsel of record for Defendants-Respondents in the above-captioned case on the grounds that she is no longer employed by the U.S. Department of Justice. Defendants will continue to be represented by all remaining counsel of record for Defendants.

1

Dated this 1st of February, 2022

Respectfully submitted,

BRIAN W. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director

*/s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
District Court Section
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20004

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2022, a copy of the foregoing was filed via the Court's CM/ECF system, which will send electronic notice to all counsel of record.

<u>/s/ Erez Reuveni</u>
EREZ REUVENI
Assistant Director

*Attorney for Defendants*