1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Shannon Minter (SBN 168907)
Amy Whelan (SBN 215675)
NATIONAL CENTER FOR
LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Tel.: (415) 392-6257
Fax: (415) 392-8442
sminter@nclrights.org
awhelan@nclrights.org

*Attorneys for Amici Curiae*
*National Center for Lesbian*
*Rights et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EAST BAY SANCTUARY COVENANT, et al., | Case No. 18-cv-06810-JST |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Julie Wilensky is no longer associated with the National

Center for Lesbian Rights and is no longer counsel for amici curiae National Center for Lesbian

Rights et al. in this case.

Please remove the following from your service list:

Julie Wilensky
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102

NOTICE OF WITHDRAWAL OF COUNSEL                                    CASE NO. 18-cv-06810-JST

1
(415) 392-6257
jwilensky@nclrights.org

2

3
        Shannon Minter and Amy Whelan remain as counsel for amici curiae National Center for

4
Lesbian Rights et al.

5
Dated:  March 15, 2022                                          Respectfully Submitted,

6
                                                                            /s/ Amy Whelan

7
                                                                            Shannon Minter (SBN 168907)
                                                                            Amy Whelan (SBN 215675)
8
                                                                            NATIONAL CENTER FOR
                                                                            LESBIAN RIGHTS
9
                                                                            870 Market Street, Suite 370
10
                                                                            San Francisco, CA 94102
                                                                            Tel.: (415) 392-6257
11
                                                                            Fax: (415) 392-8442
                                                                            sminter@nclrights.org
12
                                                                            awhelan@nclrights.org

13
                                                                            *Attorneys for Amici Curie National Center*
14
                                                                            *for Lesbian Rights et al.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF COUNSEL                         CASE NO. 18-cv-06810-JST

App. 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28