BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Donald J Trump, *et al.*,<br><br>    Defendants. | No. 4:18-cv-06810-JST<br><br>**[PROPOSED] ORDER GRANTING CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Conference: June 28, 2022<br>Time: 2:00 PM<br>Judge: Hon. Jon S. Tigar |
| East Bay Sanctuary Covenant, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>William Barr, *et al.*,<br><br>    Defendants. | No. 4:19-cv-04073-JST<br><br>**[PROPOSED] ORDER GRANTING CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Conference: June 28, 2022<br>Time: 2:00 PM<br>Judge: Hon. Jon S. Tigar |

PROPOSED ORDER GRANTING MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

|   |   |
|---|---|
| 1 | Before the Court is Defendants unopposed motion to continue the case management |
| 2 | conference presently scheduled for June 28, 2022 at 2:00 PM. Having reviewed the motion, and |
| 3 | good cause being shown, IT IS HEREBY ORDERED that the motion is GRANTED. |

Dated: June __, 2022

_____
United States District Judge

PROPOSED ORDER GRANTING MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE       1
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST