UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 18-cv-06810-JST<br><br>**ORDER GRANTING MOTION TO CONTINUE STAY**<br><br>Re: ECF No. 140 |
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 19-cv-04073-JST<br><br>**ORDER GRANTING MOTION TO CONTINUE STAY**<br><br>Re: ECF No. 153 |

For the reasons stated in the parties' joint case management statement, the Court grants the parties request to vacate the upcoming case management conferences and continue the stays entered in Case Nos. 18-cv-6810 & 19-cv-04073. The parties are ordered to file a status report every 90 days updating the Court on the status of the rulemaking relevant to this case.

**IT IS SO ORDERED.**

Dated: June 24, 2022

JON S. TIGAR
United States District Judge