MICHELLE (MINJU) CHO, CA SBN 321939
ACLU FOUNDATION OF
NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel.: (415)-621-2493
Fax: (415) 255-1478
Email: mcho@aclunc.org

*Counsel for Plaintiffs*
*(Additional counsel listed on second page)*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Donald J Trump, *et al.*, <br><br> Defendants. | Case No.: 4:18-CV-06810-JST <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

| | |
|---|---|
| Lee Gelernt<br>Judy Rabinowitz<br>Omar C. Jadwat<br>Anand Balakrishnan<br>ACLU FOUNDATION<br>IMMIGRANTS RIGHTS PROJECT<br>125 Broad Street<br>New York, NY 10004<br>T: (212) 549-2660<br>F: (212) 549-2654<br>lgelernt@aclu.org<br>jrabinovitz@aclu.org<br>ojadwat@aclu.org<br>abalakrishnan@aclu.org<br><br>Cody Wofsy (SBN 294179)<br>ACLU FOUNDATION<br>IMMIGRANTS RIGHTS PROJECT<br>39 Drumm Street San Francisco, CA 94111<br>T: (415) 343-0770<br>F: (415) 395-0950<br>cwofsy@aclu.org | Melissa Crow<br>SOUTHER POVERTY LAW CENTER<br>1666 Connecticut Avenue NW, Suite 100<br>Washington, D.C. 2009<br>T: (202) 355-4471<br>F: (404) 221-5857<br>melissa.crow@splcenter.org<br><br>Mary Bauer<br>SOUTHER POVERTY LAW CENTER<br>1000 Preston Avenue<br>Charlottesville, VA 22903<br>T: (470) 606-9307<br>F: (404) 221-5857<br>Mary.bauer@splcenter,org<br><br>Baher Azmy<br>Angelo Guisado<br>Ghita Schwarz<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th floor<br>New York, NY 10012<br>T: (212) 614-6464 F: (212) 614-6499<br>bazmy@ccrjustice.org<br>aguisado@ccrjustice.org<br>gschwarz@ccrjustice.org |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Minju Cho, Staff Attorney with the American Civil Liberties Union Foundation of Northern California, Inc. as counsel for plaintiffs in this action. Ms. Cho is replacing Vasudha Talla, who is no longer associated with the American Civil Liberties Union Foundation of Northern California and hereby withdraws as counsel in this matter. Additional counsel listed on the caption of this document also continue to represent Plaintiffs in this matter. The Clerk is requested to remove Vasudha Talla from all service lists in this case, including, but not limited to, the service list contained in the Court's CM/ECF system.

Dated: July 5, 2022                    Respectfully Submitted,

                                       /s/ Michelle Minju Cho
                                       _____
                                       Michelle (Minju) Cho
                                       ACLU FOUNDATION OF
                                       NORTHERN CALIFORNIA, INC.
                                       39 Drumm Street
                                       San Francisco, CA 94111
                                       Tel.: (415)-621-2493
                                       Fax: (415) 255-1478
                                       Email: mcho@aclunc.org

**CERTIFICATE OF SERVICE**

I, Minju Cho, an attorney at American Civil Liberties Union Foundation of Northern California certify that on July 5, 2022, I served the above and foregoing Plaintiff's Notice of Substitution of Counsel, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 5th day of July 2022.

Dated: July 5, 2022                                      Respectfully Submitted,

*/s/ Michelle Minju Cho*
_____
Michelle (Minju) Cho
ACLU FOUNDATION OF
NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel.: (415)-621-2493
Fax: (415) 255-1478
Email: mcho@aclunc.org