BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J Trump, *et al.*,<br><br>Defendants. | No. 4:18-cv-06810-JST<br><br>**STATUS REPORT** |
| East Bay Sanctuary Covenant, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>William Barr, *et al.*,<br><br>Defendants. | No. 4:19-cv-04073-JST<br><br>**STATUS REPORT** |

STATUS REPORT
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

We write to provide the Court a status update concerning the Departments of Homeland Security and Justice's review of the rules at issue in these cases, consistent with the Court's order issued June 24, 2022, keeping these cases in abeyance pending that review.

The Departments continue to report they have both indicated in the Unified Agenda of Federal Regulatory and Deregulatory Actions-Spring 2022 that they preliminarily intend to modify or rescind the two rules at issue in these cases as part of the review required under Executive Order 14,010, *Creating a Comprehensive Regional Framework to Address the Causes of Migration, to Manage Migration Throughout North and Central America, and to Provide Safe and Orderly Processing of Asylum Seekers at the United States Border*, 86 Fed. Reg. 8267 (Feb. 5, 2021). The review remains ongoing.

The Departments will submit another status report within 90 days of this filing or sooner if there are new developments in light of changed circumstances.

//
//

STATUS REPORT
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

1

                                          Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney General

                                          WILLIAM C. PEACHEY
                                          Director

                                  By: /s/ *Erez Reuveni*
                                          EREZ REUVENI
                                          Assistant Director
                                          Office of Immigration Litigation
                                          U.S. Department of Justice, Civil Division
                                          P.O. Box 868, Ben Franklin Station
                                          Washington, DC 20044
                                          Tel: (202) 307-4293
                                          Email: Erez.R.Reuveni@usdoj.gov

Dated: December 21, 2022                *Attorneys for Defendants*

                                          /s/ Lee Gelernt
                                          Lee Gelernt
                                          AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                          IMMIGRANTS' RIGHTS PROJECT
                                          125 Broad St., 18th Floor
                                          New York, NY 10004
                                          Tel: (212) 549-2660
                                          Email: lgelernt@aclu.org

Dated: December 21, 2022                *Attorneys for Plaintiffs*

STATUS REPORT
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

2

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division

STATUS REPORT
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

3