BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J Trump, *et al.*,<br><br>Defendants. | No. 4:18-cv-06810-JST<br><br>**STATUS REPORT** |
| East Bay Sanctuary Covenant, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>William Barr, *et al.*,<br><br>Defendants. | No. 4:19-cv-04073-JST<br><br>**STATUS REPORT** |

STATUS REPORT
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

We write to provide the Court with a status update concerning the Departments of Homeland Security and Justice's review of the rules at issue in these cases, consistent with the Court's order issued June 24, 2022, keeping these cases in abeyance pending that review, and prior status reports in these cases.

On February 23, 2023, the Departments published a Notice of Proposed Rulemaking ("NPRM") that would, if finalized, rescind the two rules at issue in these cases. *See* Circumvention of Lawful Pathways, 88 Fed. Reg. 11,704 (Feb. 23, 2023), *available at* https://www.federalregister.gov/documents/2023/02/23/2023-03718/circumvention-of-lawful-pathways. That NPRM proposes to "address the reality of unprecedented migratory flows" and "potential surge of migration at the southwest border [] of the United States following the eventual termination of the Centers for Disease Control and Prevention's ('CDC') public health Order" by "establish[ing] a presumptive condition on asylum eligibility for certain noncitizens who fail to take advantage of" "existing and expanded lawful pathways to enter the United States, including the opportunity to schedule a time and place to present at a port of entry and thus seek asylum or other forms of protection in a lawful, safe, and orderly manner, or to seek asylum or other protection in one of the countries through which they travel on their way to the United States." *Id.* at 11,704, 11,706. The NPRM further proposes that the final rule be in effect for a period of two years. *Id.* at 11,726.

As part of the NPRM, "[t]he Departments propose rescinding prior rules establishing bars to asylum," specifically Aliens Subject to a Bar on Entry Under Certain Presidential Proclamations; Procedures for Protection Claims, 83 Fed. Reg. 55,934 (Nov. 9, 2018) and Asylum Eligibility and Procedural Modifications, 85 Fed. Reg. 82,260 (Dec. 17, 2020). *Id.* at 11,727-28. "The Departments have reconsidered the approaches taken in those rules and now believe that the tailored, time-limited approach proposed here—which couples mechanisms for individuals to enter lawfully (and as appropriate make protection claims) with new conditions on asylum eligibility for those who enter without taking advantage of these and other lawful processes—is better suited to address increased flows across the" Southwest Border. *Id.* at 11,728.

The NPRM provides for a comment period to permit the Departments "to be in a position

STATUS REPORT
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

1

1. to finalize the proposed rule, as appropriate, before the Title 42 public health Order is lifted" on
2. May 11, 2023. *Id.* at 11,708. The comment period closes on March 27, 2023.
3.     The Departments will submit another status report within 90 days of this filing or sooner
4. if there are new developments in light of changed circumstances.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

Dated: February 23, 2023                    *Attorneys for Defendants*

STATUS REPORT
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division

STATUS REPORT
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

3