# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

East Bay Sanctuary Covenant, *et al.,*

    *Plaintiffs*,

v.

Joseph R. Biden, President of the United States, *et al.*,

    *Defendants*.

Case No.: 18-cv-06810-JST

**[PROPOSED] ORDER**

    Having considered Plaintiffs' Motion for Leave to File an Amended and Supplemental Complaint and to Lift the Stay of Proceedings in *East Bay Sanctuary Covenant, et al. v. Trump, et al.,* Case No. 18-cv-06810-JST,

    IT IS HEREBY ORDERED that the motion is granted.  The stay of the proceedings is hereby lifted, and Plaintiffs are directed to file their First Amended and Supplemental Complaint on the docket.

**IT IS SO ORDERED.**

Dated: _____

                                                   United States District Judge