UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06810-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 147 |

Plaintiffs have moved to lift the stay in this case and seek leave to file an amended and supplemental complaint. ECF No. 147. Plaintiffs also intend to move for preliminary relief. *Id.* at 3.

The parties shall appear for a case management conference on Tuesday, May 16, 2023, at 9 a.m. to discuss a schedule for briefing and hearing on both the present motion and Plaintiffs' intended motion for preliminary injunctive relief. The parties are advised that the Court will be unavailable on May 26, 2023, as well as June 2 through June 16, 2023.

**IT IS SO ORDERED.**

Dated: May 12, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge