AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____Kate M. Fogarty_____, Clerk of this Court, certify that _____Mary Georgevich_____, Bar # _____399950_____, was duly admitted to practice in this Court on _____02/27/2020_____, and is in good standing as a member of the Bar of this Court.

Dated at _____St. Paul, Minnesota_____ on _____05/11/2023_____
           *(Location)*                              *(Date)*

Kate M. Fogarty
CLERK

Kern O Adami
DEPUTY CLERK