# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Keren Hart Zwick

Northern District of Illinois

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Keren Hart Zwick was duly admitted to practice in said Court on (06/29/2018) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/07/2023 )

Thomas G. Bruton , Clerk,
By: Sarah Bouchard
Deputy Clerk