# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Richard Philip Caldarone

was admitted to practice as an attorney and counsellor at the bar of this Court on October 27, 2008.

I further certify that so far as the records of this office are concerned, Richard Philip Caldarone is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 10th day of April

A.D. 2023

By: _____

*Deputy Clerk*