**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>Joseph R. Biden, President of the United States, *et al.*,<br><br>    *Defendants*. | Case No.: 18-cv-06810-JST |

**JOINT STIPULATION AND PROPOSED SCHEDULE**

Following the case management conference on May 16, 2023, the parties met and conferred regarding a briefing schedule on Plaintiffs' pending and forthcoming motions. The parties hereby jointly stipulate and agree as follows:

1. On May 11, 2023, Plaintiffs filed a Motion for Leave to File Amended and Supplemental Complaint and to Lift Stay of Proceedings (ECF No. 147).

2. Defendants hereby consent to Plaintiffs' request to lift the stay of proceedings and to the filing of Plaintiffs' proposed Amended and Supplemental Complaint (ECF No. 147-2).

3. The parties have also met and conferred regarding a briefing schedule on Plaintiffs' forthcoming motion for preliminary relief and have agreed to proceed directly to summary judgment and forgo any jurisdictional discovery. The parties propose the following expedited briefing schedule:

   - Defendants shall produce the administrative record by May 26, 2023;
   - Plaintiffs shall file their motion for summary judgment by June 5, 2023;
   - Defendants shall file any cross-motion and opposition by June 16, 2023;
   - Plaintiffs shall file their opposition and reply by June 23, 2023; and
   - Defendants shall file their reply by June 30, 2023.

4. The parties have also met and conferred on a schedule for resolving any disputes related to the administrative record, including the completeness of the record and any request by

Plaintiffs to supplement the record or rely on extra-record evidence. The parties propose the following schedule:

- Plaintiffs shall confer with Defendants prior to filing any motion related to the administrative record and shall file any motion no later than June 5, 2023;
- Defendants shall file any oppostition no later than June 16, 2023; and
- Plaintiffs shall file a reply no later than June 23, 2023.

5. The parties also propose the following increases in page limits for the summary judgment briefing given the complexity of the issues:

- 35 pages for the parties' opening briefs;
- 30 pages for Plaintiffs' opposition and reply; and
- 25 pages for Defendants' reply.

6. The parties jointly request oral argument on these motions. The parties will meet and confer and submit a proposal regarding preferred hearing dates, but will be available at the Court's convenience.

Dated: May 17, 2023

Respectfully submitted,

/s/ Katrina Eiland
Katrina Eiland (SBN 275701)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
Email: keiland@aclu.org

*Attorney for Plaintiffs*

/s/ Erez Reuveni
Erez Reuveni
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

*Attorney for Defendants*