# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　　v.<br><br>Joseph R. Biden, President of the United States, *et al.*,<br><br>　　　　*Defendants*. | Case No.: 18-cv-06810-JST<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION AND PROPOSED SCHEDULE** |

　　　Upon consideration of Plaintiffs' Motion for Leave to File Amended and Supplemental Complaint and to Lift Stay of Proceedings (ECF No. 147), Defendants' consent thereto, and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.  The stay of proceedings is hereby lifted, and Plaintiffs are directed to file their First Amended and Supplemental Complaint on the docket.

　　　The Court further hereby adopts the parties' proposed schedule concerning Plaintiffs' forthcoming motion for summary judgment, as follows:

- Defendants shall produce the administrative record by May 26, 2023;
- Plaintiffs shall file their motion for summary judgment by June 5, 2023;
- Defendants shall file any cross-motion and opposition by June 16, 2023;
- Plaintiffs shall file their opposition and reply by June 23, 2023; and
- Defendants shall file their reply by June 30, 2023.

　　　The Court further adopts the parties' proposed schedule for resolving disputes as to the completeness of the administrative record and/or the appropriateness of supplementing the record with extra-record evidence:

- Plaintiffs shall confer with Defendants prior to filing any motion related to the administrative record and shall file any motion no later than June 5, 2023;
- Defendants shall file any oppostition no later than June 16, 2023; and
- Plaintiffs shall file a reply no later than June 23, 2023.

The Court further adopts the parties' proposed increases in page limits for the summary judgment briefing as follows:

- 35 pages for the parties' opening briefs;
- 30 pages for Plaintiffs' opposition and reply; and
- 25 pages for Defendants' reply.

**IT IS SO ORDERED.**

Dated: _____   _____

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE