UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

East Bay Sanctuary Covenant, *et al.*,

    *Plaintiffs*,

v.

Joseph R. Biden, President of the United States, *et al.*,

    *Defendants*.

Case No.: 18-cv-06810-JST

**JOINT STIPULATION**

In their joint stipulation and proposd schedule (ECF No. 162), the parties indicated that they would provide proposals for a hearing date on their forthcoming motions for summary judgment. The parties have met and conferred about proposed hearing dates, as well as deadlines for amicus briefs. The parties hereby jointly stipulate and agree as follows:

1. The parties jointly propose July 11, 12, or 13, 2023, for a hearing on the parties' summary judgment and related motions. The parties can also be available on July 10 or on other dates at the Court's convenience.

2. The parties have also met and conferred regarding a schedule for amicus briefs. The parties propose the following:

   - June 7, 2023, deadline to file amicus briefs in support of Plaintiffs;
   - June 20, 2023, deadline to file amicus briefs in support of Defendants.

Dated: May 23, 2023

Respectfully submitted,

/s/ Katrina Eiland
Katrina Eiland (SBN 275701)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111

/s/ Erez Reuveni
Erez Reuveni
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

JOINT STIPULATION
1

T: (415) 343-1198
F: (415) 395-0950
Email: keiland@aclu.org

*Attorney for Plaintiffs*

Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

*Attorney for Defendants*