# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | Case No.: 18-cv-06810-JST |
| *Plaintiffs*, | |
| v. | **[PROPOSED] ORDER RE JOINT STIPULATION AND PROPOSED SCHEDULE** |
| Joseph R. Biden, President of the United States, *et al.*, | |
| *Defendants*. | |

Upon consideration of the parties' joint stipulation regarding hearing dates and amicus brief deadlines, the Court hereby schedules a hearing on the parties' summary judgment and related motions for _____, 2023.

The Court further hereby adopts the parties' proposed schedule concerning amicus brief deadlines, as follows:

- June 7, 2023, deadline to file amicus briefs in support of Plaintiffs;
- June 20, 2023, deadline to file amicus briefs in support of Defendants.

IT IS SO ORDERED.

Dated: _____         _____

HON. JON S. TIGAR

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
1