UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>Joseph R. Biden, President of the United States, *et al.*,<br><br>      *Defendants*. | Case No.: 18-cv-06810-JST<br><br>[PROPOSED] ORDER RE JOINT STIPULATION AND PROPOSED SCHEDULE |

Upon consideration of the parties' joint stipulation regarding hearing dates and amicus brief deadlines, the Court hereby schedules a hearing on the parties' summary judgment and related motions for 9:30 a.m. on July 19, 2023.

The Court further hereby adopts the parties' proposed schedule concerning amicus brief deadlines, as follows:

- June 7, 2023, deadline to file amicus briefs in support of Plaintiffs;
- June 20, 2023, deadline to file amicus briefs in support of Defendants.

IT IS SO ORDERED.

Dated: May 24, 2023

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
1