AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| East Bay Sanctuary Covenant, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-06810-JST |
| Joseph R. Biden, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs East Bay Sanctuary Covenant, et al.

Date: 06/01/2023

s/ Anne Peterson
*Attorney's signature*

Anne Peterson, SBN 258673
*Printed name and bar number*

Center for Gender & Refugee Studies
200 McAllister Street
San Francisco, CA 94102
*Address*

petersonanne@uchastings.edu
*E-mail address*

(415) 610-5729
*Telephone number*

*FAX number*