| | |
|---|---|
| Omar C. Jadwat* | Katrina Eiland (SBN 275701) |
| Lee Gelernt* | Morgan Russell (SBN 296137) |
| Anand Balakrishnan** | Spencer Amdur (SBN 320069) |
| ACLU FOUNDATION | Oscar Sarabia Roman (SBN 341385) |
| IMMIGRANTS' RIGHTS PROJECT | ACLU FOUNDATION |
| 125 Broad Street, 18th Floor | IMMIGRANTS' RIGHTS PROJECT |
| New York, NY 10004 | 39 Drumm Street |
| T: (212) 549-2660 | San Francisco, CA 94111 |
| F: (212) 549-2654 | T: (415) 343-0770 |
| *ojadwat@aclu.org* | F: (415) 395-0950 |
| *lgelernt@aclu.org* | *keiland@aclu.org* |
| *abalakrishnan@aclu.org* | *mrussell@aclu.org* |
| | *samdur@aclu.org* |
| | *osarabia@aclu.org* |

*Attorneys for Plaintiffs (additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | Case No.: 18-cv-06810-JST |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| Joseph R. Biden, President of the United States, *et al.*, | |
| Defendants. | |

Melissa Crow*
CENTER FOR GENDER & REFUGEE
STUDIES
1121 14th Street, NW, Suite 200
Washington, DC 20005
T: (202) 355-4471
F: (415) 581-8824
*crowmelissa@uchastings.edu*

Anne Peterson (SBN 258673)
Blaine Bookey (SBN 267596)
Julie Bourdoiseau (SBN 340462)
Karen Musalo (SBN 106882)
CENTER FOR GENDER & REFUGEE
STUDIES
200 McAllister Street
San Francisco, CA  94102
T: (415) 610-5729
F: (415) 581-8824
*petersonanne@uchastings.edu*

Keren Zwick*
Richard Caldarone*
Colleen Cowgill (SBN 321542)
Mary Georgevich*
NATIONAL IMMIGRANT JUSTICE
CENTER
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
T: (312) 660-1370
F: (312) 660-1505
*kzwick@heartlandalliance.org*
*rcaldarone@heartlandalliance.org*
*ccowgill@heartlandalliance.org*
*mgeorgevich@heartlandalliance.org*

Michelle (Minju) Y. Cho (SBN 321939)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-1478
*mcho@aclunc.org*

*Attorneys for Plaintiffs*

\**Admitted Pro hac vice*
\*\* *Application for admission pro hac vice forthcoming*

# NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs East Bay Sanctuary Covenant, Central American Resource Center of Los Angeles, Tahirih Justice Center, National Center for Lesbian Rights, Immigrant Defenders Law Center, and American Gateways hereby move the Court for summary judgment on their claims challenging the new asylum ban—Circumvention of Lawful Pathways, 88 Fed. Reg. 31,314 (May 16, 2023).  The hearing on Plaintiffs' motion will be held on July 19, 2023, before the Honorable Jon S. Tigar in the District Court for the Northern District of California in Courtroom 6, 2nd Floor.  ECF No. 167.

Plaintiffs' motion is brought pursuant Federal Rule of Civil Procedure 56, and it is based on the enclosed Memorandum of Points and Authorities and materials cited therein; the pleadings and evidence on file in this matter; and such other materials and argument as may be presented in connection with the hearing on the motion.

Dated: June 5, 2023

| | |
|---|---|
| Lee Gelernt* <br> Omar Jadwat* <br> Anand Balakrishnan** <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 125 Broad St., 18th Floor <br> New York, NY 10004 <br> T: (212) 549-2660 <br> F: (212) 549-2654 <br> *lgelernt@aclu.org* <br> *ojadwat@aclu.org* <br> *abalakrishnan@aclu.org* <br><br> Melissa Crow* <br> CENTER FOR GENDER & REFUGEE STUDIES <br> 1121 14th Street, NW, Suite 200 <br> Washington, D.C. 20005 <br> T: (202) 355-4471 <br> F: (415) 581-8824 <br> *crowmelissa@uchastings.edu* | Respectfully submitted, <br><br> /s/ Katrina Eiland <br> Katrina Eiland (SBN 275701) <br> Morgan Russell (SBN 296137) <br> Spencer Amdur (SBN 320069) <br> Oscar Sarabia Roman (SBN 341385) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 343-1198 <br> F: (415) 395-0950 <br> *keiland@aclu.org* <br> *mrussell@aclu.org* <br> *samdur@aclu.org* <br> *osarabia@aclu.org* |

| | |
|---|---|
| Anne Peterson (SBN 258673) | Keren Zwick* |
| Blaine Bookey (SBN 267596 | Richard Caldarone* |
| Julie Bourdoiseau (SBN 340462) | Colleen Cowgill (SBN 321542) |
| Karen Musalo (SBN 106882) | Mary Georgevich* |
| CENTER FOR GENDER & REFUGEE STUDIES | NATIONAL IMMIGRANT JUSTICE CENTER |
| 200 McAllister Street | 224 S. Michigan Ave., Suite 600 |
| San Francisco, CA  94102 | Chicago, Illinois 60604 |
| T: (415) 610-5729 | T: (312) 660-1370 |
| F: (415) 581-8824 | F: (312) 660-1505 |
| *petersonanne@uchastings.edu* | *kzwick@heartlandalliance.org* |
| | *rcaldarone@heartlandalliance.org* |
| | *ccowgill@heartlandalliance.org* |
| | *mgeorgevich@heartlandalliance.org* |

*Attorneys for Plaintiffs*

*\*Admitted Pro hac vice*

*\*\* Application for pro hac vice admission forthcoming*

Michelle (Minju) Y. Cho (SBN 321939)
AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-1478
*mcho@aclu.org*