UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.,* <br><br> *Plaintiffs*, <br><br> v. <br><br> Joseph R. Biden, President of the United States, *et al.*, <br><br> *Defendants*. | Case No.: 18-cv-06810-JST <br><br> **[PROPOSED] ORDER** |

 Having considered Plaintiffs' Motion for Summary Judgment, IT IS HEREBY ORDERED that the motion is granted.  The Rule, entitled Circumvention of Lawful Pathways, 88 Fed. Reg. 31,314 (May 16, 2023), is HEREBY VACATED.

 **IT IS SO ORDERED.**

Dated: _____

                                  United States District Judge