| | |
|---|---|
| 1 | KATHLEEN R. HARTNETT (314267) |
| 2 | ZOË HELSTROM (339093) |
| | khartnett@cooley.com |
| 3 | zhelstrom@cooley.com |
| | COOLEY LLP |
| 4 | 3 Embarcadero Center, 20th Floor |
| | San Francisco, California 94111-4004 |
| 5 | Telephone:   +1 415 693 2000 |
| | Facsimile:   +1 415 693 2222 |
| 6 | |
| | *Counsel for Amicus Curiae* |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant; Central American Resource Center; Al Otro Lado; Innovation Law Lab; Tahirih Justice Center; National Center for Lesbian Rights; Immigrant Defenders Law Center; and American Gateways, | Case No. 4:18-cv-06810-JST |
| | **NOTICE OF APPEARANCE OF KATHLEEN R. HARTNETT AS COUNSEL FOR PROPOSED AMICUS CURIAE NATIONAL CITIZENSHIP AND IMMIGRATION SERVICE COUNCIL 119** |
| *Plaintiffs*, | |
| Joseph R. Biden, President of the United States, in his official capacity; Merrick Garland, Attorney General, in his official capacity; U.S. Department of Justice; David Neal, Director of the Executive Office for Immigration Review; Alejandro Mayorkas, Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ur Jaddou, Director of U.S. Citizenship and Immigration Services, in her official capacity; U.S. Citizenship and Immigration Services; Troy A. Miller, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Tae D. Johnson, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement, | |
| *Defendants*. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Kathleen R. Hartnett of Cooley LLP appears as counsel for National Citizenship and Immigration Services Council 119 in the above captioned matter. Ms. Hartnett is admitted to practice in the State of California and before this Court. Her contact information is:

Kathleen Hartnett
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222
khartnett@cooley.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action via CM/ECF.

Respectfully submitted,

Dated: June 7, 2023

*/s/ Kathleen R. Hartnett*

KATHLEEN R. HARTNETT (314267)
khartnett@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

*Counsel for Proposed Amicus Curiae National Citizenship and Immigration Services Council 119*