KATHLEEN R. HARTNETT (314267)
ZOË HELSTROM (339093)
khartnett@cooley.com
zhelstrom@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:     +1 415 693 2222

*Counsel for Amicus Curiae*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant; Central American Resource Center; Al Otro Lado; Innovation Law Lab; Tahirih Justice Center; National Center for Lesbian Rights; Immigrant Defenders Law Center; and American Gateways,<br><br>*Plaintiffs*,<br><br>Joseph R. Biden, President of the United States, in his official capacity; Merrick Garland, Attorney General, in his official capacity; U.S. Department of Justice; David Neal, Director of the Executive Office for Immigration Review; Alejandro Mayorkas, Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ur Jaddou, Director of U.S. Citizenship and Immigration Services, in her official capacity; U.S. Citizenship and Immigration Services; Troy A. Miller, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Tae D. Johnson, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement,<br><br>*Defendants*. | Case No. 4:18-cv-06810-JST<br><br>**[Proposed] Order Granting Motion for Leave to File Brief of Amicus Curiae National Citizenship and Immigration Services Council 119**<br><br>Judge: Hon. Jon S. Tigar |

**[PROPOSED] ORDER**

Good cause appearing, the Motion of National Citizenship and Immigration Services Council 119 to file an amicus brief in support of Plaintiffs is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2023

                                                                          _____
                                                                          Hon. Jon S. Tigar
                                                                          UNITED STATES DISTRICT JUDGE