BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
CHRISTINA P. GREER
*Senior Litigation Counsel*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Joseph R. Biden, *et al.*, <br><br> Defendants. | No. 4:18-cv-06810-JST <br><br> **DEFENDATNS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants hereby move for summary judgment on all claims related to Plaintiffs amended complaint concerning the Final Rule, Circumvention of Lawful Pathways, 88 Fed. Reg. 31,314 (May 16, 2023). The hearing on Plaintiffs' motion will be held on July 19, 2023, before the Honorable Jon S. Tigar in the District Court for the Northern District of California in Courtroom 6, 2nd Floor. ECF No. 167.

Defendants' motion is brought pursuant Federal Rule of Civil Procedure 56, and it is based on the enclosed Memorandum of Points and Authorities and materials cited therein.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

PATRICK GLEN
CHRISTINA P. GREER
Senior Litigation Counsel

Dated: June 16, 2023                    *Attorneys for Defendants*