AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-cv-06810-JST |
| Joseph R. Biden, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs East Bay Sanctuary Covenant, et al.

Date: 06/20/2023

s/ Oscar Sarabia Roman
*Attorney's signature*

Oscar Sarabia Roman SBN 341385
*Printed name and bar number*
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
*Address*

osarabia@aclu.org
*E-mail address*

(212) 549-2100
*Telephone number*

*FAX number*