AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| East Bay Sanctuary Covenant, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-06810-JST |
| Joseph R. Biden, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs East Bay Sanctuary Covenant, et al.

Date: 06/22/2023

s/ Morgan Shahan Russell
*Attorney's signature*

Morgan Shahan Russell SBN 296137
*Printed name and bar number*

American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
*Address*

mrussell@aclu.org
*E-mail address*

(415) 343-0776
*Telephone number*

*FAX number*