UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>JOSEPH R. BIDEN, et al.,<br><br>            Defendants. | Case No. 18-cv-06810-JST<br><br>**ORDER GRANTING LEAVE TO FILE AMICUS BRIEFS**<br><br>Re: ECF Nos. 172, 174 |

Before the Court are two motions for leave to file amicus briefs in support of Plaintiffs' motion for summary judgment.  ECF Nos. 172, 174.  Proposed amici are a group of former immigration judges and former members of the Board of Immigration Appeals, ECF No. 172, and National Citizenship and Immigration Services Council 119, ECF No. 174.

Having reviewed the materials, the Court concludes that both proposed amici will "fulfill the classic role of amicus curiae by assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration."  *Miller-Wohl Co., Inc. v. Comm'r of Lab. and Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).  Accordingly, the Court grants both motions for leave to file.  The proposed briefs at ECF Nos. 172 and 174-1 shall be deemed filed.

     **IT IS SO ORDERED.**

Dated: June 23, 2023

                                                   JON S. TIGAR<br>
                                       United States District Judge