BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
CHRISTINA P. GREER
*Senior Litigation Counsel*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Joseph R. Biden, *et al.*, <br><br> Defendants. | No. 4:18-cv-06810-JST <br><br> **[PROPOSED] ORDER GRANTING STAY** |

Having considered the motion for a stay, IT IS HEREBY ORDERED that DEFENDANTS' motion is granted.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                  United States District Judge