BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
CHRISTINA P. GREER
*Senior Litigation Counsel*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph R. Biden, *et al.*,<br><br>Defendants. | No. 4:18-cv-06810-JST<br><br>**EMERGENCY MOTION TO SHORTEN TIME** |

1  Defendants have filed an emergency motion to stay pending appeal the Court's order
2  granting Plaintiffs' motion for summary judgment (ECF Nos. 187-88) issued July 25, 2023. *See*
3  ECF No. 190. As stated in that motion, if, upon reviewing the motion for stay the Court does not
4  believe that Defendants have met the requirements for a stay pending appeal, Defendants request
5  that the Court summarily deny the motion without awaiting a response from Plaintiffs. However,
6  should the Court request further briefing, Defendants now respectfully move this Court to shorten
7  the time for briefing of that motion for stay pending appeal. Defendants request that the Court
8  issue a decision on the motion no later than end of the day July 26, 2023, to allow Defendants
9  time to seek relief from the United States Court of Appeals for the Ninth Circuit before this
10 Court's administrative stay expires. If the Court does not rule on Defendants' motion by that time,
11 Defendants intend to file with the Ninth Circuit a motion seeking a stay of the order granting
12 Plaintiffs summary judgment.

13 Defendants have conferred with Plaintiffs, who indicate that they oppose the motion for a
14 stay. Plaintiffs also oppose any request to decide the motion without a response and request until
15 noon pacific July 26 to file a response.

16 //
17 //

|   |   |
|---|---|
| | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | WILLIAM C. PEACHEY<br>Director |
| | By: /s/ *Erez Reuveni*<br>EREZ REUVENI<br>Assistant Director<br>Office of Immigration Litigation<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 307-4293<br>Email: Erez.R.Reuveni@usdoj.gov |
| | PATRICK GLEN<br>CHRISTINA P. GREER<br>Senior Litigation Counsel |
| Dated: July 25, 2023 | *Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division