**FILED**

JUN 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States; et al., <br><br> Defendants-Appellants, <br> ──────────────────── <br> NIKOLAI BELOV, <br><br> Intervenor-Pending. | No.   23-16032 <br><br> D.C. No. 4:18-cv-06810-JST <br> Northern District of California, Oakland <br><br> ORDER |

Before: W. FLETCHER, PAEZ, and VANDYKE, Circuit Judges.

Nikolai Belov has moved to intervene in this appeal. Dkt. No. 115. Belov has not met the standard for intervention as of right. *See Wilderness Soc'y v. U.S. Forest Serv.*, 630 F.3d 1173, 1177 (9th Cir. 2011) (en banc). For similar reasons, we do not exercise our discretion to grant permissive intervention. *See Cameron v. EMW Women's Surgical Center, P.S.C.*, 595 U.S. 267, 278–79 (2022). Accordingly, Belov's Motion to Intervene is **DENIED**.