# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 28, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Kansas, et al.
            v. Alejandro N. Mayorkas, Secretary of Homeland Security, et al.
           No. 23-1353
           (Your No. 23-16032)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 26, 2024 and placed on the docket June 28, 2024 as No. 23-1353.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Susan Frimpong
                      Case Analyst