# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

January 27, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Nikolai Belov
            v. East Bay Sanctuary Covenant, et al.
            No. 24-574
            (Your No. 23-16032)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk