UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, et al.,[1]<br><br>  Defendants. | Case No. 18-cv-06810-JST<br><br>**ORDER TO SUBMIT JOINT STATEMENT FOLLOWING REMAND** |

The United States Court of Appeals for the Ninth Circuit has remanded this case for further proceedings and directed the Court to consider (1) organizational standing in light of *Food and Drug Administration v. Alliance for Hippocratic Medicine*, 602 U.S. 367 (2024), and (2) the impact of Executive Order 14165 § 7(a)–(b). ECF No. 205 at 7–8. The parties shall meet and confer and, no later than April 28, 2025, file a joint statement containing a joint proposal or competing proposals, including scheduling, regarding how this case should proceed on remand.

The Clerk is directed to re-open this case.

**IT IS SO ORDERED.**

Dated: April 14, 2025

_____
JON S. TIGAR
United States District Judge

---

[1] Under Rule 25(d) of the Federal Rules of Civil Procedure, Donald J. Trump, the successor to Joseph R. Biden, is automatically substituted as a party. The parties shall include in their joint statement all other appropriate substitutions under Rule 25(d).