UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06810-JST<br><br>**SCHEDULING ORDER FOLLOWING REMAND** |

      The Court has reviewed the parties' joint statement proposing how to proceed on remand. ECF No. 208. The Court agrees with the parties' proposal to set a deadline for Defendants to notify the Court and Plaintiffs whether "the rule at issue in this case, *Circumvention of Lawful Pathways*, 88 Fed. Reg. 31,314 (May 16, 2023) ('the Rule')," which "will cease applying to new entrants after May 11, 2025," has been extended. *Id.* at 1–2.

      The Court also agrees that additional briefing would be helpful. However, the parties characterize the briefing as "supplemental motion for summary judgment brief[s]," *id.* at 2, when there is no motion for summary judgment pending. The Court construes the parties' statement as requesting leave to file briefing regarding whether the Court's summary judgment ruling, ECF No. 187, should be modified in light of the two issues noted in the Ninth Circuit's remand order: (1) organizational standing following *Food and Drug Administration v. Alliance for Hippocratic Medicine*, 602 U.S. 367 (2024), and (2) the impact of Executive Order 14165 § 7(a)–(b), which "terminated the 'lawful pathways' on which the Rule relies in part." ECF No. 205 at 7–8. The Court will also require Plaintiffs to file a reply brief.

/ / /

/ / /

Accordingly, the Court sets the following deadlines:

| Event | Deadline |
|---|---|
| Defendants to file statement regarding whether the Rule has been extended | May 20, 2025 |
| Plaintiffs to file supplemental opening brief, not to exceed 20 pages, and supporting declarations (if any) | June 20, 2025 |
| Defendants to file supplemental opposition brief, not to exceed 20 pages, and supporting declarations (if any) | July 22, 2025 |
| Plaintiffs to file supplemental reply brief, not to exceed 12 pages | August 8, 2025 |

The parties did not request a hearing date. The Court will schedule oral argument if it determines a hearing is necessary after reviewing the parties' written submissions.

**IT IS SO ORDERED.**

Dated: April 29, 2025



JON S. TIGAR
United States District Judge