UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, et al.,<br><br>        Plaintiff,<br><br>        v.<br><br>Trump, et al.,<br><br>        Defendant. | Case No. 4:18-cv-06810-JST<br><br>**MOTION TO SUBSTITUTE<br>LAW FIRM;** ~~PROPOSED~~ **ORDER** |

On behalf of (party name) Immigration Law Reform Institute, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

 Jonathon Paul Hauenschild, Immigration Law Reform Institute

Name(s) of counsel withdrawing from representation and firm name:

 Lawrence John Joseph, Lawrence J. Joseph

Date: June, 18, 2025

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____June 20, 2025_____     _____
                                                            UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE