# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

East Bay Sanctuary Covenant, *et al*.,

  *Plaintiffs*,

  v.

Donald J. Trump, *et al*.,

  *Defendants*.

Case No.: 4:18-cv-6810-JST

### STIPULATION OF DISMISSAL OF CLAIMS 4 AND 5
### OF THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of Claims 4 and 5 of the Amended Complaint, Dkt. No. 164 ¶¶ 238-245. Each party will bear its own costs and fees with respect to these claims.

Dated: May 21, 2026

Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

SAMUEL P. GO
Assistant Director

By: */s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov

*Counsel for Defendants*