# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

East Bay Sanctuary Covenant, *et al*.,

    *Plaintiffs*,

    v.

Donald J. Trump, *et al*.,

    *Defendants.*

Case No.: 4:18-cv-6810-JST

### PLAINTIFFS' RESPONSE CONSENTING TO ENTRY OF FINAL JUDGMENT

Plaintiffs do not agree with Defendants' position in their Notice filed yesterday, Dkt. No. 227, asserting that this Court's May 7, 2025 Order, Dkt. No. 226—in which the Court reaffirmed its prior Summary Judgment Order vacating the Circumvention of Lawful Pathways rule ("Rule"), Dkt. No. 187—was not effective to once again vacate the Rule. **However, in an abundance of caution and to dispel any uncertainty that the Rule has once again been vacated, Plaintiffs consent to the Court's entry of a new final judgment**.

To ensure that there is no impediment to the Court entering judgment, Plaintiffs have just filed a stipulation by the parties to the dismissal of Claims 4 and 5 of the Amended Complaint (Dkt. No. 164 ¶¶ 238-245). *See* Stipulation of Dismissal of Claims 4 & 5, Dkt. No. 228; *cf.* Defs.' Notice, Dkt. No. 227, at 2 (suggesting that the May 7 order was not final because these claims were not addressed). Those claims concern the 2018 asylum entry ban interim final rule. *See Aliens Subject to a Bar on Entry Under Certain Presidential Proclamations; Procedures for Protection Claims*, 83 Fed. Reg. 55,934 (Nov. 9, 2018). That 2018 entry ban rule was vacated by another district court in separate litigation, *O.A. v. Trump*, 404 F. Supp. 3d 109 (D.D.C. 2019); and the government's appeal in that litigation was dismissed in November 2023, subsequent to the prior summary judgment briefing in this case, *see* Order, *O.A. v. Biden*, Doc. No. 202475, Case No. 19-5272 (D.C. Cir. Nov. 1, 2023); Mandate, *O.A. v. Biden*, Doc. No. 2024759, Case No. 19-5272 (D.C. Cir. Nov. 1, 2023).

Dated: May 21, 2026

Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt*
Omar Jadwat*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*ojadwat@aclu.org*

Keren Zwick*
Colleen Cowgill (SBN 321542)
Mary Georgevich*
NATIONAL IMMIGRANT JUSTICE
CENTER
111 W Jackson Blvd, Suite 800
Chicago, Illinois 60604
T: (312) 660-1370
F: (312) 660-1505
*kzwick@immigrantjustice.org*
*ccowgill@immigrantjustice.org*
*mgeorgevich@immigrantjustice.org*

Melissa Crow*
CENTER FOR GENDER & REFUGEE
STUDIES
1901 Pennsylvania Avenue, N.W.
Suite 900, PMB 228
Washington, D.C. 20005
T: (202) 355-4471
F: (415) 581-8824
*crowmelissa@uclawsf.edu*

Morgan Russell (SBN 296137)
Spencer Amdur (SBN 320069)
Oscar Sarabia Roman (SBN 341385)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-1198
*mrussell@aclu.org*
*samdur@aclu.org*
*osarabia@aclu.org*

Anne Peterson (SBN 258673)
Blaine Bookey (SBN 267596
Julie Bourdoiseau (SBN 340462)
Karen Musalo (SBN 106882)
CENTER FOR GENDER & REFUGEE
STUDIES
200 McAllister Street
San Francisco, CA  94102
T: (415) 610-5729
F: (415) 581-8824
*petersonanne@ucsflaw.edu*
*bookeybl@uclawsf.edu*
*bourdoiseaujulie@uclawsf.edu*
*musalok@uclawsf.edu*

Michelle (Minju) Y. Cho (SBN 321939)
AMERICAN CIVIL LIBERTIES UNION OF
NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-1478
*mcho@aclu.org*

Robert Pauw*
CGRS Cooperating Attorney
GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA  98104
T: (206) 682-1080
F: (206) 689-2270
*rpauw@ghp-law.net*

*Attorneys for Plaintiffs*

*\*Admitted Pro hac vice*