BRETT A. SHUMATE
Assistant Attorney General
U.S. Department of Justice, Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC Bar No. 978141)
Senior Litigation Counsel
Office of Immigration Litigation
 P.O. Box 878, Ben Franklin Station
 Washington, DC 20044
 E-mail: katherine.j.shinners@usdoj.gov
 Telephone: (202) 598-8259
 Facsimile: (202) 305-7000

Counsel for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>     Plaintiffs,<br><br> v.<br><br>Donald J. Trump, *et al.*,<br><br>     Defendants. | Case No. 4:18-cv-06810-JST<br><br>**STIPULATED REQUEST UNDER RULE 58(d) FOR THE COURT TO ENTER JUDGMENT** |

The parties file this Stipulated Request under Federal Rule of Civil Procedure 58(d) to request that judgment be set out in a separate document. In support thereof, the parties state as follows.

On May 7, 2026, the Court issued an Order (ECF 226, the "May 7 Order"), reaffirming its prior order (ECF 187) that had granted Plaintiffs' Motion for Summary Judgment, denied Defendants' Motion for Summary Judgment, and vacated the Circumvention of Lawful Pathways Rule, 88 Fed. Reg. 31,314 (May 16, 2023). The Court did not direct entry of a partial final judgment under Federal Rule of Civil

STIPULATED REQUEST
Case No. 4:18-cv-06210-JST        1

Procedure 54(b).

On May 20, 2026, Defendants filed a notice stating that there remained claims pending in this case that had not been decided by the Court's summary judgment order. ECF 227 (citing Am. Compl. (ECF 164) ¶¶ 238-245). Defendants set forth their position that, to the extent the Court ordered vacatur relief in the May 7, 2026 Order, the vacatur was not immediately effective because the Court had not entered final judgment. ECF 227.

On May 21, 2026, the parties filed a stipulation of dismissal of the remaining claims against Defendants that were not resolved by the Court's summary judgment order. ECF 228. Plaintiffs also filed a notice that stated that these claims concerned a 2018 interim final rule that was vacated by another district court in separate litigation, *O.A. v. Trump*, 404 F. Supp. 3d 109 (D.D.C. 2019), and from which the government's appeal was dismissed in November 2023, subsequent to the prior summary judgment briefing in this case. *See* ECF 229. Plaintiffs also stated in their notice that they consent to the Court's entry of a new final judgment. *See id.*

The summary judgment order in this case does not fall under one of the exceptions to the separate-document rule enumerated in Federal Rule of Civil Procedure 58(a).

The parties, therefore, jointly request that the Court enter judgment in this matter.

The filer of this document attests that all signatories listed herein concur in the filing of this document.

//

//

//

STIPULATED REQUEST
Case No. 4:18-cv-06210-JST                    2

Dated: June 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
SAMUEL P. GO
Assistant Director

By: */s/ Katherine J. Shinners*
KATHERINE  J. SHINNERS
Senior Litigation Counsel
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
E-mail: katherine.j.shinners@usdoj.gov
Telephone: (202) 598-8259
Facsimile: (202) 305-7000

*Counsel for Defendants*

*/s/ Morgan Russell (w/ permission)*
Morgan Russell
American Civil Liberties Union
Foundation Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
Tel. (415) 343-0770
mrussell@aclu.org

*Counsel for Plaintiffs*

STIPULATED REQUEST
Case No. 4:18-cv-06210-JST                3