UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al., | Case No.18-cv-06810-JST |
| Plaintiffs, | **JUDGMENT** |
| v. | Re: Dkt. Nos. 226, 228 |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

On July 25, 2023, this Court granted summary judgment to Plaintiffs and denied it to Defendants.  ECF No. 187.  The parties' motions, ECF Nos. 169, 176, concerned the Circumvention of Lawful Pathways Rule and the Court's order vacated that Rule.  Defendants appealed, ECF No. 189, the Ninth Circuit remanded for reconsideration in light of certain intervening changes of fact and law, ECF No. 205, and on May 7, 2026, the Court reaffirmed its summary judgment order.  ECF No. 226.

This process did not resolve Claims Four and Five of the amended complaint, challenging the 2018 asylum entry ban interim final rule, which was vacated by another district court in separate litigation.  *See* ECF No. 164 ¶¶ 238–45; ECF No. 229 at 1.  On May 21, 2026, the parties stipulated to dismissal of those remaining claims.  ECF No. 228.

Pursuant to Federal Rule of Civil Procedure 58, the Court therefore ENTERS judgment in favor of Plaintiffs and against Defendants.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 3, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California