BRETT A. SHUMATE
Assistant Attorney General
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS
Senior Litigation Counsel

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8259
Katherine.j.shinners@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| East Bay Sanctuary Covenant, *et al.*, | ) | CASE NO. 4:18-cv-06810-JST |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| Donald J. Trump, *et al.*, | ) | |
| Defendants. | ) | |

Defendants hereby appeal from the Court's judgment (ECF No. 231), including any and all orders that are merged into that final judgment (including ECF Nos. 187 and 226), to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SAMUEL P. GO
Assistant Director

By: */s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

NOTICE OF APPEAL
4:18-CV-06810 JST                                    1

P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov

Dated: July 31, 2026                    Attorneys for Defendants